IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IRYNA KRUTSIK } | | Case No. **2015-CV-3430** |
| on her own behalf and on behalf } | | |
| of her minor children } | | |
| NELYA KRUTSIK and } | | |
| OLEKSANDR KRUTSIK } | | |
| 56 North Dee Road } | | |
| Park Ridge, Illinois 60068 } | | |
|     Plaintiffs, } | | |
| } | | |
| vs. } | | |
| } | | |
| FRONTIER AIRLINES } | | |
| 7001 TOWER ROAD, Denver } | | |
| Colorado 80249 } | | |
| a foreign corporation } | | |
|     Defendant. } | | |
| } | | JURY DEMAND ON ALL COUNTS |

_____

**CIVIL COVER SHEET**
_____

**1**. **Plaintiffs**: IRYNA KRUTSIK     **Defendant**: FRONTIER AIRLINES
                   NELYA KRUTSIK                    7001 TOWER ROAD,
                   OLEKSANDR KRUTSIK          Denver, Colorado 80249
                   56 North Dee Road
                   Park Ridge, Illinois 60068

**Plaintiffs Attorney**: Vladimir M. Gorokhovsky, LL.M.
                   GOROKHOVSKY LAW OFFICE, LLC
                   10919 N. Hedgewood Ln.,
                   Mequon, WI 53092
                   (414)-581-1582
                   gorlawoffice@yahoo.com

**Defendants Attorneys**:   Brian T. Maye, Esq.
                           ADLER MURPHY & McQUILLEN LLP
                           20 S. Clark Street, Suite 2500
                           Chicago, Illinois 60603
                           Main: (312) 345-0700
                           Direct: (312) 422-5713
                           Mobile: (312) 286-5117
                           Facsimile: (312) 345-9860
                           www.amm-law.com

**2. Basis of Jurisdiction**: - Federal Question (U.S. not a Party);
- 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1337;
- Art. 33(1) of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999.

**3. Citizenship of Parties**: Plaintiffs are citizens of State of Illinois
Defendants are citizens of another state

**4. Nature of Suit**: **890: Other Statutory Action**: this civil action arises under the Treaty of the United States known as the Convention for the Unification of Certain Rules Relating to International Transportation by Air, concluded at Warsaw, Poland, October 12, 1929 ("Warsaw Convention"), 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), reprinted in note following 49 U.S.C. § 1502 (1976) or in alternative under Article 19 of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (entered into force on Nov. 4, 2003) (Montreal Convention), reprinted in S. Treaty Doc. No. 106-45.

**5. Origin**: **Original Proceeding**

**6. Cause of Action**: Cause of Action pursuant to the Art. 19 of the Warsaw Convention and or Articles 19 and 22(6) of the Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999

**7. Previous Bankruptcy Matters**: NONE

**8. Requested in Complaints**: **Demand**: $22,500.00 **Jury Demand**: YES

**9. Related Case**: None

**10. This Case**: Is not a refiling of a previously dismissed action

**11. Date**: April 17, 2015

Dated this Civil Cover Sheet on this 17th day of April 2015.

Respectfully submitted by
GOROKHOVSKY LAW OFFICES, L.L.C.
Attorneys for Plaintiffs

BY: *Vladimir M. Gorokhovsky, Esq.*
/S/ VLADIMIR M. GOROKHOVSKY, LL.M.
WIS. SBN: 1036040

**P.O. Business Address:**
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com