IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS

IRYNA KRUTSIK, *et., al.,*                                           Case No. **1:15-cv-3430**

                 Plaintiffs,

        vs.

FRONTIER AIRLINES INC,

                 Defendant.

_____

NOTICE OF ATTORNEY APPEARANCE
_____

**PLEASE TAKE NOTICE** that the undersigned attorney is privately retained by and will appear as counsel of record and as leading trial counsel for the above-named Plaintiffs, IRYNA KRUTSIK on her own behalf and on behalf of her minor children, NELYA KRUTSIK and OLEKSANDR KRUTSIK in the above-captioned civil action. Accordingly we are respectfully requesting that all notices and all pertinent documents in this action be served on us at our law office located at: <u>10919 North Hedgewood Ln., Mequon, WI 53092</u>.

         Dated on this <u>17th</u> day of <u>April</u>, 2015.

                                    GOROKHOVSKY LAW OFFICE, LLC
                                    Attorney for Plaintiffs

                              BY: *<u>Vladimir M. Gorokhovsky, Esq.</u>*
                                    /s/ Vladimir M. Gorokhovsky, LL.M.
                                    SBN. 1036040

**<u>P.O. Business Address</u>:**
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com