THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IRYNA KRUTSIK, *et. al.,*  Case No. 1:15-cv-3430
on behalf of themselves and all others
similarly situated members of
proposed both Classes of passengers,
         Plaintiffs**,**
  and

INDIGO PARTNERS, LLC
d/b/a FRONTIER AIRLINES,
a foreign corporations,
         Defendant.

**CERTIFICATE OF SERVICE OF FILING OF
FIRST AMENDED COMPLAINT AT LAW**

  Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF filling upon counsel for Frontier Airlines, Attorney Brian Maye of Adler Murphy & McQuillen LLP**.,** 20 S. Clark Street, Suite 2500, Chicago, Illinois 60606 on **May 9, 2015**.

      Dated this Notice on this **9**$^{th}$ day of May 2015.
          Respectfully submitted by:
         GOROKHOVSKY LAW OFFICE, LLC
         Attorney for Plaintiffs


         BY: /s/ Vladimir M. Gorokhovsky
            Vladimir M. Gorokhovsky, LL.M.
            SBN: 1036040

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582