IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRYNA KRUTSIK, *et. al.,* <br> on behalf of themselves and all others <br> similarly situated members of <br> proposed both Classes of passengers, <br>        Plaintiffs, <br>  and <br><br> INDIGO PARTNERS, LLC <br> d/b/a FRONTIER AIRLINES, <br> a foreign corporations, <br>        Defendant. | Case No. 1:15-cv-3430 |

**NOTICE OF FAILURE OF DEFENDANT FRONTIER AIRLINES TO COMPLY WITH RULE 4(d) OF FED. RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that the above-named Defendant, FRONTIER AIRLINES, failed to comply with the Rule 4(d) of Federal Rules of Civil Procedure by unequivocally refusing to accept and to execute the Rule 4(d) Waiver of Service of Legal Process submitted to defendant's counsel pursuant to the Rule 4(d) of Federal Rules of Civil Procedure on April 17, 2015.

Dated this 16th day of May 2015.

            Respectfully submitted by
            GOROKHOVSKY LAW OFFICE, LLC
            Attorneys for Plaintiffs

            *Vladimir M. Gorokhovsky, Esq.*

            BY: /s/ Vladimir M. Gorokhovsky, LL.M.
              WIS SBN 1036040

**P.O. Business Address:**
**Gorokhovsky Law Office LLC**
**10919 N. Hedgewood Ln.,**
**Mequon, WI 53092**
**(414)-581-1582**
**gorlawoffice@yahoo.com**