# IN THE UNITED STATES FEDERAL COURT
# OF NORTHERN DISTRICT OF ILLINOIS

**IRYNA KRUTSIK**  Case No. <u>**2015-CV-3430**</u>
on her own behalf and on behalf
of her minor children
**NELYA KRUTSIK and**
**OLEKSANDR KRUTSIK,** *et., al.,*
          **Plaintiffs,**

    vs.

**FRONTIER AIRLINES**
a foreign corporation
          **Defendant.**

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the above- named Plaintiffs hereby certify that on July 25, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

          Respectfully submitted by
          GOROKHOVSKY LAW OFFICE, LLC
          Attorneys for the Plaintiffs

    BY:   *Vladimir Gorokhovsky, Esq.*
          _____
          /s/ VLADIMIR GOROKHOVSKY

**P.O. Business Address**:
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com