# IN THE UNITED STATES FEDERAL COURT
# OF NORTHERN DISTRICT OF ILLINOIS

IRYNA KRUTSIK, *et., al.,*                    Case No. **1:15-cv-3430**

           Plaintiffs,

vs.

FRONTIER AIRLINES INC,

           Defendant.

---

## RETURN OF SERVICE PURSUANT TO THE RULE 4(C) OF FED.R.CIV. PROCEDURE

---

    I, the undersigned hereby certify and affirm that according to Affidavit of Service of Process executed by Denver County Sheriff on 13th day of November 2015 said Sheriff Deputy duly served the Summons and Complaint at Law in the above-captioned matter upon the above-named defendant FRONTIER AIRLINES at: <u>7001 TOWER ROAD, Denver, Colorado 80249</u>.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

    Dated this 13th day of November 2015.

                                                                       Respectfully submitted by

                                                                      *Vladimir M. Gorokhovsky, Esq.*

                                                       BY: <u>/s/ Vladimir M. Gorokhovsky, LL.M.</u>

<u>P.O. Business Address</u>:
Gorokhovsky Law Office LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
(414)-581-1582