## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Irina Krutsik, et al. v. Frontier Airlines, Inc.

Case Number: 1:15-cv-03430

An appearance is hereby filed by the undersigned as attorney for:
Frontier Airlines, Inc., Defendant

Attorney name (type or print):  Brian T. Maye

Firm:    Adler Murphy & McQuillen LLP

Street address:    20 S. Clark Street, Suite 2500

City/State/Zip:    Chicago, IL 60603

Bar ID Number: 6288778
(See item 3 in instructions)

Telephone Number:    312-422-5713

Email Address: bmaye@amm-law.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/03/2015

Attorney signature:    S/ Brian T. Maye
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015