IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; ILYA TARKOV and RIMMA TARKOV; IRYNA KRUTSIK, on her own behalf and on behalf of her minor children, NELYA KRYSHCHUK and OLEKSANDR KRYSHCHUK, on behalf of themselves and all other similarly situated passengers of proposed class,<br><br>     Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES<br><br>     Defendant. | Case No.: 1:15-cv-03430 |

**NOTICE OF MOTION**

Please take notice that on Wednesday, December 9, 2015 at 9:00 a.m., we shall appear before the Honorable John J. Tharp Jr. in Courtroom 1419, of the United States District Court, Northern District of Illinois, Eastern Division, or any judge sitting in his stead, and shall then and there present Defendant Frontier Airlines, Inc.'s Motion to Dismiss.

Dated: December 3, 2015    Respectfully submitted,

               /s/ Brian T. Maye

               Brian T. Maye
               Adler Murphy & McQuillen LLP
               20 S. Clark Street, Suite 2500
               Chicago, Illinois 60603
               Telephone: (312) 422-5713
               bmaye@amm-law.com

               Attorneys for Defendant Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 3, 2015, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye