AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Irina Kurtsiic, et. al.,

_____
*Plaintiff(s)*

v.

Frontier Airlines

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 15-cv-3430

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Frontier Airlines
7001 Tower Rd
Denver Colorado

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gorochovsky Law Office LLC
10910 N Hedgewood Ln
Mequon, WI 53092

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 27 2015

_____
*Signature of Clerk or Deputy Clerk*

 

| | |
|---|---|
| **CITY AND COUNTY OF DENVER**<br>**DEPARTMENT OF SAFETY**<br>**FIRE • POLICE • SHERIFF**<br>**9-1-1 • COMMUNITY CORRECTIONS**<br>**CRIME PREVENTION & CONTROL •**<br>**SAFE CITY** | **Denver Sheriff Department**<br>**Civil Division**<br>201 W. Colfax Avenue<br>Denver, CO 80202<br>Phone: 720-865-9556<br>Fax: 720-865-9590 |

## BUSINESS

FILED
DEC -3 2015
DEC - 3 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STATE OF COLORADO
CITY AND COUNTY OF DENVER

Case Number: 2015-CV-3430
Sheriff Jacket Number: 15001125

I do hereby certify that I have duly served the within **ALIAS SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT AT LAW** by delivering a true copy thereof, in the within described action thereto attached, to the within named **FRONTIER AIRLINES**, herein called the "said party" by its agent for service, by leaving said copy/copies with GERARDO ARELLANO , said party's SENIOR MANAGER LABOR RELATIONS at said party's usual place of business, at 7001 TOWER ROAD DENVER, CO 80249 and County of Denver, State of Colorado, on 11/13/2015 at 9:40 AM.

By: _____
DEPUTY SHERIFF ERIC MILLER

Comments: GERARDO ARELLANO SR MGR. LABOR RELATIONS

Printed: 11/13/2015 1:21:01PM
By: 135001

# DSD CIVIL DIVISION
## 201 W. COLFAX AVE
## DENVER, CO 80202
## 720-865-9556

## Invoice Statement

Friday, November 13 2015

| Sheriff # | Court Case # | Received | Action Type |
|---|---|---|---|
| 15001125 | 2015-CV-3430 | 11/12/2015 | SUMMONS |

**Plaintiff** IRINA KURTSIK

**Defendant** FRONTIER AIRLINES

**Bill To** GOROKHOVSKY LAW OFFICES, LLC
10919 NORTH HEDGEWOOD LANE
MEQUON WI 53092

**Served** FRONTIER AIRLINES
7001 TOWER ROAD  DENVER CO 80249
11/13/2015 @ 9:40 am - RULE 4 BUSINESS - by ERIC J MILLER

**Total Fees** $ 53.15    **Deposit** $ 53.15    **Balance Due** $ 0.00

**This is a statement of balance due.  Please remit upon receipt.  Thank you.**