THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**IRYNA KRUTSIK,** *et., al.,*                 Case No. **2015-CV-3430**
              **Plaintiffs,**
    and                                             **HON. JOHN J. THARP JR.**

**FRONTIER AIRLINES INC.**
              **Defendant.**

---

### CERTIFICATE OF SERVICE OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF LEGAL PROCESS

---

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF filling upon Counsel for United Airlines Inc, Atty. Brian T. Maye of Adler Murphy & McQuillen LLP, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603 on **December 4, 2015**.

         Dated this Notice on this **4**<sup>th</sup> day of December 2015.

                 Respectfully submitted by:
                 GOROKHOVSKY LAW OFFICE, LLC
                 Attorney for Plaintiffs

               BY: /s/ Vladimir M. Gorokhovsky
                    Vladimir M. Gorokhovsky, LL.M.
                    ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582