THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**IRYNA KRUTSIK,** *et., al.,*            Case No. <u>2015-CV-3430</u>
        **Plaintiffs,**
   and                                                      **HON. JOHN J. THARP JR.**

**FRONTIER AIRLINES INC.**
        **Defendant.**

## NOTICE OF FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF LEGAL PROCESS

TO: Honorable Judge John J. Tharp Jr.      TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building            Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478            20 S. Clark Street, Suite 2500,
     219 South Dearborn Street                    Chicago, Illinois 60603
     Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on this <u>4</u>[th] date of <u>December 2015</u> the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Opposition to Defendant's Motion to Dismiss Due to Insufficiency of Service of Legal Process**. This Notice is duly served upon you pursuant to LR 5.5. and 5.6.

Dated this <u>4</u>[th] day of <u>December</u> 2015.

                                       Respectfully submitted by
                                       GOROKHOVSKY LAW OFFICE, LLC
                                       Attorney for Plaintiffs

                                       BY:  <u>/s/ Vladimir M. Gorokhovsky</u>
                                              Vladimir M. Gorokhovsky, LL.M.
                                              ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582