THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**IRYNA KRUTSIK, *et., al.*,**             Case No. **2015-CV-3430**
        **Plaintiffs,**
   and                                          **HON. JOHN J. THARP JR.**

**FRONTIER AIRLINES INC.**
        **Defendant.**

**NOTICE OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF LEGAL PROCESS**

TO: Honorable Judge John J. Tharp Jr.      TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building          Adler Murphy & McQuillen LLP.
    Courtroom 1419 | Chambers 1478           20 S. Clark Street, Suite 2500,
    219 South Dearborn Street                  Chicago, Illinois 60603
    Chicago, Illinois 60604

    Please take notice on **December 9, 2015** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp Jr. in the United States District Court for Northern District of Illinois, Room 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Opposition to Defendant's Motion to Dismiss Due to Insufficiency of Service of Legal Process**. This Notice is duly served upon you pursuant to LR 5.5.

    Dated this 4th day of December 2015.

                                                 Respectfully submitted by
                                                 GOROKHOVSKY LAW OFFICES, LLC
                                                 Attorney for Plaintiffs

                         BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                                 Vladimir M. Gorokhovsky, LLM.
                                                 ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com