THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IRYNA KRUTSIK,** *et., al.,* <br> **Plaintiffs,** <br> and <br><br> **FRONTIER AIRLINES INC.** <br> **Defendant.** | Case No. **2015-CV-3430** <br><br> **HON. JOHN J. THARP JR.** |

**NOTICE OF FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF LEGAL PROCESS**

_____

TO: Honorable Judge John J. Tharp Jr.      TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building              Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478              20 S. Clark Street, Suite 2500,
     219 South Dearborn Street                      Chicago, Illinois 60603
     Chicago, Illinois 60604

     **PLEASE TAKE NOTICE** that on this 4th date of December 2015 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Opposition to Defendant's Motion to Dismiss Due to Insufficiency of Service of Legal Process**. This Notice is duly served upon you pursuant to LR 5.5. and 5.6.

     Dated this 4th day of December 2015.

                                          Respectfully submitted by
                                          GOROKHOVSKY LAW OFFICE, LLC
                                          Attorney for Plaintiffs

                                    BY: /s/ Vladimir M. Gorokhovsky
                                              Vladimir M. Gorokhovsky, LL.M.
                                              ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582