NDIL (02/12) Notice of Correction

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Date: 12/7/15   Case No.: 15cv3430

Case Title: Krutsik et al v. Frontier Airlines   Judge: Tharp

## NOTICE OF CORRECTION

**One of the following errors/deficiencies has been identified in document # :** 15

☐ The document is on the incorrect case.
Note: If this is a motion, the docket clerk has termed the motion from the incorrect case.

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry

☐ The incorrect file date was entered.

☑ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [ ] .

**Corrective action taken by the Clerk:**

☐ The text of the entry has been edited and the pdf replaced with a pdf that states "Entered in Error".

☐ The following notation has been added to the text of the entry (*Linked document has the incorrect case title or Linked document has the incorrect case number*.)

☐ The correct document [pdf] has been linked to the entry.

☐ The file date has been corrected.

☑ The text of the entry has been edited.

☐ The text of the entry has been edited to read "Duplicate filing of document number [ ].

☐ Other: Provide brief explanation.

**Corrective action required by the filer:**

☑ Counsel must re-file the document

☐ Other: Provide brief explanation.

Thomas G. Bruton, Clerk of Court

By: s/Gregory Young

Deputy Clerk