IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; ILYA TARKOV and RIMMA TARKOV; IRYNA KRUTSIK, on her own behalf and on behalf of her minor children, NELYA KRYSHCHUK and OLEKSANDR KRYSHCHUK, on behalf of themselves and all other similarly situated passengers of proposed class,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES<br><br>　　　　　　　Defendant. | Case No.: 1:15-cv-03430 |

_____

**AMENDED NOTICE OF MOTION**

Defendant Frontier Airlines, Inc. previously noticed its Motion to Dismiss for Wednesday, December 9, 2015 at 9:00 a.m. Plaintiffs' counsel, however, is not available on such date. Therefore, Frontier agreed to re-notice its Motion to Dismiss for a date on which Plaintiffs' counsel is available.

Accordingly, please take notice that on Tuesday, December 15, 2015 at 9:00 a.m., we shall appear before the Honorable John J. Tharp Jr. in Courtroom 1419, of the United States District Court, Northern District of Illinois, Eastern Division, or any judge sitting in his stead, and shall then and there present Defendant Frontier Airlines, Inc.'s Motion to Dismiss.

Dated: December 7, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Brian T. Maye
　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Brian T. Maye
　　　　　　　　　　　　　　　　　　　　　　Adler Murphy & McQuillen LLP

1

20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 7, 2015, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye