UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Iryna Krutsik, et al.
                              Plaintiff,
v.                                              Case No.: 1:15−cv−03430
                                                Honorable John J. Tharp Jr.
Frontier Airlines, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 15, 2015:

MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendant's motion to dismiss [11] is denied. Plaintiff is directed, however, to file a Fourth Amended Complaint by 1/14/16. Plaintiff shall serve the fourth amended complaint by 2/29/16. The Court will set a further status hearing based upon the due date for the response(s) to the fourth amended complaint. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.