## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; ILYA TARKOV and RIMMA TARKOV; IRYNA KRUTSIK, on her own behalf and on behalf of her minor children, NELYA KRYSHCHUK and OLEKSANDR KRYSHCHUK, on behalf of themselves and all other similarly situated passengers of proposed class, | Case No.: 1:15-cv-03430 |
| Plaintiffs, | Honorable John J. Tharp, Jr. |
| v. | |
| FRONTIER AIRLINES | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The claims of IRYNA KRUTSIK, on her own behalf and on behalf of her children, NELYA KRYSHCHUK and OLEKSANDR KRYSHCHUK ("Krutsik Plaintiffs"), against Frontier Airlines, Inc. ("Frontier") have been settled. Accordingly, it is hereby stipulated and agreed by and between their undersigned counsel that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Krutsik Plaintiffs' claims are hereby dismissed, in their entirety, with prejudice, and the parties bear their own respective costs and attorney's fees.

| | |
|---|---|
| ADLER MURPHY & McQUILLEN LLP | GOROKOHOVSKY LAW OFFICE, LLC |
| Brian T. Maye (IL 6288778) | Vladimir M. Gorokhovsky (NDIL TR 10994) |
| 20 S. Clark Street, Suite 2500 | 10919 North Hedgewood Lane |
| Chicago, IL 60603 | Milwaukee, WI 53092 |
| 312-422-5713 | 414-581-1582 |
| bmaye@amm-law.com | gorlawoffice@yahoo.com |
| | |
| /s/ Brian T. Maye | /s/ with consent of Vladimir M. Gorokhovsky |
| Brian T. Maye | Vladimir M. Gorokhovsky |
| | |
| Date: January 12 , 2016 | Date: January 12 , 2016 |
| | |
| Counsel for Defendant | Counsel for Plaintiffs |