# IN THE UNITED STATES FEDERAL COURT
# OF NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.,*                  Case No. **2015-CV-3430**

        **Plaintiffs,**

    vs.

**FRONTIER AIRLINES,**

        **Defendant.**

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the above- named Plaintiffs hereby certify that on January 12, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                     Respectfully submitted by
                     GOROKHOVSKY LAW OFFICE, LLC
                     Attorneys for the Plaintiffs

         BY:     *Vladimir Gorokhovsky, Esq.*
                     _____
                     /s/ VLADIMIR GOROKHOVSKY

**P.O. Business Address:**
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com