# UNITED STATES DISTRICT COURT
for the

___Ilya Tarkov, et. al.,___
Plaintiff(s)

v.

Civil Action No. 15-cv-3430

Hon. Tharp

___Frontier Airlines___
Defendant(s)

Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier Airlines
7001 Tower Rd
Denver, CO 80249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gorochovsky Law Office LLC
10919 N. Heathwood Ln
Mequon, WI 53092

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON
CLERK OF COURT

Date: JAN 26 2016
_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frontier Airlines
was received by me on *(date)* 2/1/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jesse Espinoza , who is
designated by law to accept service of process on behalf of *(name of organization)* Frontier Airlines
Senior Manager Corporate Security on *(date)* 2/1/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

D/S Mitt 50404
*Server's signature*

Deputy Eric Miller 50404
*Printed name and title*

201 W. Colfax, Denver, CO.
*Server's address*

Additional information regarding attempted service, etc:

**FILED**

FEB 10 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

 

| | |
|---|---|
| **CITY AND COUNTY OF DENVER** <br> **DEPARTMENT OF SAFETY** <br> **FIRE • POLICE • SHERIFF** <br> **9-1-1 • COMMUNITY CORRECTIONS** <br> **CRIME PREVENTION & CONTROL •** <br> **SAFE CITY** | **Denver Sheriff Department** <br> **Civil Division** <br> 201 W. Colfax Avenue <br> Denver, CO 80202 <br> Phone: 720-865-9556 <br> Fax: 720-865-9590 |

## BUSINESS

**STATE OF COLORADO**
**CITY AND COUNTY OF DENVER**

Case Number: 2015CV3430
Sheriff Jacket Number: 16000639

I do hereby certify that I have duly served the within **ALIAS SUMMMONS IN CIVIL ACTION AND FOURTH AMENDED COMPLAINT AT LAW** by delivering a true copy thereof, in the within described action thereto attached, to the within named FRONTIER AIRLINES, herein called the "said party" by its agent for service, by leaving said copy/copies with Jesse Espinoza, said party's Snior Manager at said party's usual place of business, at 7001 TOWER ROAD DENVER, CO 80249 and County of Denver, State of Colorado, on 2/1/2016 at 10:33 AM.

By: _____
DEPUTY SHERIFF ERIC MILLER

Comments: