### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; and ILYA TARKOV and RIMMA TARKOV; on behalf of themselves, and all other similarly situated passengers of proposed class, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES <br><br> Defendant. | Case No.: 1:15-cv-03430 <br><br> Honorable John J. Tharp, Jr. |

## NOTICE OF MOTION

Please take notice that on Thursday, March 3, 2016 at 9:00 a.m., we shall appear before the Honorable John J. Tharp Jr. in Courtroom 1419, of the United States District Court, Northern District of Illinois, Eastern Division, or any judge sitting in his stead, and shall then and there present Defendant Frontier Airlines, Inc.'s Motion to Dismiss.

Dated: February 23, 2016

Respectfully submitted,

/s/ Brian T. Maye

Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 23, 2016, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye