## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Alisa Kolodizner, et al.
                          Plaintiff,

v.                                         Case No.: 1:15−cv−03430
                                                        Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr: Status/Motion hearing held. Defendant's motion to dismiss for failure to state a claim [24] is entered and taken under advisement. Briefing as follows: Response due 3/31/16; Reply due 4/14/16. Parties may begin discovery in advance of Rule 26 initial disclosures. The Court will set a date for Rule 26(a)(1) disclosures once the motion to dismiss has been decided. Status hearing set for 5/19/16 at 9:00 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.