THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| **ILYA TARKOV,** *et. al* **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,** <br>　　　　　　　　　　**Plaintiffs,** <br>　　　and <br><br> **FRONTIER AIRLINES INC.,** <br>　　　　　　**Defendant**. | Case No. **2015-CV-3430** <br><br><br><br><br> HON. JOHN J. THARP, JR. |

---

**CERTIFICATE OF SERVICE OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OF DEFENDANT FRONTIER AIRLINES INC**

---

　　　　Pursuant to Local Rule 5.5(b) and 5.9, the undersigned counsel of record for the above-named Plaintiffs hereby certify that on March 30, 2016 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

　　　　　　　Dated this Notice on this **30**[th] day of March 2016.

　　　　　　　　　　　　　　Respectfully submitted by:
　　　　　　　　　　　　　　GOROKHOVSKY LAW OFFICE, LLC
　　　　　　　　　　　　　　Attorney for Plaintiffs


　　　　　　　　　　　　　　BY:　/s/ Vladimir M. Gorokhovsky
　　　　　　　　　　　　　　　　　Vladimir M. Gorokhovsky, LL.M.
　　　　　　　　　　　　　　　　　ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582