IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al* **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,**
     **Plaintiffs,**
 **and**

**FRONTIER AIRLINES INC.,**
    **Defendant**.

Case No. <u>**2015-CV-3430**</u>

HON. JOHN J. THARP, JR.

### **MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF:**

NOW COMES the above-named Plaintiffs by and through their undersigned counsel of record and lead trial counsel, and for their Motion for Leave of *Instanter* filing of Sur-Reply Brief, respectfully request this Court to grant to the above-named Plaintiffs the leave of *Instanter* filing of Sur-Reply Brief in the matter *sub judice*. In support thereof, the above-named Plaintiffs by their undersigned counsel of record hereby states as follows:

 1. That recently, on April 14, 2016 the above-named defendant United filed its Reply Brief in support of its previously filed motion to dismiss. Dkt. 33.

 2. That this above-captioned matter involves complex civil litigation involving important issues pertinent to multinational air fare transportation and international airfare travel law.

 3. That in order to meaningfully advise this Court of Plaintiff's legal position the above-named Plaintiffs by their undersigned counsel is respectfully asking for permission to *Instanter* filing of Sur-Reply in this matter.

4. That in particular, in order to meaningfully analyze the defendant position in regard to recovery of damages for inconvenience injury the above-named Plaintiffs would like to adduce persuasive legal analysis of this issue as recently espoused by *Campbell* Court. Campbell v. Air Jamaica Ltd., 760 F.3d 1165 (11th Cir., 2014)

WHEREFORE, the above-named Plaintiffs are respectfully requesting this Honorable Court to enter an order granting the leave of *Instanter* filling of Sur-Reply Brief in this matter.

Dated this Motion on this **15th** day of **April** 2016.

Respectfully submitted by:
GOROKHOVSKY LAW OFFICE, LLC
Attorney for Plaintiffs

BY: /s/ *Vladimir M. Gorokhovsky*
Vladimir M. Gorokhovsky, LL.M.
ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 15th, 2016, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ *Vladimir M. Gorokhovsky, Esq.*