THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers, <br> Plaintiffs, <br> and <br><br> **FRONTIER AIRLINES INC.,** <br> Defendant. | Case No. **2015-CV-3430** <br><br><br><br><br> HON. JOHN J. THARP, JR. |

**CERTIFICATE OF SERVICE OF SURREPLY BRIEF**

I hereby certify that on April 15, 2016 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this **15th** day of April 2016.

        Respectfully submitted by:

        GOROKHOVSKY LAW OFFICE, LLC
        Attorney for Plaintiffs


        BY: /s/ Vladimir M. Gorokhovsky
             Vladimir M. Gorokhovsky, LL.M.
             ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582