THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers, <br>   Plaintiffs, <br>  and <br><br> **FRONTIER AIRLINES INC.,** <br>   Defendant. | Case No. **2015-CV-3430** <br><br><br><br><br> HON. JOHN J. THARP, JR. |

NOTICE OF FILING OF
MOTION FOR LEAVE TO FILE SURREPLY BRIEF
_____

TO: Honorable John J. Tharp Jr.        TO: Brian T. Maye, Esq.
   Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP.
   Courtroom 1419 | Chambers 1478        20 S. Clark Street, Suite 2500,
   219 South Dearborn Street            Chicago, Illinois 60603
   Chicago, Illinois 60604

   **PLEASE TAKE NOTICE** that on this 15<u>th</u> date of <u>April 2016</u> the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Motion for Leave to File Sur-Reply Brief**. This Notice is duly served upon you pursuant to LR 5.6.

   Dated this 15<u>th</u> day of <u>April</u> 2016.

                       Respectfully submitted by
                       GOROKHOVSKY LAW OFFICE, LLC
                       Attorney for Plaintiffs

                       BY:  /s/ Vladimir M. Gorokhovsky
                            Vladimir M. Gorokhovsky, LL.M.
                            ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582