THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*  Case No. **2015-CV-3430**
individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers,
                Plaintiffs,

  and  HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
        Defendant.

NOTICE OF MOTION
FOR LEAVE TO FILE SURREPLY BRIEF
_____

TO: Honorable John J. Tharp Jr.    TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
    Courtroom 1419 | Chambers 1478      20 S. Clark Street, Suite 2500,
    219 South Dearborn Street      Chicago, Illinois 60603
    Chicago, Illinois 60604

    Please take notice on **April 19, 2016** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp Jr. in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Motion for Leave to File Surreply Brief**.

    Dated this Motion on this 15th day of April 2016.

                                    Respectfully submitted by
                                    GOROKHOVSKY LAW OFFICES, LLC
                                    Attorney for Plaintiffs

                          BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                Vladimir M. Gorokhovsky, LLM.
                                ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582