UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Alisa Kolodizner, et al.
                                    Plaintiff,
v.                                                         Case No.: 1:15−cv−03430
                                                           Honorable John J. Tharp Jr.
Frontier Airlines, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 18, 2016:

MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiffs' motion to file a sur−reply brief instanter [34] is granted. The plaintiffs shall re−file the surreply brief as a separate docket entry. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.