THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> individually and on behalf of <br> themselves and all others <br> similarly situated members of <br> proposed Class of passengers, <br>         Plaintiffs, <br>  and <br><br> **FRONTIER AIRLINES INC.,** <br>     Defendant. | Case No. <u>**2015-CV-3430**</u> <br><br><br><br><br><br> HON. JOHN J. THARP, JR. |

NOTICE OF FILING OF
MOTION FOR ORDER TO COMPEL DISCOVERY PURSUANT TO RULE 37
OF FEDERAL RULES OF CIVIL PROCEDURE
_____

TO: Honorable John J. Tharp Jr.      TO: Brian T. Maye, Esq.
  Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
  Courtroom 1419 | Chambers 1478      20 S. Clark Street, Suite 2500,
  219 South Dearborn Street        Chicago, Illinois 60603
  Chicago, Illinois 60604

  **PLEASE TAKE NOTICE** that on this 9th date of <u>May 2016</u> the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Motion to Compel Discovery Pursuant to Rule 37 of Fed.R. Civ. Procedure**. This Notice is duly served upon you pursuant to LR 5.6.
  Dated this 9th day of <u>May</u> 2016.

                Respectfully submitted by
                GOROKHOVSKY LAW OFFICE, LLC
                Attorney for Plaintiffs

             BY:  <u>/s/ Vladimir M. Gorokhovsky</u>
                Vladimir M. Gorokhovsky, LL.M.
                ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582