THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*            Case No. **2015-CV-3430**
individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers,
                    Plaintiffs,
   and                             HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                   **Defendant**.

NOTICE OF MOTION TO COMPEL DISCOVERY

TO: Honorable John J. Tharp Jr.      TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building       Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478       20 S. Clark Street, Suite 2500,
     219 South Dearborn Street               Chicago, Illinois 60603
     Chicago, Illinois 60604

    Please take notice on **May 12, 2016** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp Jr. in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Motion to Compel Discovery**.
    Dated this Motion on this 8<u>th</u> day of May 2016.

                                          Respectfully submitted by
                                          GOROKHOVSKY LAW OFFICES, LLC
                                          Attorneys for Plaintiffs

                          BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                          Vladimir M. Gorokhovsky, LL.M.
                                          ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582