THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*            Case No. **2015-CV-3430**
**Individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
            Plaintiffs,
    and            HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
         **Defendant**.

CERTIFICATE OF SERVICE
OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Pursuant to Local Rule 5.5(b) and 5.9, the undersigned counsel of record for the above-named Plaintiffs hereby certify that on May 9, 2016 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this **9th** day of May 2016.

         Respectfully submitted by:

         GOROKHOVSKY LAW OFFICE, LLC
         Attorney for Plaintiffs


         BY: /s/ Vladimir M. Gorokhovsky
            Vladimir M. Gorokhovsky, LL.M.
            ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582