THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*            Case No. <u>2015-CV-3430</u>
individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers,
                      Plaintiffs,
   and                               HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
          **Defendant**.

NOTICE OF FILING OF
MOTION FOR ORDER TO COMPEL DISCOVERY PURSUANT TO RULE 37
OF FEDERAL RULES OF CIVIL PROCEDURE
_____

TO: Honorable John J. Tharp Jr.          TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478         20 S. Clark Street, Suite 2500,
     219 South Dearborn Street               Chicago, Illinois 60603
     Chicago, Illinois 60604

     **PLEASE TAKE NOTICE** that on this 9<u>th</u> date of <u>May 2016</u> the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Motion to Compel Discovery Pursuant to Rule 37 of Fed.R. Civ. Procedure**. This Notice is duly served upon you pursuant to LR 5.6.
     Dated this 9<u>th</u> day of <u>May</u> 2016.

                                     Respectfully submitted by
                                     GOROKHOVSKY LAW OFFICE, LLC
                                     Attorney for Plaintiffs

                            BY: <u>/s/ Vladimir M. Gorokhovsky</u>
                                   Vladimir M. Gorokhovsky, LL.M.
                                   ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582