THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*        Case No. <u>2015-CV-3430</u>
**Individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,**
           Plaintiffs,
    and        HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
       Defendant.

NOTICE OF DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b) OF FED. R. CIV. PROCEDURE

**TO THE ABOVE-NAMED DEFENDANT:**     Frontier Airlines Inc

**PLEASE TAKE NOTICE** that upon request of the above-named Plaintiff, the counsel for the above-named Plaintiff, Vladimir Gorokhovsky of Gorokhovsky Law Office, LLC and an Officer appointed under Rule 28, the Court Reporter: Ms. Sheryl Rose of 455 W. Dundee Road, Northbrook, Illinois 60675 will take the deposition by stenographical means as set forth below:

**Witnesses**: "employee of Frontier Airlines with knowledge"

**Date**:     May 30, 2016, <u>09:00</u> a . m.

**Place**:     Adler Murphy & McQuillen LLP, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603

**Method of Taking Deposition**: stenographical means

**Description:** Deponent will be required to testify on issues of internal policies implements by Frontier Airlines to compensate its passengers for damages caused by delays or cancellations of international air flight and on issues of handling of passengers claims submitted to SAS pursuant to Art. 19 of the Montreal Convention and EU 261/2004. Deponent is also expected to testify about structure of Frontier Airlines passengers data base maintained by Frontier Airlines, as well as about its IATA Coding or "punctuality data" for all flights it operates to the Central Office for Delay Analysis ("CODA") of FAA; as well as about detailed procedures established by Frontier Airlines for assigning IATA Delay/Cancellation Codes to ensure their accuracy, as well as about

its flight-information database. Deponent is also expected to testify in regard to any knowledge of facts related to delayed departure and or cancellation of Frontier Airlines flight 41 departing from Punta Cana to Chicago on March 28 and 29, 2015 and on October 24, 2015.

**Deponent** further required to bring to said deposition and to produce at said deposition is to produce at said time and place, originals or copies of any and all internal policies, writings, records, reports, flight plans, flight logs, FAA records, documents, statements, summaries, notes, tickets, itineraries, invoices, repairs orders and all other documents related to cancellation of Frontier Airlines flight 41 departing from Punta Cana to Chicago on March 28 and 29, 2015. Deponent is also required to bring any and all information about its passenger data base and flight-information data base. Deponent is also required to bring to said deposition and all information related to its IATA Coding or "punctuality data" for all flights operated by Frontier Airlines to the Central Office for Delay Analysis ("CODA") of FAA; as well as all documents related to internal policies implemented by Frontier Airlines to compensate its passengers for damages caused by delays and or cancellations of its international air flights and about handling by Frontier Airlines of grievances submitted by passengers to Frontier Airlines for compensation for damages caused by delays and or cancellation of international air flights. Deponent is also expected to produce at depositions any and all records related to delayed departure and or cancellation of 41 departing from Punta Cana to Chicago on March 28 and 29, 2015 and on October 24, 2015.

Dated this Notice of Deposition on this 11th day of May 2016.

>GOROKHOVSKY LAW OFFICE, LLC
>Attorney for Plaintiffs
>
>By: **/s/ Vladimir M. Gorokhovsky, Esq.**
>  Vladimir M. Gorokhovsky, LL.M.
>   ILND TR. 10994

**P.O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
 (414)-581-1582

**I certify that on May 11, 2016 I served the within document via e-mail  upon defendant's  counsel of record pursuant to the Rule 30 of Fed. R. Civil Procedure
By:  /s/ Atty. Vladimir M. Gorokhovsky**