### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ALYONA ADLER and LEONID ADLER, | ) | |
| on their own behalf and on behalf of minor child | ) | |
| NICOLE  ADLER; and ILYA TARKOV and | ) | Case No.: 1:15-cv-03430 |
| RIMMA TARKOV; on behalf of themselves, and | ) | |
| all other similarly situated passengers of proposed | ) | |
| class, | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, | ) | |
| | ) | |
| Defendant. | ) | |

---

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY INSTANTER

Now Comes, Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by and through its attorneys, ADLER MURPHY & MCQUILLEN LLP, respectfully submits this Motion for Leave to File Supplemental Authority Instanter, and states as follows:

1.      On February 22, 2016, Frontier filed its Motion to Dismiss Plaintiffs' complaint.

2.      On March 30, 2016, Plaintiffs' filed their respective responses to Frontier's motion.

3.      On April 14, 2016 Frontier filed its Reply in Support of its Motion to Dismiss, and on April 18, 2016 Plaintiffs' filed their surreply brief in further opposition to Frontier's motion.

4.      Frontier now seeks to file supplemental authority. Specifically, two orders recently entered by the Honorable Judge Gettleman and the Honorable Judge Shadur.

1

5.      Both orders concern motions to dismiss pleadings substantially similar to the pleadings filed herein. In fact, the same counsel that represents Plaintiffs in this case also represents the plaintiffs in these other actions.

6.      Judge Gettleman's order in *Serpytiene v. United Airlines, Inc.*, No. 1:15-cv-00832, Doc #93 (Aug. 03, 2016), holds that the only damages the plaintiff can seek under Article 19 are for "lost wages and expenses incurred for food, beverages, lodging, medication, telecommunication services, and other out-of-pocket expenses." Thus, the plaintiff there cannot seek any "inconvenience" damages resulting from a delayed flight. (Gettleman Order, attached hereto as Exhibit "A").

7.      Judge Shadur's order in *Rimkus v. Scandinavian Airlines System*, 1:16-cv-02013, Doc # 7, (Mar. 7, 2016), opined on Plaintiffs' class action claims under the Montreal Convention related to a flight delay. Specifically, Judge Shadur stated that "the effort of [plaintiffs'] counsel to metamorphose that individual claim into a huge class claim plainly smacks of the bankrupt efforts of alchemists in the Middle Ages to transmute base metal into gold." (Shadur Order, attached hereto as Exhibit "B").

8.      On August 18, 2016, we conferred with counsel for Plaintiffs in this case, Vladimir Gorokhovsky, regarding whether Plaintiffs would like time to respond to this Motion. Mr. Gorokhovsky advised that he would like time to respond to this Motion.

WHEREFORE, Defendant, FRONTIER AIRLINES, INC., prays that this Honorable Court enter an Order granting its Motion for Leave to File Supplemental Authority Instanter, and for such further relief as this Court deems just and reasonable.

Dated: August 18, 2016                          Respectfully submitted,

/s/ Matthew S. Dowling

Michael G. McQuillen
Brian T. Maye
Matthew S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
mdowling@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

3

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 18, 2016, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Matthew S. Dowling