IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, ) <br> on their own behalf and on behalf of minor child ) <br> NICOLE ADLER; and ILYA TARKOV and ) <br> RIMMA TARKOV; on behalf of themselves, and ) <br> all other similarly situated passengers of proposed ) <br> class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FRONTIER AIRLINES, ) <br> ) <br> Defendant. ) | Case No.: 1:15-cv-03430 <br><br> Honorable John J. Tharp, Jr. |

**MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION TO DISMISS INSTANTER**

NOW COMES, Defendant, FRONTIER AIRLINES, INC. ("FRONTIER"), by and through its attorneys, ADLER MURPHY & MCQUILLEN LLP, respectfully submits this Motion for Leave to File Supplemental Authority Instanter, and states as follows:

1. On February 22, 2016, Frontier filed its Motion to Dismiss Plaintiffs' Complaint.

2. On March 30, 2016, Plaintiffs' filed their respective responses to Frontier's motion.

3. On April 14, 2016 Frontier filed its Reply in Support of its Motion to Dismiss, and on April 18, 2016 Plaintiffs' filed their sur-reply brief in further opposition to Frontier's motion.

4. On August 18, 2016 Frontier filed a motion to file supplemental authority instanter to bring to the Court's attention two decisions on motions to dismiss pleadings substantially similar to the pleadings filed herein where the same counsel that represents Plaintiffs in this case also represents the plaintiffs in the other actions.

1

5. Frontier now seeks to file additional supplemental authority concerning three further decisions on motions to dismiss pleadings substantially similar to the pleadings filed herein (the cases involve the same counsel that represent Plaintiffs in this action). Specifically, orders recently entered by the Honorable Judge Joan B. Gottschall, the Honorable Judge Gary Feinerman and the Honorable Judge Gettleman. Judge Gottschall's decision concerns the availability for attorney's fees under Article 22(6) of the Montreal Convention.

6. In *Bytska v. Swiss Int'l Air Line, Ltd*, 15-cv-483, Doc # 82, (Nov. 28, 2016), Judge Gottschall ruled that Article 22(6) of the Montreal Convention does not provide an independent basis for an award of attorney's fees; and instead simply allows "a court to apply its domestic law as the rule of decision when a party requests costs and fees…" (Gottschall Order, attached hereto as Exhibit "A").

7. In *Pumputiena v. United Airlines, Inc.*, 1:16-cv-4868, Doc #38, (Jan. 6, 2017), Judge Feinerman addressed plaintiffs' general and individual class action claims under the Montreal Convention related to flight delay. Specifically, Judge Feinerman followed Seventh Circuit precedent in dismissing plaintiffs' argument that a court cannot deny class certification through a motion to dismiss, and rule that a class action claim involving all passengers on any delayed United flight was obviously unable to move on the face of the pleadings due to commonality issues. (Feinerman Order, attached hereto as Exhibit "B").

8. In *Godun v. United Airlines, Inc.*, 1:16-cv-4869, Doc #47, (Feb. 15, 2017), Judge Gettleman followed Judge Feinerman's ruling in *Pumputyte* and dismissed, among other claims, general class action claims. (Gettleman Order, attached hereto as Exhibit "C").

9. Based on the supplemental authority filed by Frontier on August 18, 2016, the supplemental authority referenced herein, and Frontier's original motion to dismiss and its reply,

Frontier seeks dismissal of Counts Two through Nine of Plaintiffs' Fourth Amended Complaint. Additionally, Frontier requests that all allegations in Count One pertaining to the following be stricken: (1) all class action claims, (2) claims of inconvenience damages, (3) claims pertaining to cost of airfare damages, (4) loss of benefit of the bargain claims, (5) breach of contract claims, (6) self-imposed duty claims, and (7) claims pertaining to the recovery of attorney's fees.

WHEREFORE, Defendant, FRONTIER AIRLINES, INC., prays that this Honorable Court enter an Order granting its Motion for Leave to file Supplement its Motion to Dismiss Instanter, and for such further relief as this Court deems just and reasonable.

Dated: May 17, 2017                     Respectfully submitted,

/s/ Matthew S. Dowling

Brian T. Maye
Matt S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
mdowling@amm-law.com

Attorney for Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 17, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*/s/ Matthew S. Dowling*
_____