# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; ILYA TARKOV and RIMMA TARKOV; IRYNA KRUTSIK, on her own behalf and on behalf of her minor children, NELYA KRYSHCHUK and OLEKSANDR KRYSHCHUK, on behalf of themselves and all other similarly situated passengers of proposed class, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC. <br><br> Defendant. | Case No.: 1:15-cv-03430 |

## NOTICE OF MOTION

Please take notice that on Tuesday, May 23, 2017 at 9:00 a.m., we shall appear before the Honorable John J. Tharp Jr. in Courtroom 1419, of the United States District Court, Northern District of Illinois, Eastern Division, or any judge sitting in his stead, and shall then and there present Defendant Frontier Airlines, Inc.'s Motion For Leave to Supplement Its Motion to Dismiss Instanter.

Dated: May 17, 2017

Respectfully submitted,

/s/ Matthew S. Dowling

Brian T. Maye
Matthew S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com
mdowling@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 17, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Matthew S. Dowling