THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALYONA ADLER,** *et. al* individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,<br>　　　　　　　**Plaintiffs**<br>　-vs-<br><br>**FRONTIER AIRLINES INC.,**<br>　　　　　　　**Defendant** | Case No. <u>2015-CV-3430</u><br><br><br><br><br>**HON. JOHN J. THARP, JR.** |

___

**PLAINTIFF'S MOTION FOR ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE**
___

**NOW COMES** the above-named Plaintiffs by and through their undersigned counsel of record, Attorney Vladimir Gorokhovsky of **GOROKHOVSKY LAW OFFICE LLC**, and respectfully moves this Honorable Court for an Order of Adjournment and Continuance of In-Court Appearance as unilaterally scheduled by the above-named defendant for 5-23-17 at 9:00 AM.

In further legal and factual support of this motion the above-named Plaintiffs by thier undersigned counsel of record hereby states as follows:

1.　That presently this mater is scheduled by the above-named defendant for a hearing on defendant's motion on May 23, 2017 at 9:00AM. Dct. 48.

2.　That however the undersigned counsel of record for the above-named plaintiff will not be able to appear at 9:00 AM on May 23, 2017 due to the below identified scheduling conflict.

    3.      That, in particular, on May 22, 2017 the undersigned counsel is scheduled to appear before Hon. David Swanson at Milwaukee County Courthouse for firmly set jury trial in the case of State v. Kevin Caldwell, Milwaukee County Circuit Court Case No. 16-CF-1506.

    4.      That this trial is expected to last several days.

    5.      That based on the foregoing the undersigned counsel of record for the above-named Plaintiff will not be able to travel from Milwaukee to Chicago to appear in person before this Court on May 23, 2017, and is respectfully requesting this court to continue said in-court appearance to May 29, 2017 at 10:00AM or to June 5, 2017 at 10:00AM.

    6.      That while being apologetic to this Court for the above-identified inadvertent circumstances the undersigned counsel further states that said circumstances are completely and totally beyond of his control.

    7.      That the undersigned counsel of record further states that defense counsel failed to meaningfully engage in Rule 37.2 discovery conference as required by Local Rule 37.2.

    8.      That the undersigned counsel is also in process of filling his client's motion to compel discovery, which will be filed within next few days.

    9.      That in interests of judicial economy both motions to compel of respectful parties shall be considered by this court simultaneously.

**WHEREFORE** the above-named Plaintiffs by their undersigned counsel of record are respectfully requesting the following relief:

(1) order of adjournment and continuance of in-court appearance of May 23, 2017 to May 29rd, 2017 at 9:00 A.M or to June 5, 2017 at 9:00AM; and

(2) for any other and further relief deems to be fair and just by this Court.

Dated this 18th day of May 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICES, LLC
        Attorney for Plaintiff

BY: */s/ Vladimir Gorokhovsky*
        Vladimir Gorokhovsky, LL.M.
        ILND TR. 10994

**P.O Business Address:**
10919 N. Hedgwood Ln,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on May 18th, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

        **/s/ Vladimir M. Gorokhovsky, Esq.**