# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**ALYONA ADLER,** *et. al*                          Case No. **2015-CV-3430**
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                     Plaintiffs
       -vs-                                        HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                 **Defendant**

___

### CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE

___

I hereby certify that on May 18th, 2017 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this <u>18th</u> day of May 2017.

                         Respectfully submitted by:

                         GOROKHOVSKY LAW OFFICE, LLC
                         Attorney for Plaintiffs

              BY: <u>/s/ Vladimir M. Gorokhovsky</u>
                    Vladimir M. Gorokhovsky, LL.M.
                    ILND TR.: 10994

**<u>P.O Business Address</u>:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582