THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ALYONA ADLER,** *et. al*  Case No. <u>2015-CV-3430</u>
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                        **Plaintiffs**

    -vs-  HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                **Defendant**
_____

**NOTICE OF FILING OF PLAINTIFF'S MOTION FOR ADJOURNMENT AND**
<u>**CONTINUANCE OF IN-COURT APPEARANCE**</u>
_____

TO: Honorable John J. Tharp Jr.     TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building       Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478       20 S. Clark Street, Suite 2500,
     219 South Dearborn Street       Chicago, Illinois 60603
     Chicago, Illinois 60604

    **PLEASE TAKE NOTICE** that on this <u>18th</u> date of <u>May</u> 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion for Leave to Adjourn and Continue In-Court Appearance Scheduled for May 23, 2017**. This Notice is duly served upon you pursuant to LR 5.5(b).

    Dated this <u>18th</u> day of <u>May</u> 2017.

                            Respectfully submitted by
                            GOROKHOVSKY LAW OFFICE, LLC
                            Attorney for Plaintiffs

                          BY: <u>/s/ Vladimir M. Gorokhovsky</u>
                              Vladimir M. Gorokhovsky, LL.M.
                              ILND TR.: 10994

<u>**P.O Business Address:**</u>
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582