THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ALYONA ADLER,** *et. al*            Case No. <u>**2015-CV-3430**</u>
**individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers,**
                  **Plaintiffs**

    -vs-                                    **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC**
               **Defendant**

## NOTICE OF PLAINTIFF'S MOTION FOR ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE

TO: Honorable John J. Tharp Jr.         TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building         Adler Murphy & McQuillen LLP.
    Courtroom 1419 | Chambers 1478          20 S. Clark Street, Suite 2500,
    219 South Dearborn Street                 Chicago, Illinois 60603
    Chicago, Illinois 60604

    Please take notice on **May 23, 2017** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp Jr in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion for Leave of Adjournment and Continuance of In-Court Appearance Scheduled for May 23, 2017**. This Notice is hereby served pursuant to Local Rules 5.3, 5.4 and 5.5.(b).
    Dated this Motion on this <u>18</u>th day of May 2017.

                                                  Respectfully submitted by
                                                  GOROKHOVSKY LAW OFFICES, LLC
                                                  Attorney for Plaintiff

                                           BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                                  Vladimir M. Gorokhovsky, LLM.
                                                  ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582