## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

**ALYONA ADLER,** *et. al*
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
           **Plaintiffs**
       **-vs-**

**FRONTIER AIRLINES INC.,**
       **Defendant**

**Case No. 2015-CV-3430**


**HON. JOHN J. THARP, JR.**

---

### CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR
### ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE

---

I hereby certify that on May 18th, 2017 I caused a copy of the foregoing to be

electronically filed with the Clerk of Court using CM/ECF, which will send electronic

notification to the parties and registered attorneys of record that the document has been

filed and is available for viewing and downloading.

Dated this Notice on this 18th day of May 2017.

                Respectfully submitted by:

                GOROKHOVSKY LAW OFFICE, LLC
                Attorney for Plaintiffs


           BY:  /s/ Vladimir M. Gorokhovsky
                Vladimir M. Gorokhovsky, LL.M.
                ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582