IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ILYA TARKOV,** *et., al.,*  Case No. **2015-CV-3430**
         **Plaintiffs**

  vs.

**FRONTIER AIRLINES INC**
         **Defendant**
_____

**PLAINTIFF'S STATEMENT OF PECUNIARY DAMAGES**
_____

    **NOW COMES** the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV**,** by and through their counsel of record, Attorney Vladimir M. Gorokhovsky of GOROKHOVSKY LAW OFFICE, LLC, and upon all the files, records and proceedings heretofore had herein, hereby certify that the following pecuniary damages were incurred by said Plaintiffs as a direct and proximate cause of defendant's conduct of defendant FRONTIER AIRLINES INC as alleged and duly pleaded in plaintiff's complaint:

    **1. Damages for Delay of Departure of International Airfare**:

    1.1.  Plaintiffs incurred the aggregated sum of $**6,487.40** per passenger in compensable economic damages, medical bills and inconvenience damages causing financial injury, resulted from delay of departure of their international No. 41 operated as operated by Frontier Airlines on March 28 and March 29, 2015 from PuntaCana, Dominican Republic Chicago, Illinois.

    Total Actual Damages: $**12,974.80**

    **2. Compensable Economic Damages**:

2.1. Plaintiffs incurred the aggregated sum of $**470.00** for compensable economic damages including but not limited to local Per Diem, transportation, local meals, foodstuffs and international telecommunication expenses.

2.2. Plaintiffs are entitled to the sum of $**1500.00** for loss of wages incurred as direct and proximate cause of delayed departure of defendant's flight No. 41 operated by Frontier Airlines on March 28 and March 29, 2015 from PuntaCana, Dominican Republic Chicago, Illinois,

**Total Actual Damages: $1,970.00**

3. **Medical, General, Special, Incidental and Consequential Damages**:

3.1. Plaintiffs incurred medical expenses in approximate sum of $**100.00** for purchase of various medications

**Total General, Special, Incidental and Consequential Damages: $100,00.**

4. **Attorneys Fees and Costs**:

4.1. Pursuant to the Article 22(6) of Montreal Convention the above-named Plaintiffs are entitle to their reasonable attorneys fees in the amount of $**16,726.43,** as incurred by the above-named Plaintiffs as direct and proximate cause of defendant's failure to respond to written pre-suit settlement offer served upon the above-named defendant prior to filing of this action.

**Total Attorneys Fees and Costs**: $**16,726.43**.

**Total Amount of Cognizable Compensatory Damages**: $**29,701.23**.

**Total Amount of Settlement Demand: $18,000.00.**

Dated this **14**th day of **October 2016**.

        Plaintiffs:

        BY: /s/ Ilya Tarkov
          ILYA TARKOV

        GOROKHOVSKY LAW OFFICE, LLC
        Attorneys for Plaintiffs

        BY: /s/ Vladimir M. Gorokhovsky, Esq.
          Vladimir M. Gorokhovsky, LL.M.
          ILND TR. 10994

**P.O. Business Address:**
GOROKHOVSKY LAW OFFICE, LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**ALYONA ADLER,** *et., al.,*                         Case No. <u>2015-CV-3430</u>
           **Plaintiffs**
    vs.

**FRONTIER AIRLINES INC**
           **Defendant**
_____

**PLAINTIFF'S STATEMENT OF PECUNIARY DAMAGES**
_____

       **NOW COMES** the above-named Plaintiffs, ALYONA ADLER and LEONID ADLER on their own behalf and on behalf of their minor child NICOLE ADLER; by and through thier counsel of record, Attorney Vladimir M. Gorokhovsky of GOROKHOVSKY LAW OFFICE, LLC, and upon all the files, records and proceedings heretofore had herein, hereby certify that the following pecuniary damages were incurred by said Plaintiffs as a direct and proximate cause of defendant's conduct of defendant FRONTIER AIRLINES INC as alleged and duly pleaded in plaintiff's complaint:

       **1. <u>Damages for Delay of Departure of International Airfare</u>:**

    1.1. Plaintiffs incurred the aggregated sum of $<u>**6,487.40**</u> per passenger in compensable economic damages, medical bills and inconvenience damages causing financial injury, resulted from delay of departure of their international No. 41 operated as operated by Frontier Airlines on October 24, 2015 from PuntaCana, Dominican Republic Chicago, Illinois.

    Total Actual Damages: $<u>**19,462.20**</u>

           **2. <u>Compensable Economic Damages</u>:**

Page 1 of 3

2.1. Plaintiffs incurred the aggregated sum of $**595.00** for compensable economic damages including but not limited to local Per Diem, transportation, local meals, foodstuffs and international telecommunication expenses.

2.2. Plaintiffs are entitled to the sum of $**1200.00** for loss of wages incurred as direct and proximate cause of delayed departure of defendant's flight 41 on October 24, 2015 from PuntaCana, Dominican Republic to Chicago.

**Total Actual Damages: $1,795.00**

3. **Medical, General, Special, Incidental and Consequential Damages**:

3.1. Plaintiffs incurred medical expenses in approximate sum of $**75.00** for purchase of various medications

**Total General, Special, Incidental and Consequential Damages: $75,00.**

4. **Attorneys Fees and Costs**:

4.1. Pursuant to the Article 22(6) of Montreal Convention the above-named Plaintiffs are entitle to their reasonable attorneys fees in the amount of $**12,683.00,** as incurred by the above-named Plaintiffs as direct and proximate cause of defendant's failure to respond to written pre-suit settlement offer served upon the above-named defendant prior to filing of this action.

**Total Attorneys Fees and Costs**: $**12,683.00**.

**Total Amount of Cognizable Compensatory Damages: $32,109.20.**

**Total Amount of Settlement Demand: $22,000.00.**

Dated this 14th day of October 2016.

        Plaintiffs:

        BY: /s/ Alyona Adler
           ALYONA ADLER

        GOROKHOVSKY LAW OFFICE, LLC
        Attorneys for Plaintiffs

        BY: /s/ Vladimir M. Gorokhovsky, Esq.
           Vladimir M. Gorokhovsky, LL.M.
           ILND TR. 10994

**P.O. Business Address:**
GOROKHOVSKY LAW OFFICE, LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com