# Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Wednesday, October 19, 2016 12:07 PM |
| **To:** | 'V. Gorokhovsky' |
| **Cc:** | Matthew S. Dowling |
| **Subject:** | Adler/ Tarkov v. Frontier Airlines Inc. |

Vlad,

On the Tarkov and Adler computation of damages, are you able to be more precise? I'm not sure where those numbers are coming from. Let's talk later. Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.