# Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Wednesday, October 19, 2016 11:58 AM |
| **To:** | 'V. Gorokhovsky' |
| **Subject:** | Adler/ Tarkov v. Frontier Airlines Inc |
| **Attachments:** | Notice of Deposition of Plaintiff Alyona Adler.pdf; Notice of Deposition of Plaintiff Ilya Tarkov.pdf; Notice of Deposition of Plaintiff Leonid Adler.pdf; Notice of Deposition of Plaintiff Nicole Adler.pdf; Notice of Deposition of Plaintiff Rimma Tarkov.pdf |

Vlad,

Can you talk to your clients about their availability for their depositions? I'm noticing the Adler depositions for November 3rd and the Tarkov depositions for November 10th. I recognize that those dates may not work for you or your clients, so let me know what is good for you. Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; and ILYA TARKOV and RIMMA TARKOV; on behalf of themselves, and all other similarly situated passengers of proposed class, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC., <br><br> Defendant. | Case No.: 1:15-cv-03430 <br><br> Honorable John J. Tharp, Jr. |

## NOTICE OF DEPOSITION

**TO**: Counsel for Plaintiff Alyona Adler
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**: Alyona Adler

You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**: November 3, 2016       **TIME**: 10:00 a.m.

**LOCATION:**   ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603

October 19, 2016                                  **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713

## DOCUMENT RIDER

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on October 19, 2016.

                              Counsel for Plaintiff
                              Gorokhovsky Law Office, LLC
                              10919 N. Hedgewood Ln.
                              Mequon, WI 53092

                              _____
                              Brian T. Maye

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; and ILYA TARKOV and RIMMA TARKOV; on behalf of themselves, and all other similarly situated passengers of proposed class,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES,<br><br>　　　　　　　　Defendant. | Case No.: 1:15-cv-03430<br><br>Honorable John J. Tharp, Jr. |

## NOTICE OF DEPOSITION

**TO**:　Counsel for Plaintiff Ilya Tarkov
　　　　10919 N. Hedgewood Ln.
　　　　Mequon, WI 53092

**DEPONENT**:　Ilya Tarkov

　　You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**:　　　　November 10, 2016　　　**TIME**:　10:00 a.m.

**LOCATION:**　　ADLER MURPHY & McQUILLEN LLP
　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　Chicago, Illinois 60603

October 19, 2016　　　　　　　　**FRONTIER AIRLINES, INC.**

　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Brian T. Maye
　　　　　　　　　　　　　　　　Adler Murphy & McQuillen LLP
　　　　　　　　　　　　　　　　20 S. Clark Street, Suite 2500
　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　Telephone: (312) 422-5713
　　　　　　　　　　　　　　　　bmaye@amm-law.com

2

**DOCUMENT RIDER**

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on October 19, 2016.

>Counsel for Plaintiff
>Gorokhovsky Law Office, LLC
>10919 N. Hedgewood Ln.
>Mequon, WI 53092

>_____
>Brian T. Maye

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, ) <br> on their own behalf and on behalf of minor child ) <br> NICOLE ADLER; and ILYA TARKOV and ) <br> RIMMA TARKOV; on behalf of themselves, and ) <br> all other similarly situated passengers of proposed ) <br> class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FRONTIER AIRLINES, ) <br> ) <br> Defendant. ) | Case No.: 1:15-cv-03430 <br><br> Honorable John J. Tharp, Jr. |

### NOTICE OF DEPOSITION

**TO**: Counsel for Plaintiff Leonid Adler
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**: Leonid Adler

You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**: November 3, 2016    **TIME**: 12:00 p.m.

**LOCATION:**  ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603

October 19, 2016                    **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713

**DOCUMENT RIDER**

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on October 19, 2016.

    Counsel for Plaintiff
    Gorokhovsky Law Office, LLC
    10919 N. Hedgewood Ln.
    Mequon, WI 53092

_____
Brian T. Maye

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; and ILYA TARKOV and RIMMA TARKOV; on behalf of themselves, and all other similarly situated passengers of proposed class, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, <br><br> Defendant. | Case No.: 1:15-cv-03430 <br><br> Honorable John J. Tharp, Jr. |

## NOTICE OF DEPOSITION

**TO**: Counsel for Plaintiff Nicole Adler
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**: Nicole Adler

You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**: November 3, 2016     **TIME**: 2:00 p.m.

**LOCATION:**   ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603

October 19, 2016                     **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

**DOCUMENT RIDER**

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on October 19, 2016.

                                    Counsel for Plaintiff
                                    Gorokhovsky Law Office, LLC
                                    10919 N. Hedgewood Ln.
                                    Mequon, WI 53092

                                    _____
                                    Brian T. Maye

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER and LEONID ADLER, on their own behalf and on behalf of minor child NICOLE ADLER; and ILYA TARKOV and RIMMA TARKOV; on behalf of themselves, and all other similarly situated passengers of proposed class,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES,<br><br>Defendant. | Case No.: 1:15-cv-03430<br><br>Honorable John J. Tharp, Jr. |

## NOTICE OF DEPOSITION

**TO**: Counsel for Plaintiff Rimma Tarkov
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**: Rimma Tarkov

You are hereby notified that pursuant to notice the undersigned will take the deposition of the above named Deponent, which shall be recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths on:

**DATE**: November 10, 2016     **TIME**: 12:00 p.m.

**LOCATION:**   ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603

October 19, 2016                    **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713

2

**DOCUMENT RIDER**

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

2

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on October 19, 2016.

                Counsel for Plaintiff
                Gorokhovsky Law Office, LLC
                10919 N. Hedgewood Ln.
                Mequon, WI 53092

                _____
                Brian T. Maye

3