# Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Thursday, November 10, 2016 5:59 PM |
| **To:** | 'V. Gorokhovsky' |
| **Cc:** | Matthew S. Dowling |
| **Subject:** | Tarkov v. Frontier |

Vlad,

To follow up on our call yesterday, the following still has not been provided to us:

1. Plaintiffs' responses to Frontier Requests for Production of Documents (served in March 2016).
2. Plaintiffs' responses to Frontier 2nd Set of Requests for Production of Documents (served on 9/16/16).
3. Plaintiffs' answers to Frontier 2nd Set of Interrogatories (served on 9/16/16).
4. Detailed itemization of expenses incurred and lost earnings. The information previously provided were general descriptions that did not provide specific information about the date, time and place the expenses were incurred, nor did Plaintiffs provide a specific description of each expense or the exact amount of each expense.
5. Signed authorizations for the release of your clients' employment records, so we can verify your clients' claims of lost earnings (requested on 9/16/16).
6. Names and addresses of banks and credit card companies that processed purchases by Plaintiffs as a result of the subject delay, so we can verify your clients' claims of incurred expenses (requested on 9/16/16).
7. Production of bank and credit card records to support expenses incurred as a result of the subject delay, so we can verify your clients' claims of incurred expenses (requested on 9/16/16).
8. Response to Frontier's notices of deposition with proposed alternative dates for the depositions of your clients (notices of deposition served on October 19, 2016).

I would really appreciate if you could provide the aforementioned to me as soon as possible.

Regarding the depositions of your clients, I am available anytime in November or December. As for the deposition by written questions, I have provided you with our attorney objections pursuant to Rule 31. If you want to proceed with the deposition by written questions, let me know and I will provide you with a date and location, so you can provide such information to the court reporter you will be using. I anticipate that the deposition will take place at Frontier's headquarters in Denver, so I will need the name and contact information of the court reporter in advance in order to get clearance for her to enter the premises.

Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117


Facsimile: (312) 345-9860

www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.