

20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804
Telephone: 312.345.0700   Facsimile: 312.345.9860
www.amm-law.com

Brian T. Maye
312.422.5713
bmaye@amm-law.com

November 17, 2016

**VIA E-Mail (gorlawoffice@yahoo.com)**

Vladimir M. Gorokhovsky, Esq.
GOROKHOVSKY LAW OFFICE, LLC
10919 North Hedgewood Lane
Mequon, WI  53092

Re:  *Tarkov, et al. v. Frontier Airlines, Inc.*

Dear Vladimir:

As a follow up to our telephone call today, let this confirm that you have agreed to present your clients, Ilya Tarkov and Alyona Adler, for deposition on December 15, 2016 at my office. Ms. Tarkov's deposition will begin at 2:00 p.m. and Ms. Adler's will commence at 4:00 p.m.

Regarding Frontier Airlines' notice to depose Plaintiff Rimma Tarkov, you represented that you objected to presenting him because Plaintiff Ilya Tarkov possesses the same knowledge as he possesses regarding his individual damages.  As for our notice to depose Plaintiff Leonid Adler, you represented that you objected to presenting him because Plaintiff Alyona Adler possesses the same knowledge as he possesses regarding his individual damages.  Our position, however, is that we have a right to depose each plaintiff to the extent each has suffered individual damages.  To the extent a plaintiff has not suffered individual damages, such plaintiff should be dismissed.  Even in that case, however, we still have a right to depose such individual to the extent he or she is a percipient witness.

Accordingly, we ask that you dismiss any and all plaintiffs who have not suffered individual and unique economic damages.  We also ask that you discuss with your clients, Rimma Tarkov and Leonid Adler, their availability for deposition in the month of December.

EXHIBIT P



Vladimir M. Gorokhovsky, Esq.
November 17, 2016
Page 2

      If you have any questions or would like to discuss this matter further, please contact me at 312-422-5713. Thank you.

                              **ADLER MURPHY & McQUILLEN LLP**

                              Brian T. Maye