# Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Tuesday, November 22, 2016 11:52 AM |
| **To:** | 'V. Gorokhovsky' |
| **Subject:** | Tarkov |

Vlad,

We are all set for the depositions on December 15th at my office:

- Marina Snopova at 10:00 a.m.
- Neringa Jokubaviciena at 12:00 p.m.
- Ilya Tarkov at 2:00 p.m.
- Alyona Adler's at 4:00 p.m.

Also, we have scheduled the services of a Russian interpreter for these depositions in the event such interpreting is needed. As for the depositions of Leonid Adler and Rimma Tarkov, we can discuss their depositions after December 15th. Regarding Volha Budylina, Dmitri Prigorenko and Vytautas Jokubavicius, I would like to schedule their depositions for dates before the 12/30/16 discovery cut-off. As for Volha Budylina, if she is ill and cannot travel, I have no problem deposing her at her home.

Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

**From:** V. Gorokhovsky [mailto:gorlawoffice@yahoo.com]
**Sent:** Saturday, November 19, 2016 2:18 PM
**To:** Brian T. Maye
**Subject:** Re: Tarkov

Brian,

I am no going to dismiss anyone because it was a family travel and your requests to depose each family member is duplicative and wasteful. Therefore, I am requesting that you will withdraw your

EXHIBIT Q

notice of deposition for Leonid Adler and Rimma Tarkov. If you want to do deposition of Budalina - you have to appear for this deposition at her home because she currently has a medical issue preventing her from traveling.  If you want we can litigate this issue. Regard,

Vladimir

# Gorokhovsky Law Office, LLC
**10919 N. Hedgewood Ln., Mequon, WI 53092     (414)-581-1582**

   **"A Lawyer's time and advice is his stock in trade" Abraham Lincoln**

**Confidentiality Notice**:    *The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.  Thank you for your cooperation.*

**Circular 230 Disclosure**:   *To comply with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.*

On Thursday, November 17, 2016 3:24 PM, Brian T. Maye <bmaye@AMM-LAW.com> wrote:

Vlad,

See attached.  Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com
_____
The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

**From:** V. Gorokhovsky [mailto:gorlawoffice@yahoo.com]
**Sent:** Wednesday, November 09, 2016 11:02 PM

**To:** Brian T. Maye
**Subject:** Re: Tarkov

I need an adress

# Gorokhovsky Law Office, LLC
**10919 N. Hedgewood Ln., Mequon, WI 53092     (414)-581-1582**

   "A Lawyer's time and advice is his stock in trade" Abraham Lincoln

**Confidentiality Notice**:    *The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.  Thank you for your cooperation.*

**Circular 230 Disclosure**:  *To comply with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.*


On Wednesday, November 9, 2016 3:00 PM, Brian T. Maye <bmaye@AMM-LAW.com> wrote:


Vlad,

The owner of the Punta Cana International Airport is Grupo Puntacana.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN** LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com
_____
The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.