**Brian T. Maye**

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Tuesday, December 13, 2016 5:15 PM |
| **To:** | Vladimir M. Gorokhovsky, LL.M. |
| **Subject:** | Re: Serpuntine v. United Airlines |

Are we doing any on the 15th?

Sent from my iPad

On Dec 13, 2016, at 4:35 PM, Vladimir M. Gorokhovsky, LL.M. <gorlawoffice@yahoo.com> wrote:

> Brian, there is a problem with Adlers. She cannot do it on 15th. We will have to do it via stipulation call me ASAP
>
> Отправлено с iPhone
>
> 13 дек. 2016 г., в 9:06, Brian T. Maye <bmaye@AMM-LAW.com> написал(а):
>
>> Thanks. Who are you presenting on Thursday for deposition?
>>
>> On Dec 11, 2016, at 8:44 PM, V. Gorokhovsky <gorlawoffice@yahoo.com> wrote:
>>
>>> Dear Brian
>>>
>>> I am transmitting to your attention plaintiff's responses to defendant's discovery demands. Thank you kindly for your patience. Kind regards,
>>>
>>> Vladimir
>>>
>>> ### Gorokhovsky Law Office, LLC
>>> **10919 N. Hedgewood Ln., Mequon, WI 53092    (414)-581-1582**
>>>
>>> **"A Lawyer's time and advice is his stock in trade"
>>> Abraham Lincoln**
>>>
>>> **Confidentiality Notice:**    *The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the*

EXHIBIT R

*message in error, then delete it.  Thank you for your cooperation.*

**Circular 230 Disclosure:**  *To comply with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.*

<Serpuntine Answer to United 1st Set of Interrogatories.pdf>