

20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804
Telephone: 312.345.0700   Facsimile: 312.345.9860
www.amm-law.com

Brian T. Maye
312.422.5713
bmaye@amm-law.com

January 12, 2017

*VIA E-Mail (gorlawoffice@yahoo.com)*

Vladimir M. Gorokhovsky, Esq.
GOROKHOVSKY LAW OFFICE, LLC
10919 North Hedgewood Lane
Mequon, WI  53092

      Re:    *Tarkov v. Frontier Airlines, Inc.*
               *Adler v. Frontier Airlines, Inc.*

Dear Vladimir:

     As a follow up to our telephone call yesterday, please provide me with dates on which your clients (Tarkov and Adler plaintiffs) are available to be deposed in January and February. We would like to complete these depositions as soon as possible.  Thank you.

                                **ADLER MURPHY & McQUILLEN LLP**

                                  Brian T. Maye

BTM:rs

EXHIBIT T