# Brian T. Maye

**From:** Brian T. Maye
**Sent:** Monday, February 13, 2017 12:52 PM
**To:** 'Vladimir M. Gorokhovsky, LL.M.'
**Subject:** Tarkov

Vladimir,

To follow up on our Rule 37 teleconference last Friday, please provide the following as soon as possible:

1. Each adult plaintiff's signature on Plaintiffs' answers to United's 1st Set of Interrogatories.
2. Plaintiffs' answers to United's 2nd set of Rogs.
3. Names and addresses of the employer (at the time of the incident) of each plaintiff who is claiming lost earnings.
4. Name of hotel at which Plaintiffs stayed following the incident and the date they stayed at the hotel.
5. Names and addresses of all banks at which each adult plaintiff held accounts at the time of the incident.
6. Names and addresses of all credit card companies at which each plaintiff held accounts at the time of the incident.
7. Available dates in February and March for plaintiffs' depositions.

Thanks.

Brian


Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

# Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Monday, February 13, 2017 12:51 PM |
| **To:** | 'Vladimir M. Gorokhovsky, LL.M.' |
| **Subject:** | Adler |

Vladimir,

To follow up on our Rule 37 teleconference last Friday, please provide the following as soon as possible:

1. Each adult plaintiff's signature on Plaintiffs' answers to United's 1st Set of Interrogatories.
2. Plaintiffs' answers to United's 2nd set of Rogs.
3. Names and addresses of the employer (at the time of the incident) of each plaintiff who is claiming lost earnings.
4. Name of hotel at which Plaintiffs stayed following the incident and the date they stayed at the hotel (seems to me that there should not be any hotel expenses, but you claim "per diem" in statement of damages)
5. Names and addresses of all banks at which each adult plaintiff held accounts at the time of the incident.
6. Names and addresses of all credit card companies at which each plaintiff held accounts at the time of the incident.
7. Available dates in February and March for plaintiffs' depositions.

Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.