# Brian T. Maye

**From:** Brian T. Maye
**Sent:** Friday, February 17, 2017 9:33 AM
**To:** 'Vladimir M. Gorokhovsky, LL.M.'
**Subject:** Rule 37 Conference

Vlad,

Just want to confirm that we are still on for 2pm for a Rule 37 conference in Pumputyte, Serpytiene, Godun, Tarkov and Snopova. Talk to you then.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.