## Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Monday, February 20, 2017 4:40 PM |
| **To:** | 'Vladimir M. Gorokhovsky, LL.M.' |
| **Cc:** | Matthew S. Dowling; Rita M. Siwinski |
| **Subject:** | Adler |

Vladimir,

As a follow up to our Rule 37 conference last Friday, the following summarizes the understanding we reached regarding various discovery issues:

1. Alyona and Leonid Adler will be presented for deposition on April 10, 2017 starting at 10:00 a.m.
2. You will respond to Frontier's second and third sets of interrogatories and second set of requests for production of documents as soon as possible.
3. Each adult plaintiff will provide a signed verification regarding answers to first, second and third set of interrogatories.
4. By Friday, February 24th, you will provide the status of your inquiry into each adult plaintiff's bank and credit card accounts held at the time of the incident.

Please let me know if you disagree with the accuracy of the foregoing.

Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

EXHIBIT X

## Brian T. Maye

| | |
|---|---|
| **From:** | Brian T. Maye |
| **Sent:** | Monday, February 20, 2017 4:34 PM |
| **To:** | 'Vladimir M. Gorokhovsky, LL.M.' |
| **Cc:** | Rita M. Siwinski; Matthew S. Dowling |
| **Subject:** | Tarkov |

Vladimir,

As a follow up to our Rule 37 conference last Friday, the following summarizes the understanding we reached regarding various discovery issues:

1. Ilya and Rimma Tarkov will be presented for deposition on April 28, 2017 starting at 1 p.m.
2. You will respond to Frontier's second and third sets of interrogatories and second set of requests for production of documents as soon as possible.
3. Each adult plaintiff will provide a signed verification regarding answers to first, second and third set of interrogatories.
4. By Friday, February 24th, you will provide the status of your inquiry into each adult plaintiff's bank and credit card accounts held at the time of the incident.
5. By Friday, February 24th, you will provide the status of your inquiry into the name of the hotel(s) at which Plaintiffs incurred expenses as a result of the delay.

Please let me know if you disagree with the accuracy of the foregoing.

Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.