# Brian T. Maye

| | |
|---|---|
| **From:** | Eileen M. Callahan |
| **Sent:** | Thursday, March 30, 2017 2:06 PM |
| **To:** | 'gorlawoffice@yahoo.com' |
| **Cc:** | Brian T. Maye; Matthew S. Dowling; Rita M. Siwinski |
| **Subject:** | Adler |
| **Attachments:** | 2017-03-30 Notice of Videotaped Deposition of Plaintiff Alyona Adler.pdf; 2017-03-30 Notice of Videotaped Deposition of Plaintiff Leonid Adler.pdf |

Counsel,
Pursuant to your agreement with Brian Maye, attached please find notices for the depositions of Alyona and Leonid Adler.
Regards,
Eileen Callahan


Eileen M. Callahan
Legal Assistant
ADLER MURPHY & McQUILLEN LLP
20 S Clark, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5784
Facsimile: (312) 345-9860

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

---

**From:** Brian T. Maye
**Sent:** Monday, February 20, 2017 4:40 PM
**To:** 'Vladimir M. Gorokhovsky, LL.M.'
**Cc:** Matthew S. Dowling; Rita M. Siwinski
**Subject:** Adler

Vladimir,

As a follow up to our Rule 37 conference last Friday, the following summarizes the understanding we reached regarding various discovery issues:

1. Alyona and Leonid Adler will be presented for deposition on April 10, 2017 starting at 10:00 a.m.
2. You will respond to Frontier's second and third sets of interrogatories and second set of requests for production of documents as soon as possible.
3. Each adult plaintiff will provide a signed verification regarding answers to first, second and third set of interrogatories.

4. By Friday, February 24th, you will provide the status of your inquiry into each adult plaintiff's bank and credit card accounts held at the time of the incident.

Please let me know if you disagree with the accuracy of the foregoing.

Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ALYONA ADLER, ET AL | ) | |
| | ) | |
| | ) | Case No.: 1:15-cv-03430 |
| | ) | |
| Plaintiffs, | ) | Honorable John J. Tharp, Jr. |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

**TO**: Counsel for Plaintiff Alyona Adler
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**: Alyona Adler

You are hereby notified that pursuant to notice the undersigned will take the videotaped deposition of the above named Deponent, which shall be recorded by an audio-visual recording device by a videographer and recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths. The deponent shall bring with her any and all documents heretofore requested on the attached Document Rider. The deposition will be taken on:

**DATE**: April 10, 2017    **TIME**: 10:00 a.m.

**LOCATION:** ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street
Suite 2500
Chicago, Illinois 60603

March 30, 2017  **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

2

**DOCUMENT RIDER**

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF VIDEOTAPED DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on March 30, 2017.

Counsel for Plaintiff
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.
Mequon, WI 53092
(414)-581-1582
Email: gorlawoffice@yahoo.com

_____
Brian T. Maye

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALYONA ADLER, ET AL ) | |
| ) | Case No.: 1:15-cv-03430 |
| Plaintiffs, ) | Honorable John J. Tharp, Jr |
| v. ) | |
| FRONTIER AIRLINES, ) | |
| Defendant. ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

**TO**:  Counsel for Plaintiff Leonid Adler
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.
Mequon, WI 53092

**DEPONENT**:  Leonid Adler

You are hereby notified that pursuant to notice the undersigned will take the videotaped deposition of the above named Deponent, which shall be recorded by an audio-visual recording device by a videographer and recorded by stenographic means, for oral examination for the purpose of obtaining evidence, before a notary public or any other officer authorized by the laws of the United States to administer oaths. The deponent shall bring with her any and all documents heretofore requested on the attached Document Rider. The deposition will be taken on:

**DATE**:  April 10, 2017    **TIME**:  12:00 p.m.

**LOCATION:** ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street
Suite 2500
Chicago, Illinois 60603

March 30, 2017                                    **FRONTIER AIRLINES, INC.**

_____
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

2

## DOCUMENT RIDER

Pursuant to the Federal Rules of Civil Procedure, produce and permit inspection and copying of the following documents at the time of your deposition:

> All documents (such as bills, statements, invoices, receipts, reports, emails, correspondence, financial records, pay stubs, employment statements, invoices, expense statements, tax records, bank statements, credit card statements, voucher statements, etc.) related to the injuries and damages you allegedly sustained as a result of the subject delay.

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF VIDEOTAPED DEPOSITION** and **DOCUMENT RIDER** were served on the attorney listed below in accordance with Federal Rule of Civil Procedure 5(a) via email and by depositing the same in the U.S. Mail chute located at 20 S. Clark Street, Chicago, Illinois 60603 with proper postage prepaid on March 30, 2017.

                Counsel for Plaintiff
                Gorokhovsky Law Office, LLC
                10919 N. Hedgewood Ln.
                Mequon, WI 53092
                414)-581-1582
                Email: gorlawoffice@yahoo.com

_____
Brian T. Maye