**Brian T. Maye**

| | |
|---|---|
| **From:** | V. Gorokhovsky <gorlawoffice@yahoo.com> |
| **Sent:** | Thursday, April 06, 2017 8:25 PM |
| **To:** | Brian T. Maye; Eileen M. Callahan |
| **Cc:** | Matthew S. Dowling; Rita M. Siwinski |
| **Subject:** | Re: Adler |

May 19, 2017 at 10:30 is proposed new date for Adlers deposition

# Gorokhovsky Law Office, LLC
**10919 N. Hedgewood Ln., Mequon, WI 53092    (414)-581-1582**

   "A Lawyer's time and advice is his stock in trade" Abraham Lincoln

**Confidentiality Notice**:    The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.  Thank you for your cooperation.

**Circular 230 Disclosure**:  To comply with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.


On Thursday, April 6, 2017 4:37 PM, Brian T. Maye <bmaye@AMM-LAW.com> wrote:


Plaintiffs' counsel has cancelled Adler deps.

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

**From:** Eileen M. Callahan
**Sent:** Thursday, March 30, 2017 2:06 PM
**To:** 'gorlawoffice@yahoo.com'
**Cc:** Brian T. Maye; Matthew S. Dowling; Rita M. Siwinski
**Subject:** Adler

Counsel,
Pursuant to your agreement with Brian Maye, attached please find notices for the depositions of Alyona and Leonid Adler.
Regards,
Eileen Callahan


Eileen M. Callahan
Legal Assistant
ADLER MURPHY & McQUILLEN LLP
20 S Clark, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5784
Facsimile: (312) 345-9860

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.


**From:** Brian T. Maye
**Sent:** Monday, February 20, 2017 4:40 PM
**To:** 'Vladimir M. Gorokhovsky, LL.M.'
**Cc:** Matthew S. Dowling; Rita M. Siwinski
**Subject:** Adler

Vladimir,

As a follow up to our Rule 37 conference last Friday, the following summarizes the understanding we reached regarding various discovery issues:

1. Alyona and Leonid Adler will be presented for deposition on April 10, 2017 starting at 10:00 a.m.
2. You will respond to Frontier's second and third sets of interrogatories and second set of requests for production of documents as soon as possible.
3. Each adult plaintiff will provide a signed verification regarding answers to first, second and third set of interrogatories.
4. By Friday, February 24th, you will provide the status of your inquiry into each adult plaintiff's bank and credit card accounts held at the time of the incident.

Please let me know if you disagree with the accuracy of the foregoing.

Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860

www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.