## Brian T. Maye

| | |
|---|---|
| **From:** | Eileen M. Callahan |
| **Sent:** | Thursday, April 27, 2017 2:08 PM |
| **To:** | Brian T. Maye |
| **Subject:** | RE: Adler Deps |

Sorry, I sent the wrong email. Do we still have anything on the books for any of the matters with Plaintiff's counsel?

Eileen M. Callahan
Legal Assistant
ADLER MURPHY & McQUILLEN LLP
20 S Clark, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5784
Facsimile: (312) 345-9860

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

**From:** Brian T. Maye
**Sent:** Thursday, April 27, 2017 2:05 PM
**To:** Eileen M. Callahan
**Subject:** RE: Adler Deps

The Tarkov deps were scheduled for tomorrow, but Plaintiffs' counsel cancelled them.

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

**From:** Eileen M. Callahan
**Sent:** Thursday, April 27, 2017 2:04 PM

**To:** Brian T. Maye
**Subject:** FW: Adler Deps

Brian,
Are these deps still going forward tomorrow?


Eileen M. Callahan
Legal Assistant
ADLER MURPHY & McQUILLEN LLP
20 S Clark, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5784
Facsimile: (312) 345-9860

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

**From:** Eileen M. Callahan
**Sent:** Thursday, April 13, 2017 3:58 PM
**To:** 'gorlawoffice@yahoo.com'
**Cc:** Brian T. Maye; Matthew S. Dowling
**Subject:** Adler

Counsel,
Pursuant to your agreement with Brian Maye, attached please find amended notices for the depositions of Alyona and Leonid Adler.
Regards,
Eileen Callahan

Eileen M. Callahan
Legal Assistant
ADLER MURPHY & McQUILLEN LLP
20 S Clark, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5784
Facsimile: (312) 345-9860

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.