**Brian T. Maye**

| | |
|---|---|
| **From:** | Vladimir M. Gorokhovsky, LL.M. <gorlawoffice@yahoo.com> |
| **Sent:** | Wednesday, May 17, 2017 5:10 PM |
| **To:** | Brian T. Maye |
| **Subject:** | Re: Adler |

no as i told you before i am in SPD conference this week

Отправлено с iPhone

17 мая 2017 г., в 16:47, Brian T. Maye <bmaye@AMM-LAW.com> написал(а):

> Are the Adler depositions going forward on Friday?
>
> Brian T. Maye
> **ADLER MURPHY & McQUILLEN LLP**
> 20 S. Clark Street, Suite 2500
> Chicago, Illinois 60603
> Main: (312) 345-0700
> Direct: (312) 422-5713
> Mobile: (312) 286-5117
> Facsimile: (312) 345-9860
> www.amm-law.com
>
> ___
>
> The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

EXHIBIT CC