**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ILYA TARKOV and RIMMA TARKOV; ) <br> on behalf of themselves, and all other similarly ) <br> situated passengers of proposed class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FRONTIER AIRLINES ) <br> ) <br> Defendant. ) | Case No.: 1:15-cv-03430 <br><br> Honorable John J. Tharp, Jr. |

## NOTICE OF MOTION

Please take notice that on **Wednesday, May 24, 2017 at 9:00 a.m**., we shall appear before the Honorable John J. Tharp Jr. in Courtroom 1419, of the United States District Court, Northern District of Illinois, Eastern Division, or any judge sitting in his stead, and shall then and there present Defendant Frontier Airlines, Inc.'s Motion to Dismiss.

Dated: May 19, 2017    Respectfully submitted,

/s/ Brian T. Maye

Brian T. Maye
Matthew S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
mdowling@amm-law.com

Attorneys for Frontier Airlines, Inc.

1

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 19, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye