IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                                                    Case No. <u>**2015-CV-3430**</u>
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                    **Plaintiffs**

      -vs-                                                        HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                    **Defendant**

<u>**PLAINTIFFS' OPPOSITION TO COURT ORDER DATED MAY 19, 2017**</u>

    **NOW COMES** the above-named Plaintiffs on their own behalf and on behalf of all others similarly situated ("the Class"), by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices, LLC, and in Opposition to Court Order Dated May 19, 2017 are stating and alleging as follows.

    1.    That on May 18, 2017 the above-named plaintiffs filed their motion to continue and to adjourn in-court appearance scheduled for May 23, 2017. Dct. 49.

    2.    That on May 19, 2017 this Court issued order on pending motions without mentioning of this motion setting up the court appearance for May 23, 2017. Dct. 51.

    3.    That as was stated in the above-referenced previously filed motion the undersigned counsel of record for the above-named plaintiff will not be able to appear at 9:00 AM on May 23, 2017 due to the below identified scheduling conflict.

    4.    That, as was explained before in previously filed motion on May 22, 2017 the undersigned counsel is scheduled to appear before Hon. David Swanson at Milwaukee County Courthouse for firmly set jury trial in the case of State v. Kevin Caldwell, Milwaukee County Circuit Court Case No. 16-CF-1506.

5. That this trial is expected to last several days.

6. That based on the foregoing the undersigned counsel of record for the above-named Plaintiff will not be able to travel from Milwaukee to Chicago to appear in person before this Court on May 23, 2017, and is respectfully requesting this court to continue said in-court appearance to June 5, 2017 at 10:00AM.

7. That while being apologetic to this Court for the above-identified inadvertent circumstances the undersigned counsel further states that said scheduling conflict is completely and totally beyond of his control.

8. That on May 19, 2017 the undersigned counsel spoke via telephone with defense counsel Atty. Brian Maye and was told that defense is not objecting to continuance and adjournment of status set forth on May 23, 2017 to June 5, 2017.

**WHEREFORE,** the above-named Plaintiffs are respectfully requesting an order of adjournment and continuance of in-court appearance on May 23, 2017 to June 5, 2017 at 9:00 AM; as well as for any other and further relief this Court deems just and proper.

Dated this 19th day of May 2017.

        Respectfully submitted
        GOROKHOVSKY LAW OFFICE, LLC
        Counsel for Plaintiffs

        BY: */s/ Vladimir M. Gorokhovsky, Esq.*
        /s/ Vladimir M. Gorokhovsky, LL.M.

P.O. Business Address:
Gorokhovsky Law Office LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
(414)-581-1582

Page 3 of 3

CERTIFICATE OF SERVICE:

I hereby certify that on August 19th, 2016 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

**Vladimir Gorokhovsky, Esq.**

_____
/s/ VLADIMIR GOROKHOVSKY