THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et. al*                 Case No. **2015-CV-3430**
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                   **Plaintiffs**

     -vs-                                        HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                   **Defendant**

---

**CERTIFICATE OF SERVICE OF PLAINTIFFS' OPPOSITION TO COURT ORDER DATED MAY 19, 2017**

---

I, the undersigned counsel f record for the above-named plaintiff hereby certify that on May 19th, 2017 I have caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this 19th day of May 2017.

                            Respectfully submitted by:

                            GOROKHOVSKY LAW OFFICE, LLC
                            Attorney for Plaintiff

                        BY: /s/ Vladimir M. Gorokhovsky
                              Vladimir M. Gorokhovsky, LL.M.
                              ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582