# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                     Case No. **2015-CV-3430**
individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers,
                 **Plaintiffs**

      **-vs-**                                        **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.,**
                **Defendant**
_____

### NOTICE OF FILING OF PLAINTIFFS' OPPOSITION TO COURT ORDER DATED MAY 19, 2017

_____

TO: Honorable John J. Tharp Jr.        TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
    Courtroom 1419 | Chambers 1478       20 S. Clark Street, Suite 2500,
    219 South Dearborn Street              Chicago, Illinois 60603
    Chicago, Illinois 60604

    **PLEASE TAKE NOTICE** that on this 19th date of May 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Opposition to Court Order Dated May 19, 2017**. This Notice is duly served upon you pursuant to LR 5.5(b).

    Dated this 19th day of May 2017.

                              Respectfully submitted by
                              GOROKHOVSKY LAW OFFICE, LLC
                              Attorney for Plaintiffs

                              BY: /s/ Vladimir M. Gorokhovsky
                                  Vladimir M. Gorokhovsky, LL.M.
                                  ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582