## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.

                       Plaintiff,

v.                                        Case No.: 1:15−cv−03430

                                        Honorable John J. Tharp Jr.

Frontier Airlines, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's motion to continue in−court appearance [49] is granted. No appearance on the motion is required. The status hearing set for 5/23/17 is reset to 6/6/17 at 9 a.m. Plaintiffs shall refrain from filing amended complaints until 6/6/17. Presentment of Defendant's motion to compel [52] is reset from 5/24/17 to 6/6/17 at 9 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.