THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al.,* individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,<br>           **Plaintiffs**<br><br>     -vs-<br><br>**FRONTIER AIRLINES INC**<br>           **Defendant** | Case No. **2015-CV-3430**<br><br><br><br><br><br>HON. JOHN J. THARP, JR. |

_____

NOTICE OF FILING OF
MOTION FOR ORDER TO COMPEL DISCOVERY PURSUANT TO RULE 37
OF FEDERAL RULES OF CIVIL PROCEDURE
_____

TO: Honorable John J. Tharp Jr.  
     Everett McKinley Dirksen Building  
     Courtroom 1419 | Chambers 1478  
     219 South Dearborn Street  
     Chicago, Illinois 60604  

TO: Brian T. Maye, Esq.  
     Adler Murphy & McQuillen LLP.  
     20 S. Clark Street, Suite 2500,  
     Chicago, Illinois 60603  

**PLEASE TAKE NOTICE** that on this 3rd date of June 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Motion to Compel Discovery Pursuant to Rule 37 of Fed. R. Civ. Procedure**. This Notice is duly served upon you pursuant to LR 5.5(b).

Dated this 3rd day of June 2017.

                                       Respectfully submitted by  
                                       GOROKHOVSKY LAW OFFICE, LLC  
                                       Attorney for Plaintiffs

                          BY: /s/ Vladimir M. Gorokhovsky  
                                       Vladimir M. Gorokhovsky, LL.M.  
                                       ILND TR. 10994

**P.O Business Address:**  
Gorokhovsky Law Office, LLC  
10919 N. Hedgewood Ln.,  
Mequon, WI 53092 (414)-581-1582