THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et. al.*,  Case No. **2015-CV-3430**
individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers,
      Plaintiffs
 -vs-           HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC**
    Defendant

---

**STATEMENT OF COMPLIANCE WITH RULE 37 OF F.R.CIV.PRO. AND LOCAL RULE 37.2**
_____

  Pursuant to Rule 37(a)(2)(A) and (B) of Federal Rules of Civil Procedure as well as in compliance with the Local Rule 37.2 titled LR 37.2. "Motion for Discovery and Production" the undersigned counsel of record for the above-named Plaintiffs hereby certifies that after consultation via written correspondence, and via telephone conference on 2-10-2017 and 2-17-17 with defense counsel Atty. Brian T. Maye and good faith attempts to resolve differences with opposing counsel, the undersigned attorney was unable to reach an accord due to fault and lack of defendant's cooperation.

  Dated this Notice on this **2nd** day of **June** 2017.

        Respectfully submitted by:

        GOROKHOVSKY LAW OFFICES, LLC
        Attorney for Plaintiffs


       BY: /s/ Vladimir M. Gorokhovsky
         Vladimir M. Gorokhovsky, LL.M.
         ILND TR 10994

**P.O Business Address:**
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582