## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et. al*                      Case No. **2015-CV-3430**
**Individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                   **Plaintiffs,**
    **and**                                             **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.,**
                **Defendant**.

---

### CERTIFICATE OF SERVICE
### OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY
---

Pursuant to Local Rule 5.5(b) and 5.9, the undersigned counsel of record for the above-named Plaintiffs hereby certify that on June 3, 2017 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this **3rd** day of June 2017.

                                  Respectfully submitted by:

                                  GOROKHOVSKY LAW OFFICE, LLC
                                  Attorney for Plaintiffs


                                BY: /s/ Vladimir M. Gorokhovsky
                                     Vladimir M. Gorokhovsky, LL.M.
                                     ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582