**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---

**ILYA TARKOV,** ***et. al*** **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,**
**Plaintiffs**

**-vs-**

**FRONTIER AIRLINES INC.,**
**Defendant**

**Case No. 2015-CV-3430**

**HON. JOHN J. THARP, JR.**

---

**PLAINTIFF'S MOTION FOR ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE**

---

**NOW COMES** the above-named Plaintiffs by and through their undersigned counsel of record, Attorney Vladimir Gorokhovsky of **GOROKHOVSKY LAW OFFICE LLC**, and respectfully moves this Honorable Court for an Order of Adjournment and Continuance of In-Court Appearance as unilaterally scheduled by this Court for 6-6-17 at 9:00 AM.

In further legal and factual support of this motion the above-named Plaintiffs by their undersigned counsel of record are hereby stating as follows:

1. That presently this mater is scheduled by the above-named defendant for a hearing on defendant's motion on June 6, 2017 at 9:00AM. Dct. 55.

2. That however the undersigned counsel of record for the above-named plaintiff will not be able to appear at 9:00 AM on June 6, 2017 due to the below identified scheduling conflict.

3. That, in particular, on June 6, 2017 the undersigned counsel is scheduled to appear at Milwaukee County Courthouse for several in-court appearances.

4. That based on the foregoing the undersigned counsel of record for the above-named Plaintiff will not be able to travel from Milwaukee to Chicago to appear in person before this Court on June 6, 2017, and is respectfully requesting this court to continue said in-court appearance to June 6, 2017 at 10:00AM or to June 7, 2017 at 10:00AM.

5. That while being apologetic to this Court for the above-identified inadvertent circumstances the undersigned counsel further states that said circumstances are completely and totally beyond of his control.

**WHEREFORE** the above-named Plaintiffs by their undersigned counsel of record are respectfully requesting the following relief:

(1) order of adjournment and continuance of in-court appearance of June 6, 2017 to June 8, 2017 at 10:00 A.M or to June 7, 2017 at 9:00AM; and

(2) for any other and further relief deems to be fair and just by this Court.

Dated this 2nd day of June 2017.

Respectfully submitted by
GOROKHOVSKY LAW OFFICES, LLC
Attorney for Plaintiff

BY: /s/ Vladimir Gorokhovsky
Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
10919 N. Hedgwood Ln,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 3rd, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**/s/ Vladimir M. Gorokhovsky, Esq.**