THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> individually and on behalf of <br> themselves and all others <br> similarly situated members of <br> proposed Class of passengers, <br>        **Plaintiffs** <br>  -vs- <br><br> **FRONTIER AIRLINES INC.,** <br>      **Defendant** | Case No. **2015-CV-3430** <br><br><br><br><br><br> **HON. JOHN J. THARP, JR.** |

_____

**NOTICE OF FILING OF PLAINTIFF'S MOTION FOR ADJOURNMENT AND
CONTINUANCE OF IN-COURT APPEARANCE**
_____

TO: Honorable John J. Tharp Jr.     TO: Brian T. Maye, Esq.
  Everett McKinley Dirksen Building     Adler Murphy & McQuillen LLP.
  Courtroom 1419 | Chambers 1478     20 S. Clark Street, Suite 2500,
  219 South Dearborn Street        Chicago, Illinois 60603
  Chicago, Illinois 60604

  **PLEASE TAKE NOTICE** that on this 3rd date of June 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion for Leave to Adjourn and Continue In-Court Appearance Scheduled for June 6, 2017**. This Notice is duly served upon you pursuant to LR 5.5(b).

  Dated this 3rd day of June 2017.

          Respectfully submitted by
          GOROKHOVSKY LAW OFFICE, LLC
          Attorney for Plaintiffs

         BY: /s/ Vladimir M. Gorokhovsky
           Vladimir M. Gorokhovsky, LL.M.
           ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582