THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> individually and on behalf of <br> themselves and all others <br> similarly situated members of <br> proposed Class of passengers, <br>               **Plaintiffs** <br>   -vs- <br><br> **FRONTIER AIRLINES INC** <br>         **Defendant** | Case No. **2015-CV-3430** <br><br><br><br><br> **HON. JOHN J. THARP, JR.** |

**NOTICE OF PLAINTIFF'S MOTION FOR ADJOURNMENT AND
CONTINUANCE OF IN-COURT APPEARANCE**

TO: Honorable John J. Tharp Jr.      TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478      20 S. Clark Street, Suite 2500,
     219 South Dearborn Street      Chicago, Illinois 60603
     Chicago, Illinois 60604

    Please take notice on **June 6, 2017** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp Jr in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion for Leave of Adjournment and Continuance of In-Court Appearance Scheduled for June 6, 2017**. This Notice is hereby served pursuant to Local Rules 5.3, 5.4 and 5.5(b).
    Dated this Motion on this 3rd day of June 2017.

                                          Respectfully submitted by
                                          GOROKHOVSKY LAW OFFICES, LLC
                                          Attorney for Plaintiff

                             BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                        Vladimir M. Gorokhovsky, LLM.
                                        ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582