UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alisa Kolodizner, et al.
                              Plaintiff,

v.                                                      Case No.: 1:15−cv−03430
                                                     Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion to continue the motion hearing [58] is granted. No appearance on the motion is required. The Court notes, however, that the plaintiff noticed his motion to continue for presentment on the very same time and date on which he said he could not attend court (June 6). The June 6 and June 8 hearings are canceled, and the parties' respective motions to compel will be heard on June 7, 2017 at 9:00 a.m. No further continuances will be granted. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.