# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.
                                    Plaintiff,

v.                                                           Case No.: 1:15−cv−03430
                                                                Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 7, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. Plaintiffs' 5th amended complaint is due by 7/7/17. Defendant's response to the 5th amended complaint is due by 7/21/17. Parties' motions to compel [52] [56] are referred to Magistrate Judge Kim, along with further scheduling and supervision of fact discovery. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.