## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.

                              Plaintiff,

v.                                             Case No.: 1:15−cv−03430
                                                         Honorable John J. Tharp Jr.

Frontier Airlines, et al.

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to:. Parties' motions to compel [52] [56] are referred, along with further scheduling and supervision of fact discovery. (air, )Mailed notice.

Dated: June 7, 2017

                                                                                /s/ John J. Tharp Jr.

                                                                    United States District Judge