UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alisa Kolodizner, et al.
                      Plaintiff,

v.                                            Case No.: 1:15−cv−03430
                                                   Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 9, 2017:

      MINUTE entry before the Honorable Young B. Kim: Motions to compel [[52], [56]] are entered and continued. Parties have until June 23, 2017, to file a response opposing the other side's motion to compel. Parties are to also provide the court (Chambers 1000) with a hard copy of their motion to compel and their response to the opposing party's motion by no later than June 27, 2017. The court will rule electronically. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.