UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Alisa Kolodizner, et al.
        Plaintiff,

v.                 Case No.: 1:15−cv−03430
                 Honorable John J. Tharp Jr.

Frontier Airlines, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 19, 2016:

  MINUTE entry before the Honorable John J. Tharp, Jr: Status and motion hearing held. Plaintiff's motion for order to compel discovery pursuant to Rule 37 of Federal Rules of civil procedure [38] is denied without prejudice for the reasons addressed on the record. Absent agreement between the parties, the 30(b)(6) deposition of defendant Frontier will take place in Denver. The Court will set another status date after ruling on the pending, partial, motion to dismiss [24]. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.