THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et. al*                       Case No. <u>2015-CV-3430</u>
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                    **Plaintiffs**
      -vs-                                      HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                  **Defendant**

---

### PLAINTIFF'S MOTION FOR LEAVE OF EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

---

**NOW COMES** the above-named Plaintiffs by and through their undersigned counsel of record, Attorney Vladimir Gorokhovsky of **GOROKHOVSKY LAW OFFICE LLC**, and respectfully moves this Honorable Court for an Order of Leave of Extension of Time to File Response to Defendant's Motion to Compel Discovery.

In further legal and factual support of this motion the above-named Plaintiffs by their undersigned counsel of record are hereby stating as follows:

1. That pursuant to recent Order of this Court the above-named plaintiff must file response to defendant's motion to compel discovery on June 23, 2017. Dct. 63.

2. That however the undersigned counsel of record for the above-named Plaintiff was not able to do so due to being in trial posture for last several weeks.

3. That based on the foregoing the undersigned counsel of record for the above-named Plaintiff is respectfully requesting the leave of this Court to extend time of 14 days to file his client's response to defendant's motion to compel discovery.

4. That while being apologetic to this Court for the above-identified inadvertent circumstances the undersigned counsel further states that said circumstances are completely and totally beyond of his control.

**WHEREFORE** the above-named Plaintiffs by their undersigned counsel of record are respectfully requesting the following relief:

(1) order of leave of extension of time of 14 days to file response to defendant's motion to compel discovery; and

(2) for any other and further relief deems to be fair and just by this Court.

Dated this 23rd day of June 2017.

    Respectfully submitted by
    GOROKHOVSKY LAW OFFICES, LLC
    Attorney for Plaintiff

    BY: */s/ Vladimir Gorokhovsky*
    Vladimir Gorokhovsky, LL.M.
    ILND TR. 10994

**P.O Business Address:**
10919 N. Hedgwood Ln,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on June 23rd, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**/s/ Vladimir M. Gorokhovsky, Esq.**