THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,<br>Plaintiffs<br><br>-vs-<br><br>**FRONTIER AIRLINES INC.,**<br>Defendant | Case No. <u>2015-CV-3430</u><br><br><br><br><br>HON. JOHN J. THARP, JR. |

_____

**NOTICE OF FILING OF PLAINTIFF'S MOTION FOR LEAVE OF EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**
_____

TO: Magistrate Judge Young B. Kim   TO: Brian Maye, Esq**.**
    Everett McKinley Dirksen Building      Adler Murphy McQuillen LLP
    Courtroom 1019 | Chambers 1000      20 S. Clark Street, Suite 2500
    219 South Dearborn Street      Chicago, Illinois 60603
    Chicago, Illinois 60604

   **PLEASE TAKE NOTICE** that on this <u>23</u>rd date of <u>June</u> 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion for Leave of Extension of Time to file Response to Defendant's Motion to Compel Discovery**. This Notice is duly served upon you pursuant to LR 5.5(b).

   Dated this <u>23</u>rd day of <u>June</u> 2017.

                           Respectfully submitted by
                           GOROKHOVSKY LAW OFFICE, LLC
                           Attorney for Plaintiffs

                       BY: <u>/s/ Vladimir M. Gorokhovsky</u>
                           Vladimir M. Gorokhovsky, LL.M.
                           ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582