THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> individually and on behalf of <br> themselves and all others <br> similarly situated members of <br> proposed Class of passengers, <br>              **Plaintiffs** <br>   -vs- <br><br> **FRONTIER AIRLINES INC** <br>              **Defendant** | Case No. <u>**2015-CV-3430**</u> <br><br><br><br><br><br> HON. JOHN J. THARP, JR. |

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE OF EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

TO: Magistrate Judge Young B. Kim       TO: Brian Maye, Esq**.**
    Everett McKinley Dirksen Building         Adler Murphy McQuillen LLP
    Courtroom 1019 | Chambers 1000          20 S. Clark Street, Suite 2500
    219 South Dearborn Street                      Chicago, Illinois 60603
    Chicago, Illinois 60604

    Please take notice that on **June 27**, 2017 at **11:00AM** or as thereafter directed by this Honorable Court the undersigned counsel of record for the above-named Plaintiffs will appear before the Magistrate Judge Young B. Kim in the United States District Court for Northern District of Illinois, Room 1019, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following: **Plaintiff's Motion for Leave of Extension of Time to file Response to Defendant's Motion to Compel Discovery**. This Notice is served pursuant to Local Rules 5.3, 5.4 and 5.5.(b).
    Dated this Motion on this <u>23</u>rd day of June 2017.

                                    Respectfully submitted by
                                    GOROKHOVSKY LAW OFFICES, LLC
                                    Attorney for Plaintiff

                                BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                     Vladimir M. Gorokhovsky, LLM.
                                     ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582