THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et. al*                          Case No. **2015-CV-3430**
**individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers,**
                  **Plaintiffs**
      -vs-                              HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                **Defendant**
_____

**CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR LEAVE OF EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**
_____

       I hereby certify that on June 23rd, 2017 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

       Dated this Notice on this <u>23rd</u> day of June 2017.

                     Respectfully submitted by:

                     GOROKHOVSKY LAW OFFICE, LLC
                     Attorney for Plaintiffs


               BY: <u>/s/ Vladimir M. Gorokhovsky</u>
                     Vladimir M. Gorokhovsky, LL.M.
                     ILND TR.: 10994

<u>**P.O Business Address**</u>**:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582