## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Alisa Kolodizner, et al.
                                Plaintiff,

v.                                               Case No.: 1:15−cv−03430
                                                                Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2017:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion for extension of time [65] is granted. Appearance on June 27, 2017, is not required to present this motion. Plaintiffs now have until July 7, 2017, to file a response to Defendant's motion to compel, (R. 52). This is a firm deadline. If Plaintiffs fails to file a response or fails to timely file a response, the court will rule on Defendant's motion to compel without the benefit of a response. However, Plaintiffs are still required to provide the court (Chambers 1000) with a hard copy of their motion to compel, (R. 56), by no later than June 27, 2017.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.