**IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS**

**ILYA TARKOV**  Case No. **2015-CV-3430**
**RIMMA TARKOV**
**on behalf of themselves and all others**
**similarly situated passengers of**
**proposed Classes**
      **Plaintiffs**

    vs.           **HON. JOHN THARP. JR.**

**FRONTIER AIRLINES INC**
    **Defendant**

___

CERTIFICATE OF SERVICE

___

  I, the undersigned attorney for the above- named Plaintiffs hereby certify that on July 5, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

            Respectfully submitted by
            GOROKHOVSKY LAW OFFICE, LLC
            Attorneys for the Plaintiffs

         BY: *Vladimir Gorokhovsky, Esq.*
            _____
            /s/ VLADIMIR GOROKHOVSKY

**P.O. Business Address:**
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com