THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al.*,                Case No. <u>2015-CV-3430</u>
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
               **Plaintiffs**

    -vs-                    HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC**
         **Defendant**
_____

NOTICE OF FILING OF
AMENDED MOTION FOR ORDER TO COMPEL DISCOVERY PURSUANT TO
RULE 37 OF FEDERAL RULES OF CIVIL PROCEDURE
_____

TO: Honorable John J. Tharp Jr.        TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478        20 S. Clark Street, Suite 2500,
     219 South Dearborn Street        Chicago, Illinois 60603
     Chicago, Illinois 60604

     **PLEASE TAKE NOTICE** that on this <u>17th</u> date of <u>July 2017</u> the above-named

plaintiff by and through its attorney has filed via ECV system the following legal

document: **Amended Motion to Compel Discovery Pursuant to Rule 37 of Fed. R.**

**Civ. Procedure**. This Notice is duly served upon you pursuant to LR 5.5(b).

     Dated this <u>17th</u> day of <u>July</u> 2017.

                           Respectfully submitted by
                           GOROKHOVSKY LAW OFFICE, LLC
                           Attorney for Plaintiffs

                     BY:   <u>/s/ Vladimir M. Gorokhovsky</u>
                           Vladimir M. Gorokhovsky, LL.M.
                           ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092 (414)-581-1582