THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV, *et. al*.,**            Case No. <u>2015-CV-3430</u>
**individually and on behalf of
themselves and all others
similarly situated members of
proposed Class of passengers**
                 **Plaintiffs**

    **-vs-**                                     HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC**
        **Defendant**

## NOTICE OF MOTION TO COMPEL DISCOVERY

TO: Honorable John J. Tharp Jr.      TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478      20 S. Clark Street, Suite 2500,
     219 South Dearborn Street      Chicago, Illinois 60603
     Chicago, Illinois 60604

    Please take notice on **May 6, 2017** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp Jr. in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Compel Discovery Pursuant to Rule 37 of Fed. R. Civ. Procedure**. This Notice is hereby served pursuant to LR 5.3, 5.4, and 5.5(b).

    Dated this Motion on this <u>2nd</u> day of May 2017.

                                                  Respectfully submitted by
                                                 GOROKHOVSKY LAW OFFICES, LLC
                                                 Attorneys for Plaintiffs

                                          BY: <u>/s/ *Vladimir M. Gorokhovsky, Esq.*</u>
                                                 Vladimir M. Gorokhovsky, LL.M.
                                                 ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582