

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**            312-435-5670
**Clerk**

Date: 7/19/2017      Case Number: 15 C 3430

Case Title: Krutsik v. Frontier Airlines      Judge: John J. Tharp

### NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document #[ 74 ].

- ☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.
- ☐ The document is on the correct case but the case number and title do not match.
- ☒ The incorrect document [pdf] was linked to the entry.
- ☐ The incorrect file date was entered.
- ☐ The incorrect event was used. The title of the document does not match the text of the entry.
- ☐ The entry is a duplicate of entry [ ].
- ☐ Other:

**Corrective action taken by the Clerk:**

- ☐ The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.
- ☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.
- ☐ The correct document [pdf] has been linked to the entry.
- ☐ The file date has been corrected.
- ☐ The text of the entry has been edited.
- ☐ The text of the entry has been edited to read, *Duplicate filing of document number [ ]*.
- ☒ Other: Attorney has been notified that pdf linked is incorrect.

**Corrective action required by the filer:**

- ☒ Counsel must re-file the document
- ☐ Other:

                              Thomas G. Bruton, Clerk
                              By: /s/ Amanda Scherer
                                      Deputy Clerk

Rev. 10/05/2016