## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.

                                  Plaintiff,

v.                                                  Case No.: 1:15−cv−03430
                                                                 Honorable John J. Tharp Jr.

Frontier Airlines, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 19, 2017:

       MINUTE entry before the Honorable Young B. Kim: Plaintiffs' amended motion to compel [73] is entered and continued. Appearance on July 26, 2017, is not required to present this motion. The court will review Defendant's response from June 23, 2017, (R. 64), when ruling on Plaintiff's motion to compel. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.