## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 21, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Matthew S. Dowling