THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ILYA TARKOV,** *et. al* **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,** <br>                              **Plaintiffs** <br>        -vs- <br><br>**FRONTIER AIRLINES INC.,** <br>                    **Defendant** | Case No. **2015-CV-3430** <br><br><br><br><br>HON. JOHN J. THARP, JR. <br><br><br>Request to Appear Telephonically |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH DISCOVERY ORDER OF THIS COURT DATED 7-10-17.**

**NOW COMES** the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOVA, by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Office LLC and hereby moving this Honorable Court for an Order of Extension of Time to Comply with Court Order Dated July 10, 2017.

FURTHER, in support of this motion the undersigned counsel for the above-named Plaintiffs is hereby stating as follows:

(1) That on 7-10-16 this Court issued an order ordering the above-named Plaintiffs to amend its discovery responses to the above-named defendant by July 25, 2017.  Dkt. 70.

(2) That however the under-signed counsel of record for the above-named Plaintiffs is not able to comply with this order due to temporary unavailability of his clients who are temporary outside of the USA for their international travel.

(3) That the undersigned counsel of record is informed and believe and his clients

will be back at their permanent place of domicile at Chicago, Illinois by August 10, 2017.

(4) That due to the foregoing temporary impediment the undersigned counsel of record for the above-named plaintiffs is respectfully asking for reasonable extension of time to comply with the above-identified court order.

**WHEREFORE,** the above-named Plaintiffs are in good faith praying for an Order of Leave of Extension of Time of thirty (30) days to comply with prior order of this Court dated July 10, 2017; as well as for any other and further relief this Court deems to be proper and just.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel of record for the above-named Plaintiff is hereby respectfully requesting permission of this Court to appear telephonically for the above-adduced motion.

Dated this Motion on this 20th day of July 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICE, L.L.C.
        Attorney for Plaintiffs

*Vladimir M. Gorokhovsky, Esq.*
BY: _____
    /s/VLADIMIR M. GOROKHOVSKY, LL.M.
    ILND TR. 10994

**P.O. Business Address:**
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53209
Telephone: (414)-581-1582
gorlawoffice@yahoo.com

CERTIFICATE OF SERVICE:

I hereby certify that on July 22, 2017 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

*Vladimir M. Gorokhovsky, Esq.*
_____
/s/ VLADIMIR GOROKHOVSKY