THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* | Case No. **2015-CV-3430** |
| **Plaintiffs** | |
| -vs- | HON. JOHN J. THARP, JR. |
| **FRONTIER AIRLINES INC.** | |
| Defendant | Request to Appear Telephonically |

### NOTICE OF FILING OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRIOR DISCOVERY ORDER OF THIS COURT DATED 7-10-17

_____

TO: Magistrate Judge Young B. Kim  TO: Brian Maye, Esq**.**
   Everett McKinley Dirksen Building      Adler Murphy McQuillen LLP
   Courtroom 1019 | Chambers 1000        20 S. Clark Street, Suite 2500
   219 South Dearborn Street             Chicago, Illinois 60603
   Chicago, Illinois 60604

   Please take notice that on **July 22, 2017** the undersigned counsel of record for the above-named Plaintiffs filed the following motion: **Plaintiff's Motion for Leave to Extent Time to Comply with Prior Discovery Order of This Court Dated 7-10-17**. This Notice is served pursuant to Local Rules 5.3, 5.4 and 5.5.(b).

   Dated this Notice of Filing of Motion on this **22ⁿᵈ** day of **July** 2017.

                Respectfully submitted by:
                 GOROKHOVSKY LAW OFFICES, LLC
                 Attorney for Plaintiffs

           BY:  /s/ Vladimir M. Gorokhovsky
                   Vladimir M. Gorokhovsky, LL.M.
                   ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*            Case No. **2015-CV-3430**

        **Plaintiffs**

   **-vs-**            **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.**

        **Defendant**           Request to Appear Telephonically

**CERTIFICATE OF SERVICE OF FILING OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRIOR DISCOVERY ORDER OF THIS COURT DATED 7-10-17**

_____

I, the undersigned counsel of record for the above-named plaintiffs, do hereby certify that on July 22, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

         Dated this Notice on this **22nd** day of **July** 2017.

           Respectfully submitted by:

           GOROKHOVSKY LAW OFFICES, LLC
           Attorney for Plaintiffs

           BY: /s/ Vladimir M. Gorokhovsky
                 Vladimir M. Gorokhovsky, LL.M.
                 ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582