THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*  Case No. **2015-CV-3430**

**Plaintiffs**

-vs-  HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.**

**Defendant**

_____

**CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR
RELIEF FROM PRIOR ORDER OF DISCOVERY SANCTIONS DATED 7-10-17**
_____

Pursuant to Local Rule 5.5(b) the undersigned counsel of record for the above-named Plaintiffs hereby certify that on July 22, 2017 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this **22nd** day of **July** 2017.

    Respectfully submitted by:

    GOROKHOVSKY LAW OFFICES, LLC
    Attorney for Plaintiffs

    BY: /s/ Vladimir M. Gorokhovsky
        Vladimir M. Gorokhovsky, LL.M.
        ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582