## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* | Case No. **2015-CV-3430** |
| **Plaintiffs** | |
| -vs- | HON. JOHN J. THARP, JR. |
| **FRONTIER AIRLINES INC.** | |
| Defendant | Request to Appear Telephonically |

### NOTICE OF FILING OF PLAINTIFF'S MOTION FOR
### RELIEF FROM PRIOR ORDER OF DISCOVERY SANCTIONS DATED 7-10-17
_____

TO: Magistrate Judge Young B. Kim　　　TO: Brian Maye, Esq**.**
　　Everett McKinley Dirksen Building　　　　Adler Murphy McQuillen LLP
　　Courtroom 1019 | Chambers 1000　　　　20 S. Clark Street, Suite 2500
　　219 South Dearborn Street　　　　　　　Chicago, Illinois 60603
　　Chicago, Illinois 60604

　　　Please take notice that on **July 22, 2017** the undersigned counsel of record for the above-named Plaintiffs filed the following motion: **Plaintiff's Motion for Relief from Prior Discovery Order of Discovery Sanctions Dated 7-10-17**. This Notice is served pursuant to Local Rules 5.3, 5.4 and 5.5.(b).

　　　Dated this Notice of Filing of Motion on this **22nd** day of **July** 2017.

　　　　　　　　　　　　Respectfully submitted by:
　　　　　　　　　　　　 GOROKHOVSKY LAW OFFICES, LLC
　　　　　　　　　　　　 Attorney for Plaintiffs

　　　　　　　　　　BY:　/s/ Vladimir M. Gorokhovsky
　　　　　　　　　　　　　　Vladimir M. Gorokhovsky, LL.M.
　　　　　　　　　　　　　　ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                           Case No. **2015-CV-3430**

**Plaintiffs**

   -vs-                                       HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.**

         **Defendant**            Request to Appear Telephonically

**CERTIFICATE OF SERVICE OF FILING OF PLAINTIFF'S MOTION FOR RELIEF FROM PRIOR ORDER OF DISCOVERY SANCTIONS DATED 7-10-17**
_____

I, the undersigned counsel of record for the above-named plaintiffs, do hereby certify that on July 22, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                  Dated this Notice on this **22nd** day of **July** 2017.

                               Respectfully submitted by:

                               GOROKHOVSKY LAW OFFICES, LLC
                               Attorney for Plaintiffs

                        BY:   /s/ Vladimir M. Gorokhovsky
                               Vladimir M. Gorokhovsky, LL.M.
                               ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582