**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Alisa Kolodizner, et al.

                              Plaintiff,

v.                                            Case No.: 1:15−cv−03430
                                              Honorable John J. Tharp Jr.

Frontier Airlines, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 24, 2017:

        MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion to set aside [80] is entered and continued. Appearance on July 28, 2017, is not required to present this motion. Defendant has until July 28, 2017, to file a response along with its time sheets or invoice (with redaction of work product) showing the fees it incurred in connection with the filing of the motion to compel. Plaintiffs are not required to pay any fees the court ordered on July 10, 2017, (R. 70), until the court rules on this motion. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.