# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.
                    Plaintiff,

v.                                          Case No.: 1:15−cv−03430
                                            Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2017:

MINUTE entry before the Honorable Young B. Kim: The motion of Plaintiffs Tarkov and Tarkova for an extension of time [78] is denied without prejudice. Appearance on July 28, 2017, is not required to present this motion. Plaintiffs are directed to file an amended motion for extension of time supported by written travel confirmations or other travel documents showing their international travel and the dates of their travel. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.