THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,<br>　　　　　　　　　Plaintiffs,<br>　-vs-<br><br>**FRONTIER AIRLINES INC.,**<br>　　　　　　Defendant | Case No. **2015-CV-3430**<br><br><br><br><br><br>HON. JOHN J. THARP, JR. |

CERTIFICATE OF SERVICE OF
PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT
TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE

_____

　　　Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF upon defendant's counsel, **Attorney Brian T. Maye** of **Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **July 27,** 2017.

　　　Dated this Notice on this **27**<sup>th</sup> day of **July** 2017.

　　　　　　　　　　　　Respectfully submitted by:

　　　　　　　　　　　　GOROKHOVSKY LAW OFFICES, LLC
　　　　　　　　　　　　Attorney for Plaintiffs


　　　　　　　　　　BY: *Vladimir Gorokhovsky, Esq*
　　　　　　　　　　　　/s/Vladimir Gorokhovsky, LL.M.
　　　　　　　　　　　　　ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com