THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,** <br>                       **Plaintiffs,** <br>   -vs- <br><br> **FRONTIER AIRLINES INC.,** <br>                 **Defendant** | Case No. **2015-CV-3430** <br><br><br><br><br> **HON. JOHN J. THARP, JR.** |

---

**NOTICE OF FILING OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**

---

TO: Honorable John J. Tharp, Jr.
    Everett McKinley Dirksen Building
    Courtroom 1419 | Chambers 1478
    219 South Dearborn Street
    Chicago, Illinois 60604

TO: Brian T. Maye, Esq.
    Adler Murphy & McQuillen LLP.
    20 S. Clark Street, Suite 2500,
    Chicago, Illinois 60603

    **PLEASE TAKE NOTICE** that on this 27th date of July 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Strike Defendant's Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4. and 5.5.

    Dated this 27th day of July 2017.

                                  Respectfully submitted by
                                  GOROKHOVSKY LAW OFFICES, LLC
                                  Attorney for Plaintiffs

                        BY: *Vladimir Gorokhovsky, Esq.*
                              /s/ Vladimir Gorokhovsky, LL.M.
                              ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582
gorlawoffice@yahoo.com

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,** <br> Plaintiffs, <br> -vs- <br><br> **FRONTIER AIRLINES INC.,** <br> **Defendant** | Case No. **2015-CV-3430** <br><br><br><br><br><br> HON. JOHN J. THARP, JR. |

_____

**CERTIFICATE OF SERVICE OF
PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT
TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**
_____

Under penalties as provided by law and pursuant to Local Rule 5.3(a)(b) and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filling upon defendant's counsel, **Attorney Brian T. Maye of Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **July 27,** 2017.

Dated this Notice on this **27th** day of **July** 2017.

                                                 Respectfully submitted by:

                                                 GOROKHOVSKY LAW OFFICES, LLC
                                                 Attorney for Plaintiffs

                                                BY: *Vladimir Gorokhovsky, Esq*
                                                     /s/Vladimir Gorokhovsky, LL.M.
                                                           ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com