## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,** <br>    Plaintiffs, <br>    -vs- <br><br> **FRONTIER AIRLINES INC.,** <br>    Defendant | Case No. **2015-CV-3430** <br><br><br><br><br> **HON. JOHN J. THARP, JR.** |

### CERTIFICATE OF SERVICE OF
### PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE
_____

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF upon defendant's counsel, **Attorney Brian T. Maye** of **Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **July 27,** 2017.

Dated this Notice on this **27th** day of **July** 2017.

                Respectfully submitted by:

                GOROKHOVSKY LAW OFFICES, LLC
                Attorney for Plaintiffs


        BY: *Vladimir Gorokhovsky, Esq*
             /s/Vladimir Gorokhovsky, LL.M.
             ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com