IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ILYA TARKOV and RIMMA TARKOV; on behalf of themselves, and all other similarly situated passengers of proposed class, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES <br><br> Defendant. | Case No.: 1:15-cv-03430 <br><br> Honorable John J. Tharp, Jr. <br><br> Honorable Young B. Kim |

## FRONTIER AIRLINES, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF FROM COURT ORDERED SANCTIONS

Defendant FRONTIER AIRLINES, INC. ("Frontier"), by and through its undersigned attorneys, respectfully responds to Plaintiffs' Motion for Relief from Sanctions as follows:

More than two (2) years ago, Plaintiffs filed these claims against Frontier relating to a flight delay caused by a radar outage at the Punta Cana Airport, over which Frontier had no control. Since that time, Plaintiffs have not produced any discovery, nor have they made themselves available for deposition. On May 19, 2017, Frontier filed a motion to compel after attempting to obtain discovery responses and to depose Plaintiffs for more than one year. On July 10, 2017, after Plaintiffs failed to respond, the Court granted Frontier's motion to compel. The Court stated as follows:

> [Frontier] should not have had to incur additional fees to bring the instant motion. The court finds that Defendant made good faith attempts to secure discovery from Plaintiffs without filing a motion to compel and Plaintiffs failed to demonstrate why an award of attorney's fees is not warranted here. The court further finds that Plaintiffs must pay Defendant up to four hours of attorney's fees Defendant incurred in connection with the filing of the motion to compel.

1

(*See* Court Order, attached as Ex. A) The Court ordered Frontier to submit its time sheets or invoice (with redaction of work product) showing the fees it incurred in connection with the motion to compel and a total amount to be paid by Plaintiffs (not to exceed four hours of fees) by no later than July 12, 2017. (*See* Court Order, attached as Ex. B) The Court directed Frontier to provide its support for fees directly to Plaintiffs' counsel and not to the Court. (*See* Court Order, attached as Ex. C)

In accordance with the Court's Order, on July 12, 2017, counsel for Frontier sent a correspondence to Plaintiffs' counsel providing the total amount to be paid by Plaintiffs (not to exceed four hours of fees). (*See* Correspondence, attached as Ex. D) In light of the confidential nature of time sheets, client invoices and the firm's rates, we proposed to Plaintiffs' counsel that if he wanted to review the actual timesheets, we would arrange for him to review them in person. Alternatively, we proposed reaching an agreement regarding keeping such information confidential so that we could send the documents to Plaintiffs' counsel. Despite this offer, and contrary to the representation made in Plaintiffs' motion for relief, Plaintiffs' counsel never responded to our correspondence or attempted to make contact with counsel for Frontier. Instead, Plaintiffs filed the instant motion for relief, making false accusations about inflated billing rates.

Based on Plaintiffs' motion for relief, it appears Plaintiffs' counsel opposes the proposals presented in Frontier's counsel's letter attached hereto as Ex. D. Therefore, counsel for Frontier respectfully requests an opportunity to provide the Court with its invoice, to be reviewed by the Court *in camera*, to demonstrate that the amount Frontier seeks from Plaintiffs is based on a rate that is <u>less than</u> the actual billing rate associated with Frontier's counsel's efforts in filing the subject motion to compel.

Dated: July 28, 2017                    Respectfully submitted,

/s/ Brian T. Maye

Brian T. Maye
Matthew S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
mdowling@amm-law.com

Attorneys for Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 28, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye