# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.
                              Plaintiff,

v.                                                  Case No.: 1:15−cv−03430
                                                   Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 10, 2017:

      MINUTE entry before the Honorable Young B. Kim: Defendant's motion to compel [52] is granted in part and denied in part. Enter Order. Parties are to comply with the following by the deadlines set herein: (1) Plaintiffs are to supplement their answers to First Set of Interrogatories as directed by no later than July 25, 2017; (2) Plaintiffs are to answer Defendant's Second Set of Interrogatories and respond to Defendant's First and Second Set of Requests for Production of Documents by July 25, 2017 (all answers to interrogatories must be signed by the individuals answering them); (3) Defendant to submit its time sheets or invoice (with redaction of work product) showing the fees it incurred in connection with the filing of the motion to compel and a total amount to be paid by Plaintiff (not to exceed four hours of fees) by no later than July 12, 2017; (4) Plaintiffs to pay the total amount of fees to Defendant by no later than July 25, 2017; and (5) Plaintiffs to appear for their depositions by no later than August 11, 2017. These deadlines are firm. Also, all discovery must be completed by August 31, 2017. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

                                                                               EXHIBIT B