## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.

                        Plaintiff,

v.                                            Case No.: 1:15–cv–03430

                                            Honorable John J. Tharp Jr.

Frontier Airlines, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2017:

      MINUTE entry before the Honorable Young B. Kim: On July 10, 2017, the court ordered Defendant "to submit its time sheets or invoice (with redaction of work product) showing the fees it incurred in connection with the filing of the motion to compel and a total amount to be paid by Plaintiff (not to exceed four hours of fees) by no later than July 12, 2017[.]" (R. 70.) Defendant's submission is to be made directly to Plaintiffs and not to the court. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

EXHIBIT C