| | |
|---|---|
| **From:** | Paula L. Wegman |
| **Sent:** | Wednesday, July 12, 2017 5:02 PM |
| **To:** | 'gorlawoffice@yahoo.com' |
| **Cc:** | Brian T. Maye |
| **Subject:** | Tarkov/Krutsik v Frontier |
| **Attachments:** | Gorokhovsky 7-12-17 TX.pdf |

Please see attached.

Paula L. Wegman
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5776
Mobile: (312) 953-0035
Facsimile: (312) 345-9860

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

EXHIBIT D



20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804
Telephone: 312.345.0700   Facsimile: 312.345.9860
www.amm-law.com

July 12, 2017

**VIA E-Mail (gorlawoffice@yahoo.com)**

Vladimir M. Gorokhovsky, Esq.
GOROKHOVSKY LAW OFFICE, LLC
10919 North Hedgewood Lane
Mequon, WI 53092

      Re: *Krutsik, Tarkov, et al. v. Frontier Airlines, Inc.*
           Case Number: 1:15-cv-03430

Dear Counsel:

    Pursuant to Judge Young B. Kim's July 10, 2017 Plaintiff is required to reimburse Frontier for four hours of attorney fees associated with the preparation and filing of Frontier's motion to compel, which was subsequently granted. That total is $1,040. If you wish to see the actual timesheet, let us know and we can set up a time for you to review it in person. Otherwise, we can discuss an agreement regarding keeping such document confidential so that we can send it to you.

    According to that same Order, payment of these fees to Frontier is due no later than July 25, 2017. Please forward to our attention a check made payable to "Adler Murphy & McQuillen f/b/o Frontier Airlines" on, or prior to, that date.

                                      Very truly yours,

                                      ADLER MURPHY & McQUILLEN LLP

                                      *Paula L. Wegman /s*

                                      Paula L. Wegman

PLW/
cc: Brian T. Maye