UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alisa Kolodizner, et al.
                          Plaintiff,

v.                                              Case No.: 1:15−cv−03430
                                                Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 1, 2017:

   MINUTE entry before the Honorable Young B. Kim: Defendant is directed to email the invoice it referenced on page 2 of its response, (R. 89), in PDF to "proposed_order_kim@ilnd.uscourts.gov&qu ot; for an in camera review by August 2, 2017. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.