## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.
                    Plaintiff,

v.                                                    Case No.: 1:15−cv−03430
                                                      Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2017:

   MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion for relief from prior discovery order [80] is denied. The court has reviewed a copy of the invoice Defendant received from its attorneys in camera. The in−camera review shows that Defendant incurred $2,730 in connection with its motion to compel, (R. 52). In accordance with the court's order of July 10, 2017, Plaintiffs are ordered to reimburse Defendant $1,040 by no later than August 15, 2017. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.