# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.
                      Plaintiff,

v.                                             Case No.: 1:15−cv−03430
                                                      Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:The hearing of 8/7/17 is stricken and plaintiffs' motion [86] is denied without prejudice, for failure to follow this Court's requirements for the presentment of motions. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.