THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et. al*            Case No. **2015-CV-3430**
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
            **Plaintiffs,**

   -vs-                                HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
            **Defendant**

---

**NOTICE OF FILING OF PLAINTIFF'S AMENDED MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**

---

TO: Honorable John J. Tharp, Jr.        TO: Brian T. Maye, Esq.
      Everett McKinley Dirksen Building       Adler Murphy & McQuillen LLP.
      Courtroom 1419 | Chambers 1478        20 S. Clark Street, Suite 2500,
      219 South Dearborn Street               Chicago, Illinois 60603
      Chicago, Illinois 60604

      **PLEASE TAKE NOTICE** that on this 8th date of August 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Amended Motion to Strike Defendant's Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4. and 5.5.

      Dated this 8th day of August 2017.

                                      Respectfully submitted by
                                      GOROKHOVSKY LAW OFFICES, LLC
                                      Attorney for Plaintiffs

                              BY: *Vladimir Gorokhovsky, Esq.*
                                    /s/ Vladimir Gorokhovsky, LL.M.
                                        ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582

# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                               Case No. **2015-CV-3430**
**individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,**
            **Plaintiffs,**

    -vs-                                             HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
            **Defendant**

___

### CERTIFICATE OF SERVICE OF
### PLAINTIFF'S AMENDED MOTION TO STRIKE AFFIRMATIVE DEFENSES
### PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE
___

Under penalties as provided by law and pursuant to Local Rule 5.3(a)(b) and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filling upon defendant's counsel, **Attorney Brian T. Maye of Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **August 8,** 2017.

Dated this Notice on this **8th** day of **August** 2017.

                          Respectfully submitted by:

                          GOROKHOVSKY LAW OFFICES, LLC
                          Attorney for Plaintiffs


                        BY: *Vladimir Gorokhovsky, Esq*
                             /s/Vladimir Gorokhovsky, LL.M.
                                ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com