THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                  Case No. **2015-CV-3430**
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                 **Plaintiffs,**

  **-vs-**                                HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
                 **Defendant**
_____

**NOTICE OF PLAINTIFF'S AMENDED MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**
_____

TO: Honorable John J. Tharp, Jr.          TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building           Adler Murphy & McQuillen LLP.
     Courtroom 1419 | Chambers 1478           20 S. Clark Street, Suite 2500,
     219 South Dearborn Street                  Chicago, Illinois 60603
     Chicago, Illinois 60604

    Please take notice that on **17th** day of **August 2017** at 9:00 A.M. or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr in the United States District Court for Northern District of Illinois, Room 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Amended Motion to Strike Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4 and 5.5.

    Dated this Notice of Motion on this **8th** day of **August** 2017.

                 Respectfully submitted by:
                 GOROKHOVSKY LAW OFFICES, LLC
                 Attorneys for Plaintiffs

          BY: *Vladimir Gorokhovsky, Esq.*
                  /s/Vladimir Gorokhovsky, LL.M.
                    ILND TR. 10994

**P. O. Business Address**:
10919 N. Hedgewood Ln.,
Mequon, WI 53092
 (414)-581-1582
gorlawoffice@yahoo.com

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                                            Case No. **2015-CV-3430**
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                             **Plaintiffs,**

       **-vs-**                                                       **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.,**
                             **Defendant**
_____

## CERTIFICATE OF SERVICE OF
## PLAINTIFF'S AMENDED MOTION TO STRIKE AFFIRMATIVE DEFENSES
## PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE
_____

Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Brian T. Maye of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **August 8,** 2017.

                     Dated this Notice on this **8**[th] day of **August** 2017.

                                     Respectfully submitted by:

                                   GOROKHOVSKY LAW OFFICES, LLC
                                   Attorneys for Plaintiffs


                             BY: *Vladimir Gorokhovsky, Esq*
                                  /s/Vladimir Gorokhovsky, LL.M.
                                    ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com