# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* **individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers,** <br> Plaintiffs, <br> -vs- <br> **FRONTIER AIRLINES INC.,** <br> Defendant | Case No. **2015-CV-3430** <br><br><br> **HON. JOHN J. THARP, JR.** |

## CERTIFICATE OF SERVICE OF
## PLAINTIFF'S AMENDED MOTION TO STRIKE AFFIRMATIVE DEFENSES
## PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF upon defendant's counsel, **Attorney Brian T. Maye** of **Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **August 8,** 2017.

Dated this Notice on this **8th** day of **August** 2017.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorney for Plaintiffs

BY: *Vladimir Gorokhovsky, Esq*
/s/Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com