THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> individually and on behalf of <br> themselves and all others <br> similarly situated members of <br> proposed Class of passengers, <br>                 Plaintiffs, <br>   -vs- <br><br> **FRONTIER AIRLINES INC.,** <br>         Defendant | Case No. **2015-CV-3430** <br><br><br><br><br><br> HON. JOHN J. THARP, JR. |

**AMENDED NOTICE OF PLAINTIFF'S AMENDED MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**

TO: Honorable John J. Tharp, Jr.
    Everett McKinley Dirksen Building
    Courtroom 1419 | Chambers 1478
    219 South Dearborn Street
    Chicago, Illinois 60604

TO: Brian T. Maye, Esq.
    Adler Murphy & McQuillen LLP.
    20 S. Clark Street, Suite 2500,
    Chicago, Illinois 60603

    Please take notice that on **23rd** day of **August** 2017 at 9:00 A.M. or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr in the United States District Court for Northern District of Illinois, Room 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Amended Motion to Strike Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4 and 5.5.

    Dated this Notice of Motion on this **16th** day of **August** 2017.

                          Respectfully submitted by:
                          GOROKHOVSKY LAW OFFICES, LLC
                          Attorneys for Plaintiffs

             BY: *Vladimir Gorokhovsky, Esq.*
                    /s/Vladimir Gorokhovsky, LL.M.
                    ILND TR. 10994

**P. O. Business Address**:
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> individually and on behalf of <br> themselves and all others <br> similarly situated members of <br> proposed Class of passengers, <br>        Plaintiffs, <br><br>  -vs- <br><br> **FRONTIER AIRLINES INC.,** <br>       Defendant | Case No. **2015-CV-3430** <br><br><br><br><br><br> HON. JOHN J. THARP, JR. |

_____

**CERTIFICATE OF SERVICE OF
AMENDED PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES
PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**
_____

  Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Brian T. Maye of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **August 16,** 2017.

      Dated this Notice on this **16th** day of **August** 2017.

          Respectfully submitted by:
         GOROKHOVSKY LAW OFFICES, LLC
         Attorneys for Plaintiffs


        BY: *Vladimir Gorokhovsky, Esq*
         /s/Vladimir Gorokhovsky, LL.M.
          ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com