THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*  Case No. **2015-CV-3430**
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers,**
                        Plaintiffs,

 -vs-  HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC.,**
           **Defendant**
_____

CERTIFICATE OF SERVICE OF
AMENDED PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES
PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE
_____

Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Brian T. Maye of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **August 16,** 2017.

Dated this Notice on this **16th** day of **August** 2017.

                Respectfully submitted by:
                GOROKHOVSKY LAW OFFICES, LLC
                Attorneys for Plaintiffs


                BY:  *Vladimir Gorokhovsky, Esq*
                    /s/Vladimir Gorokhovsky, LL.M.
                       ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com