# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.
 Plaintiff,

v.  Case No.: 1:15−cv−03430
 Honorable John J. Tharp Jr.

Frontier Airlines, et al.
 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2017:

MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. For reasons stated on the record, plaintiff's amended motion to strike affirmative defenses [94] is denied without prejudice. Defendant is granted leave to replead its answer and affirmative defenses by 8/30/17. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.