THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al*<br>individually and on behalf of<br>themselves and all others<br>similarly situated members of<br>proposed Class of passengers<br>　　　　　　　　　Plaintiffs<br>　　-vs-<br><br>**FRONTIER AIRLINES INC.**<br>　　　　　　Defendant | Case No. **2015-CV-3430**<br><br><br><br><br><br>HON. JOHN J. THARP, JR. |

**CERTIFICATE OF SERVICE OF**
**PLAINTIFF'S MOTION TO COMPEL NOTICE OF DEPOSITION PURSUANT**
**TO RULE 37(d) OF FED. R. CIV. PROCEDURE**
_____

　　　　Pursuant to Local Rule 5.5(b) the undersigned counsel of record for the above-named Plaintiffs hereby certify that on August 29, 2017 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

　　　　Dated this Notice on this **29th** day of **August** 2017.

　　　　　　　　　　　　　　Respectfully submitted by:

　　　　　　　　　　　　　　GOROKHOVSKY LAW OFFICES, LLC
　　　　　　　　　　　　　　Attorney for Plaintiffs


　　　　　　　　　　　　　　BY:　/s/ Vladimir M. Gorokhovsky, Esq.
　　　　　　　　　　　　　　　　　Vladimir M. Gorokhovsky, LL.M.
　　　　　　　　　　　　　　　　　SBN: 1036040

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582