## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                               **Case No. 2015-CV-3430**
**individually and on behalf of**
**themselves and all others**
**similarly situated members of**
**proposed Class of passengers**
                    **Plaintiffs**

           **-vs-**                               **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.**
                    **Defendant**

---

### NOTICE OF FILING OF
### MOTION FOR ORDER TO COMPEL NOTICE OF DEPOSITION PURSUANT
### TO RULE 37(d) OF FEDERAL RULES OF CIVIL PROCEDURE

TO: Magistrate Judge Young B. Kim                TO: Brian Maye, Esq**.**
    Everett McKinley Dirksen Building                 Adler Murphy McQuillen LLP
    Courtroom 1019 | Chambers 1000                 20 S. Clark Street, Suite 2500
    219 South Dearborn Street                       Chicago, Illinois 60603
    Chicago, Illinois 60604


   **PLEASE TAKE NOTICE** that on this 29th date of August 2017 the above-named
plaintiff by and through its attorney has filed via ECV system the following legal
document: **Motion to Compel Discovery Pursuant to Rule 37(d) of Fed.R. Civ.
Procedure**. This Notice is duly served upon you pursuant to LR 5,3, 5.4 and5.5(b).
           Dated this 29th day of August 2017.

                          Respectfully submitted by
                          GOROKHOVSKY LAW OFFICE, LLC
                          Attorney for Plaintiffs

                          BY:  /s/ Vladimir M. Gorokhovsky
                              Vladimir M. Gorokhovsky, LL.M.
                              ILND TR # 10994

**P.O Business Address**:
Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln., Suite 2A
Mequon, WI 53092
(414)-581-1582