THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* <br> individually and on behalf of <br> themselves and all others <br> similarly situated members of <br> proposed Class of passengers <br>       **Plaintiffs** <br>  -vs- <br> **FRONTIER AIRLINES INC.** <br>     **Defendant** | Case No. **2015-CV-3430** <br><br><br><br><br><br> HON. JOHN J. THARP, JR. |

**NOTICE OF PLAINTIFF'S MOTION TO COMPEL NOTICE OF DEPOSITION
PURSUANT TO RULE 37(d) OF FED. R. CIV. PROCEDURE**

TO: Magistrate Judge Young B. Kim    TO: Brian Maye, Esq**.**
  Everett McKinley Dirksen Building      Adler Murphy McQuillen LLP
  Courtroom 1019 | Chambers 1000      20 S. Clark Street, Suite 2500
  219 South Dearborn Street         Chicago, Illinois 60603
  Chicago, Illinois 60604

 Please take notice that on **September 7**, 2017 at **10:00AM** or as thereafter directed by this Honorable Court the undersigned counsel of record for the above-named Plaintiffs will appear before the Honorable Young B. Kim in the United States District Court for Northern District of Illinois, Room 1019, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following: **Plaintiff's Motion to Compel Notice of Deposition Pursuant to Rule 37(d) of Fed. R. Civ. Procedure**. This notice is hereby served pursuant to LR 5.3, 5.4 and 5.5(b).
 Dated this Motion on this <u>29th</u> day of August 2017.

            Respectfully submitted by
            GOROKHOVSKY LAW OFFICES, LLC
            Attorneys for Plaintiffs

          BY: /s/ *Vladimir M. Gorokhovsky, Esq*.
            Vladimir M. Gorokhovsky, LL.M.
            ILND TR: 10994

**P.O. Business Address**:
GOROKHOVSKY LAW OFFICE, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582