UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alisa Kolodizner, et al.
                              Plaintiff,

v.                                            Case No.: 1:15−cv−03430
                                              Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 30, 2017:


   MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion to compel [100] is entered and continued. Appearance on September 7, 2017, is not required to present this motion. Plaintiffs are to supplement their motion to compel by September 1, 2017, to advise the court who they wish to depose and why the deposition they seek is relevant to this matter. First, the notice of deposition included with the motion, (R. 100 at 5), is unclear whether Plaintiffs wish to depose a specific individual (the Chicago Manager) or an individual who is qualified to testify on behalf of Defendant pursuant to Rule 30(b)(6) about its internal policies, passenger and flight−information database, and the facts about Flight 41 departing from Punta Cana to Chicago on March 28 and March 29, 2015. If Plaintiffs wish to depose a specific individual, the location of his or her deposition (assuming that such deposition is relevant) depends on where he or she is now stationed. If Plaintiff wishes to depose Defendant pursuant to Rule 30(b)(6), the location of such deposition (assuming that the Rule 30(b)(6) topics are relevant to this case) depends on where the Rule 30(b)(6) designee (to be selected by Defendant) is stationed. Second, Plaintiff does not explain in their current motion why the deposition they seek to complete (or the topics identified in the deposition notice) is relevant to this matter. Discovery still closes tomorrow. However, if the court grants Plaintiff's motion to compel, the court will allow sufficient time for Plaintiffs to complete the deposition they wish to take. Defendant has until September 8, 2017, to file a response. The court will rule electronically. Mailed notice (ma,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.