THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* individually and on behalf of themselves and all others similarly situated members of proposed Class of passengers<br>**Plaintiffs**<br><br>-vs-<br><br>**FRONTIER AIRLINES INC.**<br>**Defendant** | Case No. **2015-CV-3430**<br><br><br><br><br>HON. JOHN J. THARP, JR. |

**CERTIFICATE OF SERVICE OF
SUPPLEMENT TO PLAINTIFF'S MOTION TO COMPEL NOTICE OF
DEPOSITION PURSUANT TO RULE 37(d) OF FED. R. CIV. PROCEDURE AND
FOR ORDER TO EXTEND TIME TO CONDUCT PLAINTIFF'S FACT
DISCOVERY**
_____

Pursuant to Local Rule 5.5(b) the undersigned counsel of record for the above-named Plaintiffs hereby certify that on August 31, 2017 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated this Notice on this **31st** day of **August** 2017.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorney for Plaintiffs

BY: /s/ Vladimir M. Gorokhovsky, Esq.
Vladimir M. Gorokhovsky, LL.M.
SBN: 1036040

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582