# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Alisa Kolodizner, et al.

                        Plaintiff,

v.                                          Case No.: 1:15−cv−03430
                                            Honorable John J. Tharp Jr.

Frontier Airlines, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 1, 2017:

      MINUTE entry before the Honorable Young B. Kim: According to Plaintiffs' supplement to their motion to compel, (R. 103), Plaintiffs seek to depose a specific individual−−−the general manager who was stationed at O'Hare International Airport ("O'Hare") on March 21, 2015−−−under Rule 30(a)(1), not under Rule 30(b)(6). Defendant is directed to include the name of the general manager who was stationed at O'Hare on March 21, 2015 (if there was a general manager) and where this manager is now stationed (if still employed with Defendant) when responding to the motion to compel. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.