UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alisa Kolodizner, et al.
Plaintiff,

v.  Case No.: 1:15−cv−03430
Honorable John J. Tharp Jr.

Frontier Airlines, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 11, 2017:

MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to compel [100] is granted in part. On August 29, 2017, Plaintiff moved the court to compel the deposition of the "general manager of Frontier Airlines Inc. stationed at O'Hare International Airport" ("Chicago Manager") in Chicago. (R. 103 at 1.) The court ordered Defendant to file an opposition to the motion by September 8, 2017, but it did not do so. As such, the motion is granted to the extent that Defendant is ordered to provide the following information to Plaintiff by no later than September 15, 2017: (1) the name of the Chicago Manager on duty on March 21, 2015 (see R. 103 at 2 ("Said general manager... is presumably aware of particular circumstances of delayed departure and cancellation on March 21, 2015 of defendant's flight from Chicago to Punta Cana.")); (2) whether the Chicago Manager remains an employee of Defendant; (3) if the Chicago Manager is a current employee, his or her current location of assignment; and (4) if the Chicago Manager is no longer an employee, his or her last known address and contact information Defendant has on record. As for the place of the Chicago Manager's deposition, parties are to adhere to the following protocol: (a) if the Chicago Manager is a current employee in Chicago, he or she must be produced in Chicago for the deposition; (b) if the Chicago Manager is a current employee in Illinois but outside the Northern District of Illinois, he or she must be produced in the federal judicial district where the manager resides; (c) if the Chicago Manager is a current employee outside Illinois, he or she must be produced in the federal judicial district where the manager resides or in the judicial district that includes Defendant's headquarters; and (d) if the Chicago Manager is no longer an employee, Plaintiff must subpoena him or her to appear for the deposition in the federal judicial district where the manager now resides unless he or she is willing to voluntarily appear in Chicago. Plaintiff has until September 22, 2017, to issue either a notice of deposition or a subpoena for the Chicago Manager's deposition to be taken no later than October 16, 2017. The facts relevant to this motion do not warrant an award of attorney's fees to Plaintiff. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.