IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AILYA TARKOV and RIMMA TARKOV; on behalf of themselves, and all other similarly situated passengers of proposed class, | Case No.: 1:15-cv-03430 |
| Plaintiffs, | Honorable John J. Tharp, Jr. |
| v. | |
| FRONTIER AIRLINES, | |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW
## THE APPEARANCE OF MATTHEW S. DOWLING

    Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Matthew S. Dowling, respectfully requests that this Court grant him leave to withdraw his appearance as one of the attorneys of record in this matter. Mr. Dowling will no longer be working for counsel of record, Adler Murphy & McQuillen LLP. Defendant Frontier Airlines will continue to be represented by Adler Murphy & McQuillen LLP.

    WHEREFORE, Matthew S. Dowling respectfully requests that his appearance as counsel of record be withdrawn.

DATED: September 22, 2017                    Respectfully Submitted,

                                                      By: /s/ Matthew S. Dowling

                                                      ADLER MURPHY & McQUILLEN LLP
                                                      Matthew S. Dowling
                                                      20 S. Clark Street, Suite 2500
                                                      Chicago, Illinois 60603
                                                      Telephone: (312) 345-0700
                                                      Facsimile: (312) 345-9860

2

mdowling@amm-law.com

*Attorney for Defendant*
FRONTIER AIRLINES

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on September 22, 2017 he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Matthew S. Dowling