**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ILYA and RIMMA TARKOV, | ) | |
| | ) | Case No.: 1:15-cv-03430 |
| Plaintiffs, | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| v. | ) | |
| | ) | Honorable Young B. Kim |
| FRONTIER AIRLINES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FRONTIER AIRLINES, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Frontier Airlines, Inc. ("Frontier"), by and through its counsel, and pursuant to Federal Rule of Civil Procedure 56, hereby moves the Court for an Order granting it Summary Judgment as to all Counts.

1. On January 12, 2016, Plaintiffs Ilya and Rimma Tarkov ("Plaintiffs") and Olena, Leonid and Nicole Adler ("Adler Plaintiffs") filed a fourth amended complaint against Frontier pursuant to Article 19 of the Montreal Convention. (Doc. 21) On February 22, 2016, Frontier filed a motion to dismiss, asserting that (1) all non-economic damages claims should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, and (2) the Adler Plaintiffs' claims should be dismissed or severed pursuant to Federal Rule of Civil Procedure 21. (Doc. 24)

2. On May 19, 2017, the Court dismissed with prejudice all non-economic damages claims, and severed the Adler Plaintiffs' claims. (Doc. 51) On July 5, 2017, Plaintiffs filed a fifth amended complaint ("Complaint") against Frontier pursuant to Article 19 of the Montreal

1

Convention. (Doc. 69) Counts I and II of the Complaint include individual and putative class action claims.

3. The two remaining causes of action cannot survive summary judgment since there is no genuine issue of material fact. Summary Judgment should be entered in favor of Frontier Airlines, Inc.

4. Frontier Airlines, Inc. also incorporates by reference its Memorandum of Law, Local Rule 56.1 Statement of Facts and Exhibits filed contemporaneously herewith.

Dated: December 8, 2017          Respectfully submitted,

/s/ Brian T. Maye

Michael G. McQuillen
Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 422-5713
mmcquillen@amm-law.com
bmaye@amm-law.com

Attorneys for Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 8, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye
_____