## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ILYA and RIMMA TARKOV, ) | |
| ) | Case No.: 1:15-cv-03430 |
| Plaintiffs, ) | |
| ) | Honorable John J. Tharp, Jr. |
| v. ) | |
| ) | Honorable Young B. Kim |
| FRONTIER AIRLINES, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF KEVIN HUDSON

I, KEVIN HUDSON, declare and state:

1. I am the Director, System Operations Control (SOC) at Frontier Airlines, Inc. ("Frontier"), and I have been employed in this position at Frontier since 2011.

2. In my role as the Director of SOC, I oversee the controlling of daily airline operations, which includes, but is not limited to, monitoring flight data as well as factors that can influence the process of flight execution such as directives from Air Traffic Control ("ATC"), aircraft events, crew, flight handling and weather.

3. I conducted an individual investigation into the claims asserted by Plaintiffs Ilya and Rimma Tarkov ("Plaintiffs"). I was prepared to appear for deposition and testify based on my personal knowledge and information contained in the business records of Frontier. Plaintiffs have not taken my deposition.

4. This declaration is based on my personal knowledge and/or information contained in Frontier's business records, and it specifically addresses the claims arising from (a) the alleged cancellation of Frontier flight 40, O'Hare International Airport ("O'Hare"), Chicago, Illinois to Punta Cana Airport, Punta Cana, Dominican Republic on March 21, 2015, and (b) the cancellation of Frontier flight 41, Chicago to Punta Cana on March 28, 2015.

5. On March 21, 2015, Plaintiffs were scheduled passengers on Frontier flight 40, Chicago to Punta Cana (hereinafter "Chicago-Punta Cana Flight").

6. On March 21, 2015, the Chicago-Punta Cana Flight was scheduled to depart from O'Hare at 10:00 a.m. local time for Punta Cana, where it was scheduled to arrive at 3:30 p.m. local time.

EXHIBIT B

7. The Chicago-Punta Cana Flight departed from O'Hare on March 21, 2015 at 10:01 a.m. local time. The Chicago-Punta Cana Flight successfully arrived in Punta Cana on March 21, 2015 at 3:12 p.m., eighteen (18) minutes ahead of schedule.

8. On March 28, 2015, Plaintiffs were scheduled passengers on Frontier flight 41, Punta Cana to Chicago (hereinafter "Punta Cana-Chicago Flight").

9. On March 28, 2015, the Punta Cana-Chicago Flight was scheduled to depart from Punta Cana at 4:25 p.m. local time for Chicago, where it was scheduled to arrive at 8:36 p.m. local time.

10. The Punta Cana-Chicago Flight was cancelled on March 28, 2015 due to a radar outage at the Punta Cana Airport. The cancellation was categorized as an "uncontrollable" event. (See SCSM Report, attached as Ex. 1)

11. No flights were allowed in or out of Punta Cana Airport until the radar system was operational, which did not occur until March 29, 2015.

12. Passengers scheduled on the Punta Cana-Chicago Flight, including Plaintiffs, were booked on a replacement flight – Frontier flight 2041 – scheduled to depart Punta Cana the following day - March 29, 2015, which was the next available flight to Chicago. *Id.*

13. Because of the radar outage at the Punta Cana Airport, Frontier was required by law to cancel the Punta Cana-Chicago Flight on March 28, 2015.

14. Operation of the radar system at the Punta Cana Airport was not within Frontier's control.

15. Because the Punta Cana-Chicago Flight on March 28, 2015 could not operate without the Punta Cana Airport's radar system being operational, it was impossible for Frontier to operate the Punta Cana-Chicago Flight. Therefore, it was impossible to avoid the cancellation of the Punta Cana-Chicago Flight.

16. On March 29, 2015, the replacement flight successfully departed Punta Cana after the radar system became operational. Frontier took all reasonable measures to ensure that the replacement flight promptly departed once it had clearance to proceed with the flight.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Dated: December **6**, 2017      *[signature: Kevin D. Hudson]*

**From:** Boetel, Cathy
**Sent:** Saturday, March 28, 2015 3:37 PM
**To:** SOC <SOC@flyfrontier.com>
**Subject:** Ops Advisory – Cancellation, Flight 41 PUJ-ORD

Flight 41 PUJ-ORD with   total passengers has been cancelled due to ATC issues in PUJ.

Customers from cancellation are being protected on F9 extra section 2041 PUJ-ORD on 3/29/15, departing at 0800 arriving ORD at 1211 local.  Uncontrollable cancellation.

EXHIBIT B (1)

Frontier 000051