IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.,*                                Case No. 1: 15-cv-3430

                 **Plaintiff**

   **-vs-**                                                **HON. JOHN J. THARP. JR.**

**FRONTIER AIRLINES INC**

                 **Defendant**                    **Request to Appear Telephonically**

## MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE IN EXCESS OF PAGE LIMIT TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT FRONTIER AIRLINES INC:

NOW COMES the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by and through their undersigned counsel of record and lead trial counsel, and for her Motion for Leave to Extend Time to File Response to Frontier's Summary Judgment Motion as filed on 12-8-17 in this matter by Frontier Airlines Inc, is hereby respectfully requesting this Court to grant to the above-named Plaintiff the leave of extension of an additional time of thirty (30) days to file her Response in Opposition to Defendant's Motion to Strike in Excess of Page Limit and in total number of 20 pages in the matter *sub judice*.

    FURTHER, in support thereof, the above-named Plaintiffs ILYA TARKOV and RIMMA TARKOV by their undersigned counsel of record hereby states as follows:

    1.     That previously on November 1, 2017 this Honorable Court entered a briefing schedule on motion of Frontier Airlines for summary judgment. Dct. 110.

    2.     That in accordance with said briefing schedule the Plaintiffs must file their Response in Opposition and Memorandum of Law and Facts in Response to Defendant's Motion for Summary Judgment on or before January 12, 2018. Dct. 110.

    3.    That this above-captioned matter involves complex civil litigation over important issues pertinent to multinational transportation and international airfare travel laws.

    4.    That in order to prepare meaningful Response to defendant's motion for summary judgment the above-named Plaintiffs by their undersigned counsel is respectfully asking for an additional but limited period of time of thirty days (30) to file their response and opposition to said motion.

    5.    That the Plaintiff is also respectfully requesting to file their response to Frontier's motion for summary judgment in excess of page limit of 15 pages as mandated by L.R. 7.1, and to file said Response in total number of 20 pages.

    WHEREFORE, the above-named Plaintiffs respectfully request this Court to enter an order granting the leave of additional thirty (30) days to file Plaintiff's Response to Defendant's for Summary Judgment in excess of fifteen (15) page limit, as mandated by L.R. 7.1, and in total number of 20 pages; as well as for any other and further relief this Court deems to be just and fair.

    PLEASE TAKE FURTHER NOTICE that the undersigned counsel of record for the above-named Plaintiffs hereby respectfully requesting leave of this Court to appear telephonically for in-court hearing on this motion.

Dated this Motion on this **10th** day of **January** 2018.

Respectfully submitted by:
GOROKHOVSKY LAW OFFICE, LLC
Attorney for Plaintiffs

BY: /s/ *Vladimir M. Gorokhovsky*
Vladimir M. Gorokhovsky, LL.M.
ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 11, 2018, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Vladimir M. Gorokhovsky