THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et., al.,*                       Case No. 1: 15-cv-003430

              **Plaintiffs**

       -vs-                                  HON. JOHN J. THARP. JR.

**FRONTIER AIRLINES INC**

              **Defendant**

---

### CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE IN EXCESS OF PAGE LIMIT TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT FRONTIER AIRLINES INC

---

      I the undersigned counsel of record for the above-named Plaintiffs do hereby certify that on January 11th, 2018 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

             Dated this Notice on this <u>11th</u> day of January 2018.

                         Respectfully submitted by:

                         GOROKHOVSKY LAW OFFICE, LLC
                         Attorney for Plaintiffs


                         BY: <u>/s/ Vladimir M. Gorokhovsky</u>
                              Vladimir M. Gorokhovsky, LL.M.
                              ILND TR.: 10994

**<u>P.O Business Address</u>:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582