THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.,*                    Case No. 1: 15-cv-003430

           **Plaintiffs**

  -vs-                                          HON. JOHN J. THARP. JR.

**FRONTIER AIRLINES INC**

           **Defendant**
_____

### NOTICE OF FILING OF PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT MOTION
_____

TO: Honorable John J. Tharp. Jr.        TO: Brian T. Maye, Esq.
     Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP.
     Courtroom: 1419 | Chambers: 1448     33 West Monroe Street, Suite 2700
     219 South Dearborn Street               Chicago, Illinois, 60603
     Chicago, Illinois 60604

    **PLEASE TAKE NOTICE** that on this 11th date of January 2018 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion for Leave of an Additional Time to File Response to Defendant's Motion for Summary Judgment in Excess of Page Limit**. This Notice is duly served upon you pursuant to L.R 5:3, 5:4 and 5.5(b).

    Dated this 11th day of January 2018.

                                     Respectfully submitted by
                                     GOROKHOVSKY LAW OFFICE, LLC
                                     Attorney for Plaintiffs

                            BY: /s/ Vladimir M. Gorokhovsky, Esq.
                                     Vladimir M. Gorokhovsky, LL.M.
                                     ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582