THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.,*                                    Case No. 1: 15-cv-3430

**Plaintiff**

-vs-                                                            HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC**

**Defendant**

---

**NOTICE OF MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE IN EXCESS OF PAGE LIMIT TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT FRONTIER AIRLINES INC**

---

TO: Honorable John J. Tharp. Jr.          TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building          Adler Murphy & McQuillen LLP.
    Courtroom: 1419 | Chambers: 1448          33 West Monroe Street, Suite 2700
    219 South Dearborn Street                  Chicago, Illinois, 60603
    Chicago, Illinois 60604

Please take notice on **January 17th, 2018** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr. in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion for Leave of Additional Time to File Response to Motion of Defendant Frontier Airlines Inc for Summary Judgment in Excess of Page Limit**. This Notice is hereby duly served pursuant to L.R. 5:3, 5:4 and 5.5(b).

Dated this Motion on this 11th day of January 2018.

                                        Respectfully submitted by
                                        GOROKHOVSKY LAW OFFICES, LLC
                                        Attorney for Plaintiffs

                              BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                        Vladimir M. Gorokhovsky, LLM.
                                        ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582