UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Alisa Kolodizner, et al.
                    Plaintiff,

v.                                             Case No.: 1:15−cv−03430
                                               Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 12, 2018:

  MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiffs' motion for leave to extend time to file a response in excess of the page limit [114] is granted. No appearance on the motion is required. The plaintiff's response to the motion for summary judgment is due 2/12/18. The page limit for the motion is 20 pages. The defendant's reply is due 3/5/2018. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.