IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.,*  Case No. 1: 15-cv-3430

**Plaintiffs**

-vs-  HON. JOHN J. THARP. JR.

**FRONTIER AIRLINES INC**

**Defendant**  Request to Appear Telephonically

## SECOND MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT FRONTIER AIRLINES INC:

NOW COMES the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by and through their undersigned counsel of record and lead trial counsel, and for her Motion for Leave to Extend Time to File Response to Frontier's Summary Judgment Motion as filed on 12-8-17 in this matter by Frontier Airlines Inc, is hereby respectfully requesting this Court to grant to the above-named Plaintiff an additional leave of extension of an additional time of thirty (30) days to file her Response in Opposition to Defendant's Motion for Summary Judgment in total number of 20 pages in the matter *sub judice*.

FURTHER, in support thereof, the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by their undersigned counsel of record hereby states as follows:

1. That previously, in response to plaintiff's counsel 1st motion for leave of extension of time to file response to defendant's motion for summary judgment in excess of page limits on January 12, 2018 this Honorable Court entered a amended briefing schedule on motion of Frontier Airlines for summary judgment. Dct. 116.

2. That in accordance with said briefing schedule the Plaintiffs must file their Response in Opposition and Memorandum of Law and Facts in Response to Defendant's Motion for Summary Judgment in the total amount of twenty (20) pages on or before February 12, 2018. Dct. 116.

3. That however since that time plaintiffs' counsel was consistently ill for several weeks, suffering from disabling and severe flue.

4. That due to that reason the undersigned counsel was not able to prepare meaningful response to defendant' motion for summary judgment in accordance with amended briefing schedule entered by this Court on January 12, 2018.

5. That plaintiff's counsel is wholeheartedly apologetic to this Court and to opposing counsel for his inability to prepare meaningful response to defendant's motion for summary judgment by February 12, 2018. Dct. 116.

6. That based on the above-stated reason the above-named Plaintiffs by their undersigned counsel is respectfully asking for an additional but limited period of time of thirty days (30) to file their response and opposition to said motion in total number of 20 pages as previously approved by this Court. Dct. 116.

7. That an undersigned counsel affirmatively states that absent further extraordinary circumstances no further extension will be sought.

WHEREFORE, the above-named Plaintiffs respectfully request this Court to enter an order granting the leave of additional thirty (30) days to file Plaintiff's Response to Defendant's for Summary Judgment in amount of twenty (20) pages; as well as for any other and further relief this Court deems to be just and fair.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel of record for the above-named Plaintiffs hereby respectfully requesting leave of this Court to appear telephonically for in-court hearing on this motion, if necessary.

Dated this Motion on this **10th** day of **February** 2018.

Respectfully submitted by:
GOROKHOVSKY LAW OFFICE, LLC
Attorney for Plaintiffs

BY: /s/ *Vladimir M. Gorokhovsky*

Vladimir M. Gorokhovsky, LL.M.
ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 11, 2018, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Vladimir M. Gorokhovsky