THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.,*  Case No. 1: 15-cv-003430

**Plaintiffs**

-vs-  HON. JOHN J. THARP. JR.

**FRONTIER AIRLINES INC**

**Defendant**

___

NOTICE OF FILING OF PLAINTIFF'S SECOND MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT MOTION
___

TO: Honorable John J. Tharp. Jr.  TO: Brian T. Maye, Esq.
   Everett McKinley Dirksen Building     Adler Murphy & McQuillen LLP.
   Courtroom: 1419  |  Chambers: 1448    33 West Monroe Street, Suite 2700
   219 South Dearborn Street              Chicago, Illinois, 60603
   Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on this 11th date of February 2018 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Second Motion for Leave of an Additional Time to File Response to Defendant's Motion for Summary Judgment in Excess of Page Limit**. This Notice is duly served upon you pursuant to L.R 5:3, 5:4 and 5.5(b).

Dated this 11th day of February 2018.

                                        Respectfully submitted by
                                        GOROKHOVSKY LAW OFFICE, LLC
                                        Attorney for Plaintiffs

                                BY:   /s/ Vladimir M. Gorokhovsky, Esq.
                                       Vladimir M. Gorokhovsky, LL.M.
                                       ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582