THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et., al.,* | Case No. 1: 15-cv-3430 |
| **Plaintiff** | |
| -vs- | HON. JOHN J. THARP, JR. |
| **FRONTIER AIRLINES INC** | |
| **Defendant** | |

**NOTICE OF SECOND MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT FRONTIER AIRLINES INC**

TO: Honorable John J. Tharp. Jr.
    Everett McKinley Dirksen Building
    Courtroom: 1419 | Chambers: 1448
    219 South Dearborn Street
    Chicago, Illinois 60604

TO: Brian T. Maye, Esq.
    Adler Murphy & McQuillen LLP.
    33 West Monroe Street, Suite 2700
    Chicago, Illinois, 60603

    Please take notice on **February 15th, 2018** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr. in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Second Motion for Leave of Additional Time to File Response to Motion of Defendant Frontier Airlines Inc for Summary Judgment**. This Notice is hereby duly served pursuant to L.R. 5:3, 5:4 and 5.5(b).

    Dated this Motion on this 11th day of February 2018.

                                            Respectfully submitted by
                                            GOROKHOVSKY LAW OFFICES, LLC
                                            Attorney for Plaintiffs

                             BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                            Vladimir M. Gorokhovsky, LLM.
                                            ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582