**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Alisa Kolodizner, et al.
                                   Plaintiff,

v.                                                                Case No.: 1:15−cv−03430
                                                                                   Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiffs' second motion for leave to extend time to file response to motion for summary judgment [117] is granted. No appearance on the motion is required. The plaintiffs' response to the motion for summary judgment is due 3/14/2018. The page limit for the response is 20 pages. The defendant's reply is due 4/4/2018. No further extensions will be granted absent extraordinary circumstances.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.