**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**ILYA TARKOV,** *et. al*                                    **Case No. <u>2015-CV-3430</u>**

**Plaintiffs**

          **-vs-**                                                **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.**

          **Defendant**

**CERTIFICATE OF SERVICE OF  PLAINTIFF'S MEMORANDUM OF LAW**
**AND FACTS IN OPPOSITION TO FRONTIER'S MOTION FOR SUMMARY**
**JUDGMENT**
_____

          Pursuant to Local Rule 5.5(b) and 5.9, the undersigned counsel of record for the

above-named Plaintiffs hereby certify that on March 13, 2018 he caused a copy of the

foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF,

which will send electronic notification to the parties and registered attorneys of record

that the document has been filed and is available for viewing and downloading.

          Dated this Notice on this <u>13th</u> day of March 2018.

                    Respectfully submitted by:

                    GOROKHOVSKY LAW OFFICE, LLC
                    Attorney for Plaintiffs


          BY:  /s/ Vladimir M. Gorokhovsky
                    Vladimir M. Gorokhovsky, LL.M.
                    ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582