IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILYA TARKOV and <br> RIMMA TARKOV                ) <br> ) <br> Plaintiffs,      ) <br> ) <br> vs.                ) <br> ) <br> FRONTIER AIRLINES INC     ) <br> a foreign corporation         ) <br> ) <br> Defendants.    ) | Case No. 15 CV 3430 <br> Honorable John Tharp, Jr. |

**STATEMENT OF DISPUTED MATERIAL FACTS**
**PURSUANT TO LOCAL RULE 56.1(b)(3)(C)**

___

       **NOW COMES** the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by their counsel of record, Attorney Vladimir M. Gorokhovsky of GOROKHOVSKY LAW OFFICE, LLC and pursuant to Local Rule 56.1(b)(3)(C) hereby propounds to this Honorable Court the following Statement of Additional Disputed Material Facts:

       1. That based on personal observations of Mr. Tarkov of another airplane departing Punta Cana International Airport on March 28, 2015 it is disputed that on March 28, 2015 defendant's flight 41 was not able to depart on time from Punta Cana International Airport due to radar outage. <u>Declaration of Mr. Ilya Tarkov, 03-09-18, par. 10, p.2, par. 28-30 pp. 4-5.</u>

       2. That based on personal observations of Mr. Tarkov of another airplane departing Punta Cana International Airport on March 28, 2015 it is disputed that on March 28, 2015 defendant Frontier Airlines took all reasonable measures to mitigate

effect of radar outage, if any, upon scheduled air travel of its passengers. <u>Declaration of Mr. Ilya Tarkov, 03-09-18, par. 10, p.2, par. 28-30 pp. 4-5.</u>

      3.     That based on personal observations of Mr. Tarkov of another airplane departing Punta Cana International Airport on March 28, 2015 it is disputed that on March 28, 2015 defendant Frontier Airlines prepared in advance for taking of all reasonable measures to mitigate effect of radar outage, if any, upon scheduled air travel of its passengers. <u>Declaration of Mr. Ilya Tarkov, 03-09-18, par. 10, p.2, par. 28-30 pp. 4-5.</u>

      Dated on 8th day of <u>March</u>, 2018.

                                     GOROKHOVSKY LAW OFFICE, LLC
                                     Attorneys for Plaintiff

                                     BY: /s/ Vladimir M. Gorokhovsky, Esq.
                                         Vladimir M. Gorokhovsky, LL.M.
                                         SBN: 1036040

**P.O. Business Address:**
GOROKHOVSKY LAW OFFICE LLC
10919 North Hedgewood Ln, Suite 2A
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com