**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILYA TARKOV, *et., al.*, ) <br> ) <br>          Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FRONTIER AIRLINES INC., ) <br> ) <br>          Defendant. ) | Case No. 15 CV 3430 <br> Honorable John J. Tharp, Jr. |

**PLAINTIFF'S STATEMENT IN RESPONSE TO DEFENDANT'S STATEMENT
PURSUANT TO LOCAL RULE 56.1(b)(3)(C)**

    **NOW COMES** the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV by their counsel of record, Attorney Vladimir M. Gorokhovsky of GOROKHOVSKY LAW OFFICE, LLC and in response to defendant's statement submitted pursuant to Local Rule 56.1(b)(3)(C) hereby propounds to this Honorable Court the following Response to Defendant's Rule 56 Statement:

    1.    Responding to par. 1 of defendant's Rule 56.1 statement the Plaintiffs admit facts contained therein.

    2.    Responding to par. 2 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

    3.    Responding to par. 3 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

    4.    Responding to par. 4 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

5. Responding to par. 5 of defendant's Rule 56.1 statement the Plaintiffs deny alleged facts contained therein.

6. Responding to par. 6 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

7. Responding to par. 7 of defendant's Rule 56.1 statement the Plaintiffs admit facts contained therein.

8. Responding to par. 8 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

9. Responding to par. 9 of defendant's Rule 56.1 statement the Plaintiffs deny allegations of facts contained therein.

10. Responding to par. 10 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

11. Responding to par. 11 of defendant's Rule 56.1 statement the Plaintiffs alleged admit facts contained therein.

12. Responding to par. 12 of defendant's Rule 56.1 statement the Plaintiffs deny allegation of facts contained therein.

13. Responding to par. 13 of defendant's Rule 56.1 statement the Plaintiffs deny allegation of purported facts contained therein.

14. Responding to par. 14 of defendant's Rule 56.1 statement the Plaintiffs deny allegation of purported facts contained therein.

15. Responding to par. 15 of defendant's Rule 56.1 statement the Plaintiffs deny allegations of purported facts contained therein.

16. Responding to par. 16 of defendant's Rule 56.1 statement the Plaintiffs deny alleged purported facts contained therein.

17. Responding to par. 17 of defendant's Rule 56.1 statement the Plaintiffs deny alleged purported facts contained therein.

18. Responding to par. 18 of defendant's Rule 56.1 statement the Plaintiffs deny alleged purported facts contained therein.

19. Responding to par. 19 of defendant's Rule 56.1 statement the Plaintiffs deny alleged purported facts contained therein.

20. Responding to par. 20 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

21. Responding to par. 21 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

22. Responding to par. 22 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

23. Responding to par. 23 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

24. Responding to par. 24 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

25. Responding to par. 25 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

26. Responding to par. 26 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

27. Responding to par. 27 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

28. Responding to par. 28 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

29. Responding to par. 29 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

30. Responding to par. 30 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

31. Responding to par. 31 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

32. Responding to par. 32 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

32. Responding to par. 32 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

33. Responding to par. 33 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

34. Responding to par. 34 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

35. Responding to par. 35 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

36. Responding to par. 36 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

37. Responding to par. 37 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

38. Responding to par. 38 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

39. Responding to par. 39 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

40. Responding to par. 40 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

41. Responding to par. 41 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

42. Responding to par. 42 of defendant's Rule 56.1 statement the Plaintiffs deny purported characterization of facts contained therein.

43. Responding to par. 43 of defendant's Rule 56.1 statement the Plaintiffs deny purported characterization of plaintiff's testimony contained therein..

44. Responding to par. 44 of defendant's Rule 56.1 statement the Plaintiffs deny purported characterization of plaintiff's testimony contained therein.

45. Responding to par. 45 of defendant's Rule 56.1 statement the Plaintiffs deny purported characterization of plaintiff's testimony contained therein.

46. Responding to par. 46 of defendant's Rule 56.1 statement the Plaintiffs admit representation of defense counsel as to prior orders of this court contained therein.

47. Responding to par. 47 of defendant's Rule 56.1 statement the Plaintiffs deny purported characterization of plaintiff's actions contained therein.

48. Responding to par. 48 of defendant's Rule 56.1 statement the Plaintiffs admit representation of defense counsel as to prior orders of this court contained therein.

49. Responding to par. 49 of defendant's Rule 56.1 statement the Plaintiffs admit representation of defense counsel as to prior orders of this court contained therein.

50. Responding to par. 50 of defendant's Rule 56.1 statement the Plaintiffs deny purported characterization of plaintiff's actions contained therein.

51. Responding to par. 51 of defendant's Rule 56.1 statement the Plaintiffs admit representation of defense counsel as to plaintiffs actions contained therein.

52. Responding to par. 52 of defendant's Rule 56.1 statement the Plaintiffs admit alleged facts contained therein.

53. Responding to par. 53 of defendant's Rule 56.1 statement the Plaintiffs deny purported characterization of plaintiff's testimony contained therein.

Dated on 8th day of March, 2018.

                      GOROKHOVSKY LAW OFFICE, LLC
                      Attorneys for Plaintiffs


                      BY: */s/ Vladimir M. Gorokhovsky, Esq.*
                      Vladimir M. Gorokhovsky, LL.M.
                      ILND TR. 10994

**P.O. Business Address:**
GOROKHOVSKY LAW OFFICE, LLC
10919 N Hedgewood Ln, Suite 2A
Milwaukee, WI 53092
(414)-581-1582

CERTIFICATE OF SERVICE:

I hereby certify that on March 14th, 2018 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

*Vladimir M. Gorokhovsky, Esq.*
_____
/s/ VLADIMIR GOROKHOVSKY