IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*            Case No. <u>**2015-CV-3430**</u>

**Plaintiffs**

   -vs-                                                   **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.**

**Defendant**

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES** the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Office LLC and pursuant to Rule 56 of Fed. R. Civil Procedure and in accordance with Local Rule 56.1 hereby moving this Honorable Court for an Order of Denial of Defendant's Motion for Summary Judgment due to the legal reasons discussed further.

FURTHER, in support of this Opposition the Plaintiffs state as follows:

1. That this civil action concerns defendant's liability under Article 19 of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (entered into force on Nov. 4, 2003) (Montreal Convention), *reprinted in* S. Treaty Doc. No. 106-45, which is the supreme law of this land [1] pursuant to the Article VI of the United States Constitution.

---

[1] The Montreal Convention is available in the UNITED STATES CODE SERVICE (U.S.C.S.) volume titled International Agreements at 635 (2007). It is also available at S. Treaty Doc. No. 106-45, 1999 WL 33292734 at 29-45.

2.  That motion for summary judgment of the above-named defendant Frontier Airlines is not viable for reasons further identified and discussed in Memorandum of Law and Facts as appended herewith marked as Exhibit A, incorporated by reference and made a part of this entire Opposition to Motion for Summary Judgment as filed by the above-named defendant Frontier Airlines Inc in the above-captioned matter.

**IN FURTHER SUPPORT** and in accordance with the Rule 56 of Fed. R. Civil Procedure and the Local Rule 56(1), the above-named Plaintiffs are propounding the following pleadings:

(1) Declaration of Ilya Tarkov; 3-9-18, pp. 1-5, par. 1-30;

(2) Plaintiff's Response to Defendant's Rule 56.1 Statement, pp. 1-9, par. 1-55; and

(3) Plaintiff's Memorandum of Law and Facts in Support of Opposition to Motion for Summary Judgment, pp. 1-18.

(4) Statement of Additional Disputed Facts Pursuant to Local Rule 56.1(b)(3)(C), par. 1-3, pp. 1-2.

**WHEREFORE,** pursuant to the Rule 56(c) of Federal Rules of Civil Procedure, the above-named Plaintiffs, **ILYA TARKOV and RIMMA TARKOV** are in good faith praying for denial of defendant's motion for summary judgment.

Dated this Opposition on this 10th day of March 2018.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICE, L.L.C.
        Attorney for Plaintiffs

  BY: *Vladimir M. Gorokhovsky, Esq.*
      /s/ VLADIMIR M. GOROKHOVSKY, LL.M.
      ILND TR 10994

**P.O. Business Address:**
Gorokhovsky Law Office, LLC
451 West Huron Street, Suite 1402
Chicago, Illinois 60654
Telephone: (414)-581-1582
gorlawoffice@yahoo.com

## CERTIFICATE OF SERVICE

     The undersigned attorney certifies that on Mach 13, 2018, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                              */s/ Vladimir M. Gorokhovsky, Esq.*