IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILYA and RIMMA TARKOV, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 15 CV 03430 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

    This action having been decided by Judge John J. Tharp, Jr. on defendant Frontier Airlines, Inc.'s motion for summary judgment, it is hereby ORDERED:

    Judgment is entered in favor of defendant Frontier Airlines, Inc. and against plaintiffs Ilya and Rimma Tarkov. Defendant shall recover costs from plaintiffs Ilya and Rimma Tarkov.

Date: August 31, 2018

John J. Tharp, Jr.
United States District Judge