**ADLER MURPHY & MCQUILLEN LLP**
TWENTY SOUTH CLARK STREET, SUITE 2500
CHICAGO, ILLINOIS 60603
TELEPHONE (312) 345-0700
FACSIMILE (312) 345-9860
E-MAIL amm-law.com

| DATE | EXPENSE | AMOUNT | |
|---|---|---:|---|
| 12/31/15 | ▓▓▓ | ▓▓ | Billed 01/26/16 |
| 12/31/15 | ▓▓▓ | ▓▓ | Billed 01/26/16 |
| 01/20/16 | ▓▓▓ | ▓▓ | Billed 04/29/16 |
| 01/29/16 | PACER | 4.00 | Billed 04/29/16 |
| 02/23/16 | ▓▓▓ | ▓▓ | Billed 04/29/16 |
| 02/29/16 | ▓▓▓ | ▓▓ | Billed 04/29/16 |
| 03/15/16 | ▓▓▓ | ▓▓ | Billed 04/29/16 |
| 04/12/16 | ▓▓▓ | ▓▓ | Billed 07/29/16 |
| 04/29/16 | ▓▓▓ | ▓▓ | Billed 07/29/16 |
| 05/16/16 | ▓▓▓ | ▓▓ | Billed 07/29/16 |
| 06/13/16 | ▓▓▓ | ▓▓ | Billed 07/29/16 |
| 09/30/16 | ▓▓▓ | ▓▓ | Billed 11/04/16 |
| 10/13/16 | ▓▓▓ | ▓▓ | Billed 01/31/17 |
| 11/15/16 | ▓▓▓ | ▓▓ | Billed 01/31/17 |
| 12/30/16 | ▓▓▓ | ▓▓ | Billed 01/31/17 |
| 07/25/17 | PACER - ELECTRONIC RECORDS | 1.30 | Billed 11/30/17 |
| 08/21/17 | DEPOSITION TRANSCRIPTION FEES OF TARKOV | 780.00 | Billed 11/30/17 |
| 08/31/17 | DEPOSITION TRANSCRIPTS OF ELI TARKOV & RIMMA TARKOV - VERITEXT INVOICE CHI3073813 | 1,142.15 | Billed 11/30/17 |
| 09/06/17 | VIDEO SERVICES FOR DEPS OF ELI TARKOV & RIMMA TARKOV - VERITEXT INVOICE CHI3075859 | 1,258.50 | Billed 11/30/17 |
| 09/11/17 | PACER | 10.90 | Billed 11/30/17 |
| 10/11/17 | 15AZF0282 - JPMORGAN CHASE BANK, NA INVOICE NO. SB65255-I1- FEES FOR RECORD A SUBPOENA | 20.00 | Billed 11/30/17 |
| 10/18/17 | ▓▓▓ | ▓▓ | Billed 11/30/17 |
| 01/10/18 | ▓▓▓ | ▓▓ | Billed 02/28/18 |
| 04/26/18 | ▓▓▓ | ▓▓ | Billed 05/30/18 |
| **Total of New Expenses:** | | 0.00 | |
| **Total of Previously Billed Expenses:** | | ▓▓ | |

ADLER MURPHY & MCQUILLEN LLP
FEIN 36-3990889