THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et. al* | Case No. **2015-CV-3430** |
| **Plaintiffs** | |
| -vs- | HON. JOHN J. THARP, JR. |
| **FRONTIER AIRLINES INC.** | |
| Defendant | Request to Appear Telephonically |

### NOTICE OF FILING OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRIOR DISCOVERY ORDER OF THIS COURT DATED 7-10-17

_____

TO: Magistrate Judge Young B. Kim  
    Everett McKinley Dirksen Building  
    Courtroom 1019 | Chambers 1000  
    219 South Dearborn Street  
    Chicago, Illinois 60604  

TO: Brian Maye, Esq.  
    Adler Murphy McQuillen LLP  
    20 S. Clark Street, Suite 2500  
    Chicago, Illinois 60603  

    Please take notice that on **July 22, 2017** the undersigned counsel of record for the above-named Plaintiffs filed the following motion: **Plaintiff's Motion for Leave to Extent Time to Comply with Prior Discovery Order of This Court Dated 7-10-17**. This Notice is served pursuant to Local Rules 5.3, 5.4 and 5.5.(b).

    Dated this Notice of Filing of Motion on this **22nd** day of **July** 2017.

                    Respectfully submitted by:  
                    GOROKHOVSKY LAW OFFICES, LLC  
                    Attorney for Plaintiffs  

                  BY: /s/ Vladimir M. Gorokhovsky  
                      Vladimir M. Gorokhovsky, LL.M.  
                      ILND TR. 10994  

**P. O. Business Address**:  
Gorokhovsky Law Offices, LLC  
10919 N. Hedgewood Ln.,  
Mequon, WI 53092  
Telephone: (414)-581-1582

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                   Case No. **2015-CV-3430**

            **Plaintiffs**

   **-vs-**                                      **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.**

           **Defendant**          Request to Appear Telephonically

**CERTIFICATE OF SERVICE OF FILING OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRIOR DISCOVERY ORDER OF THIS COURT DATED 7-10-17**

___

I, the undersigned counsel of record for the above-named plaintiffs, do hereby certify that on July 22, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                        Dated this Notice on this **22nd** day of **July** 2017.

                                     Respectfully submitted by:

                                     GOROKHOVSKY LAW OFFICES, LLC
                                     Attorney for Plaintiffs

                                BY: /s/ Vladimir M. Gorokhovsky
                                           Vladimir M. Gorokhovsky, LL.M.
                                           ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582