THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                      Case No. **2015-CV-3430**

**Plaintiffs**

    -vs-                                    HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC**

        **Defendant**                Request to Appear Telephonically

**NOTICE OF PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO COMPLY WITH PRIOR DISCOVERY ORDER OF
THIS COURT DATED 7-10-17**

_____

TO: Magistrate Judge Young B. Kim      TO: Brian Maye, Esq**.**
     Everett McKinley Dirksen Building         Adler Murphy McQuillen LLP
     Courtroom 1019 | Chambers 1000         20 S. Clark Street, Suite 2500
     219 South Dearborn Street                Chicago, Illinois 60603
     Chicago, Illinois 60604

      Please take notice that on **July 28**, 2017 at **11:00AM** or as thereafter directed by this Honorable Court the undersigned counsel of record for the above-named Plaintiffs will appear before the Magistrate Judge Young B. Kim in the United States District Court for Northern District of Illinois, Room 1019, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following: **Plaintiff's Motion for Leave to Extent Time to Comply with Prior Discovery Order of this Court Dated 7-10-17**. This Notice is served pursuant to Local Rules 5.5, 5.4 and 5.5(b).

      Dated this Notice of Motion on this **22th** day of **July** 2016.

                     Respectfully submitted by:
                     GOROKHOVSKY LAW OFFICES, LLC
                     Attorney for Plaintiffs

         BY:   /s/ Vladimir M. Gorokhovsky
                      Vladimir M. Gorokhovsky, LL.M.
                      ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582