UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Alisa Kolodizner, et al.
                              Plaintiff,

v.                                              Case No.: 1:15−cv−03430
                                                Honorable John J. Tharp Jr.

Frontier Airlines, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 11, 2018:

     MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for extension of time [127] is stricken. The motion will not be heard as noticed. The motion does not address the payment that was required by this Court's order of 8/31/18; instead, it appears to be a duplicate of a motion the plaintiffs filed on 7/22/18 [78] and refers to an earlier order entered in the case on 7/10/18. If the plaintiffs seek relief from this Court's order of 8/31/18 to pay the $1,040 reimbursement owed to Defendant, they must file a motion that actually addresses that subject. And as the plaintiffs have already missed the deadline the Court established for that payment, the Court will begin assessing additional sanctions if the required reimbursement is not made on or before 9/21/18 or unless a proper motion seeking further relief has been presented and granted before that date. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.