IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.*,                                             Case No. 1: 15-cv-3430

**Plaintiffs**

-vs-                                                                          HON. JOHN J. THARP. JR.

**FRONTIER AIRLINES INC**

**Defendant**                           Request to Appear Telephonically

<u>**MOTION FOR LEAVE TO EXTEND TIME TO COMPLY WITH COURT ORDER:**</u>

NOW COMES the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by and through their undersigned counsel of record and lead trial counsel, and for her Motion for Leave to Extend Time to Comply with Court Order dated 8-31-2018, is hereby respectfully requesting this Court to grant to the above-named Plaintiffs an additional leave of extension of an additional time of thirty (30) days to comply with Order of this Court dated August 31, 2018.

FURTHER, in support thereof, the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by their undersigned counsel of record hereby states as follows:

1.      That on August 31, 2018 this Court ordered the above-named Plaintiffs to file their proof of payment in the sum of $1040 to the above-named defendant Frontier Airlines Inc by September 10, 2018. Dct. 124.

2.      That on September 10, 2018 the plaintiff's counsel intended to file the motion for extension of time comply with the Order of this court dated August 31, 2018. Dct. 127. However, this motion was filed in error using in error the prior computer file of prior tamp plate of prior motion. The undersigned counsel is sincerely apologetic for this inadvertent computer error.

Page 1 of 3

3. That on September 11, 2018 the Court accordingly denied without prejudice the above-identified motion which was filed in error, however stating that a proper motion may be presented prior to September 21, 2018. Dct. 130.

4. That the plaintiff's counsel is accordingly duty bound to present the proper motion for consideration by this Court.

5. That this Court shall be mindful that said obligation was recently discharged in bankruptcy action.

6. That the plaintiff's counsel needs an additional time to discuss this matter with his clients, who are currently traveling internationally and are not available for contact.

7. That also an additional time is needed for the above-named plaintiffs to consider this issue and to gather funds necessary to comply with the order of this Court dated August 31, 2018.

WHEREFORE, the above-named Plaintiffs respectfully request this Court to enter an order granting the leave of additional thirty (30) days to file Proof of Payment in compliance with prior order of this Court.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel of record for the above-named Plaintiffs hereby respectfully requesting leave of this Court to appear telephonically for in-court hearing on this motion, if necessary.

Dated this Motion on this 14th day of **September** 2018.

Respectfully submitted by:
GOROKHOVSKY LAW OFFICE, LLC
Attorney for Plaintiffs

BY: /s/ *Vladimir M. Gorokhovsky*
Vladimir M. Gorokhovsky, LL.M.

ILND TR. 10994

**P. O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on September 14, 2018, he served the foregoing document by electronically filing the same with the Clerk of the U.S. Federal Court for the Northern District of Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Vladimir M. Gorokhovsky