THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILYA TARKOV,** *et., al.,* | **Case No. 1: 15-cv-003430** |
| **Plaintiffs** | |
| -vs- | **HON. JOHN J. THARP. JR.** |
| **FRONTIER AIRLINES INC** | |
| **Defendant** | |

_____

**NOTICE OF FILING OF PLAINTIFF'S MOTION FOR LEAVE TO
EXTEND TIME TO COMPLY WITH COURT ORDER**
_____

TO: Honorable John J. Tharp. Jr.         TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP.
    Courtroom: 1419 | Chambers: 1448         33 West Monroe Street, Suite 2700
    219 South Dearborn Street                Chicago, Illinois, 60603
    Chicago, Illinois 60604

    **PLEASE TAKE NOTICE** that on this 14th date of September 2018 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion for Leave of an Additional Time to Comply with Court Order dated August 31, 2018**. This Notice is duly served upon you pursuant to L.R 5:3, 5:4 and 5.5(b).

    Dated this 14th day of September 2018.

                           Respectfully submitted by
                           GOROKHOVSKY LAW OFFICE, LLC
                           Attorney for Plaintiffs

                         BY: /s/ Vladimir M. Gorokhovsky, Esq.
                               Vladimir M. Gorokhovsky, LL.M.
                               ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582