**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---

**ILYA TARKOV,** *et., al.,*  Case No. 1: 15-cv-3430

**Plaintiff**

-vs-  HON. JOHN J. THARP, JR.

**FRONTIER AIRLINES INC**

**Defendant**

---

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO COMPLY WITH COURT ORDER**

---

TO: Honorable John J. Tharp. Jr.          TO: Brian T. Maye, Esq.
    Everett McKinley Dirksen Building          Adler Murphy & McQuillen LLP.
    Courtroom: 1419  |  Chambers: 1448     33 West Monroe Street, Suite 2700
    219 South Dearborn Street                  Chicago, Illinois, 60603
    Chicago, Illinois 60604

    Please take notice on **September 20th, 2018** at 9:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr. in the United States District Court for Northern District of Illinois, courtroom 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion for Leave of Additional Time to Comply with Court Order dated August 31, 2018**. This Notice is hereby duly served pursuant to L.R. 5:3, 5:4 and 5.5(b).

    Dated this Motion on this 14th day of September 2018.

                              Respectfully submitted by
                                GOROKHOVSKY LAW OFFICES, LLC
                                Attorney for Plaintiffs

                        BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                Vladimir M. Gorokhovsky, LLM.
                                ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582