# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Alisa Kolodizner, et al.
Plaintiff,

v.  Case No.: 1:15−cv−03430
Honorable John J. Tharp Jr.

Frontier Airlines, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 17, 2018:

MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's motion for extension of time to comply with this Court's order [124] requiring compliance with Magistrate Judge Kim's August 1, 2017 order [92] is granted. No appearance on the motion is required. Plaintiff is ordered to comply by 10/14/2018. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.