IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et., al.*,                     Case No. <u>**2015-CV-3430**</u>

                **Plaintiffs**

      **-vs-**                                             **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.**

                **Defendant**

<u>**PLAINTIFFS' OPPOSITION AND OBJECTION
TO DEFENDANT'S BILL OF COSTS**</u>

    **NOW COMES** the above-named Plaintiffs, ILYA TARKOV and RIMMA TARKOV, by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices, LLC, and in Opposition and Objection to Bill of Costs recently submitted by the above-named defendant in the above-captioned matter are stating and alleging as follows.

    1. That on September 7, 2018 the above-named defendant submitted its Bill of Costs. Dct. 126.

    2. That the plaintiffs are opposing and objecting to said bill on the grounds that said bill is erroneously inflated and does contain inflated charges for purported services.

    3. That for example said Bill of Costs is requesting the sum of $20 for issuance and service of Summons.

    4. That this Court shall notice that the above-named defendants never issued any Summons and or subpoenas to the above-named plaintiffs and never incurred any service fees in connection with any summons or subpoenas.

5. That furthermore the above-named defendants are requesting the sum of $3180.65 for fees for printed or electronically recorded transcripts necessarily obtained for use in the case.

6. That such request is obviously inflated and is not supported by any receipts.

7. That this Court shall further notice that only two depositions of the above-named Plaintiffs were taken in this action by the Defendant.

9. That the plaintiff's counsel is informed and believes that actual paid-for cost of those two depositions do not amount to the sum of $3180.65.

10. That the plaintiffs by their counsel are respectfully requesting the defense counsel to produce any and all receipts in his possession in support of his unsubstantiated claim for $3180.65.

**WHEREFORE,** the above-named Plaintiffs are respectfully requesting an order denying the Bill of Costs as recently submitted by the above-named defendants to this Court; as well as for any other and further relief this Court deems just and proper.

Dated this 25th day of September 2018.

Respectfully submitted
GOROKHOVSKY LAW OFFICE, LLC
Counsel for Plaintiffs

BY: */s/ Vladimir M. Gorokhovsky, Esq.*
/s/ Vladimir M. Gorokhovsky, LL.M.
ILND TR. 10994

P.O. Business Address:
Gorokhovsky Law Office LLC
10919 N. Hedgewood Ln
Mequon, WI 53092
(414)-581-1582

CERTIFICATE OF SERVICE:

I hereby certify that on September 26th, 2018 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

**Vladimir Gorokhovsky, Esq.**
_____
/s/ VLADIMIR GOROKHOVSKY