IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ILYA TARKOV,** *et. al*                            Case No. **2015-CV-3430**

              **Plaintiffs**

   -vs-                                   **HON. JOHN J. THARP, JR.**

**FRONTIER AIRLINES INC.**

             **Defendant**

---

**CERTIFICATE OF SERVICE OF
PLAINTIFFS OPPOSITION AND OBJECTION TO DEFENDANT'S BILL OF COSTS**
_____

    I the undersigned counsel of record for the above-named Plaintiffs do hereby certify that on September 26, 2018 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                       Dated this Notice on this **26th** day of **September** 2018.

                                     Respectfully submitted by:

                                  GOROKHOVSKY LAW OFFICES, LLC
                                  Attorney for Plaintiffs

                         BY: *Vladimir Gorokhovsky, Esq*
                            /s/Vladimir Gorokhovsky, LL.M.
                               ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com