**JPMorganChase**

National Subpoena Processing
Mail Code IN1-4054
7610 West Washington Street
Indianapolis, Indiana 46231

10/5/2017

Matthew S. Dowling
Matthew S. Dowling
20 S. Clark St., Suite 2500
Chicago, IL 60603

**RE: Adler And Tarkov V. Frontier Airlines**
**1:15-cv-03430**
**JPMorgan Chase File No.: SB865255-I1**

| | | |
|---|---|---|
| 1. Research: includes subpoena review, customer/account searching, locating/ordering documents (if applicable), redaction (if applicable), quality review, case assembly and closure. | | |
| No. of Hours : 1.00 | $ 20 /hr | $ 20.00 |
| 2. Directly Incurred Offsite Paper Retrieval: | | $ 0.00 |
| 3. Directly Incurred Offsite Film Retrieval: | | $ 0.00 |
| 4. Copies of subpoenaed documents: | | |
| No. of Pages: 0 | $ 0.3 /pg | $ 0.00 |
| 5. Witness Appearance Fee : | | $ 0.00 |
| 6. Transportation Costs (Postage or Overnight) : | | $ 0.00 |
| 7. Other Amount : | | $ 0.00 |
| | TOTAL: | $ 20.00 |
| | Less Amount Paid: | $ |
| | TOTAL AMOUNT DUE: | $ 20.00 |

*OK to pay KBM* (handwritten)

Rates used are based on federal, IRS or state specific fee schedules. For states without a published fee schedule, federal rates are applied.

**Federal Tax# 13-4994650**

Please send your payment to my attention at the address above and **return a copy of this invoice with your payment.** Make your check **payable to JPMorgan Chase Bank, N.A. and include the Case ID on your payment** to ensure it is applied correctly.

Please direct questions regarding this invoice to the Customer Service Support Team at 317-757-7422.

Sincerely,

Marla Byndom
Doc Review Sr Specialist I
SB865255-I1

JPMorgan Chase Bank, N.A. Member FDIC
SUBP24