**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

*[Handwritten: 8/29/17 OK to pay. PTM]*

| Bill To: | Brian T. Maye, Esq.<br>Adler Murphy & McQuillen, LLP<br>20 S Clark St<br>Suite 2500<br>Chicago, IL, 60603 | | Invoice #: | CHI3073813 |
|---|---|---|---|---|
| | | | Invoice Date: | 8/24/2017 |
| | | | Balance Due: | $1,142.15 |

| | |
|---|---|
| Case: | Tarkov, Ilya, et al. v. Frontier Airlines |
| Job #: | 2672245 \| Job Date: 8/9/2017 \| Delivery: Normal |
| Billing Atty: | Brian T. Maye, Esq. |
| Location: | Adler Murphy & McQuillen, LLP<br>20 S Clark St \| Suite 2500 \| Chicago, IL 60603 |
| Sched Atty: | Brian T. Maye, Esq. \| Adler Murphy & McQuillen, LLP |

| Witness | Description | Amount |
|---|---|---|
| Eli Tarkov | Transcript Services | $437.00 |
| | Exhibit Management | $40.70 |
| Rimma Tarkov | Transcript Services | $335.75 |
| | Exhibit Management | $40.70 |
| | Delivery and Handling | $28.00 |
| | Professional Attendance | $260.00 |

| Notes: | Invoice Total: | $1,142.15 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,142.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | | |
|---|---|---|---|
| | **To pay online, go to**<br>**www.veritext.com** | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: CHI3073813<br>Job #: 2672245<br>Invoice Date: 8/24/2017<br>Balance: $1,142.15 |
| 43383 | Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | |