## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV, *et., al.,***           **Case No. 1: 15-cv-003430**

              **Plaintiffs**

     **-vs-**                    **HON. JOHN J. THARP. JR.**

**FRONTIER AIRLINES INC**

           **Defendant**

---

### PROOF OF COMPLIANCE WITH DISCOVERY SANCTIONS
---

I the undersigned counsel of record for the above-named Plaintiffs do hereby certify that on October 11th, 2018 I have mailed to the defense counsel the payment in the sum of $1040 for discovery sanctions as previously ordered by this Court.

Dated this 11th day of October 2018.

         Respectfully submitted by:

         GOROKHOVSKY LAW OFFICE, LLC
         Attorney for Plaintiffs


         BY: /s/ Vladimir M. Gorokhovsky
            Vladimir M. Gorokhovsky, LL.M.
            ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com