THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ILYA TARKOV,** *et., al.,*             Case No. 1: 15-cv-003430

        **Plaintiffs**

   -vs-                                HON. JOHN J. THARP. JR.

**FRONTIER AIRLINES INC**

        **Defendant**

---

**CERTIFICATE OF SERVICE OF FILLING OF PROOF OF PAYMENT**

---

    I the undersigned counsel of record for the above-named Plaintiffs do hereby certify that on October 13th, 2018 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                       Dated this Notice on this <u>13th</u> day of October 2018.

                                     Respectfully submitted by:

                                     GOROKHOVSKY LAW OFFICE, LLC
                                     Attorney for Plaintiffs

                              BY: <u>/s/ Vladimir M. Gorokhovsky</u>
                                    Vladimir M. Gorokhovsky, LL.M.
                                    ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582