IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILYA and RIMMA TARKOV, | ) |
|     Plaintiffs, | )    No. 15 CV 03430 |
| v. | )    Judge John J. Tharp, Jr. |
| FRONTIER AIRLINES, INC., | ) |
|     Defendant. | ) |

## ORDER

Plaintiffs' objections [134] to the defendant's bill of costs [126] are overruled. The Clerk is directed to tax costs to the plaintiffs of $3,216.85. See Statement below for details.

## STATEMENT

The plaintiffs object to the lack of supporting receipts for the claimed expenses, but the defendant has addressed that issue by attaching receipts to an amended bill of costs [135]. The plaintiffs' objection to the $20 subpoena fee is not well founded; that fee relates not to service of the complaint but to fees incurred in obtaining records pursuant to a subpoena, which are recoverable under 28 U.S.C. § 1920(3). The plaintiffs' objection to $3,180.65 in costs for printed or electronically recorded transcripts is similarly off-the-mark. This amount covers the video recording, stenographic transcription, and interpretation services, all of which are recoverable as costs pursuant to § 1920(2) and (6). *See also Little v. Mitsubishi Motors North America, Inc.*, 514 F.3d 699, 701-02 (7th Cir. 2008) (costs of both video recording and stenographic transcription are recoverable). Accordingly, none of the plaintiffs' objections have merit and the full amount of costs set forth in the defendant's amended petition are taxable to the plaintiffs.

Date: August 1, 2019

John J. Tharp, Jr.
United States District Judge